UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED AND ENTERED**

**APR 2 1 2003**

Denise H. Curtis, Clerk
U. S. Bankruptcy Court for D.C.

| | |
|---|---|
| In re | ) |
| | ) |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I, <u>et al.</u>, | ) Case No. 02-02250 |
| | ) (Chapter 11) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

ORDER

Under the court's consideration is the motion by Holly Loiseau (Docket Entry ("D.E.") No. 514, filed April 7, 2003) for admission of Lisa Barclay pro hac vice in the above-captioned case.   The motion fails to comply with Local District Court Rule 83.2; the court notes that, among other deficiencies, it is not clear from the motion where Ms. Barclay's office is located.   It is therefore

ORDERED that the motion is DENIED without prejudice to submission of a procedurally compliant pro hac vice motion.

Dated: April 2⁄, 2003.

S. Martin Teel, Jr.
United States Bankruptcy Judge

Copies to:

Holly Loiseau
1501 K Street, NW
Suite 100
Washington, DC 20005

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

COPIES MAILED TO THE ABOVE NAMED
THIS 21st DAY OF APRIL, 20 03
_____
DEPUTY CLERK