WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

-----------------------------------------------------------x
                         :

In re:                          :

GREATER SOUTHEAST COMMUNITY    :    Case No.
HOSPITAL CORPORATION I, et al.,       :    02- 2250 (SMT)
                          :    Jointly Administered
        Debtors.                 :    (Chapter 11)
                          :

-----------------------------------------------------------x

**FILED**

**APR 2 2 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

### NOTICE OF AGENDA FOR HEARING ON APRIL 23, 2003 at 10:30 a.m.

1.  **Motion of the Debtor for Emergency, Interim and Final Use of Cash Collateral (Docket # 7)**

    Responses:
    - Exhibit List (Filed April 21, 2003)

    Status: Proceeding

2.  **Motion Of The Debtors to Provide Adequate Assurance to Utility Companies (Stipulations with PEPCO and Washington Gas in place) (Docket # 56)**

    Status:
    - Adjourned to May 12, 2003 at 10:30 a.m.

3.  **Motion by NDCHealthcare Corporation for Relief from Stay (Docket #523)**

    Status:
    - Adjourned until April 30, 2003 at 10:30 a.m.

4. **Motion by Interested Party Medical Staffing Network, Inc. to Compel Assumption or Rejection of Executory Contract with Medical Staffing Network, Inc. (Docket # 74)**

<u>Responses:</u>
- Objection Of Debtor To Motion Of Medical Staffing Network, Inc. For An Order Compelling Debtor To Assume Or Reject Certain Executory Contract (Docket # 259)

- Objection by Interested Party Joint Committee of Unsecured Creditors to Motion to Compel Assumption or Rejection of Executory Contract with Medical Staffing Network, Inc. (Docket # 260)

<u>Status:</u>
- Adjourned until May 7, 2003 at 2:00 p.m.

5. **Application for Administrative Expenses by Horizon Mental Health (Docket # 210)**

<u>Status:</u> Previously continued generally

Peter D. Isakoff (D.C. Bar No 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K. Street, NW, Suite 100
Washington, DC  20005
Telephone (202) 682-7000
Facsimile  (202) 857-0939

Deryck A. Palmer
Andrew W. Troop
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Attorneys for Debtors and Debtors in Possession

## Certificate of Service

I, Peter D. Isakoff certify that I caused to be served a true and correct copy of the foregoing **Agenda Letter for April 23, 2003 Hearing** via facsimile and electronic mail on the parties/counsel listed on the attached service lists on April 22, 2003.

_____
Peter D. Isakoff

**PAPER SERVICE LIST**
**(by facsimile and email)**

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

2

Ken Kansa, Esq.  
Bank One Plaza  
Sidley, Austin, Brown & Wood LLP  
10 South Dearborn Street  
Chicago, Illinois 60603  
(Counsel for Medline Industries, Inc.)  

kkansa@sidley.com

Guy S. Neal, Esq.  
Natalie Kuehn, Esq.  
Sidley, Austin, Brown & Wood LLP  
1501 K Street, N.W. Suite 600  
Washington, D.C. 20005  
(Counsel for Medline Industries, Inc.)  

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.  
Charles A. Malloy, Esq.  
Arnold & Porter  
555 Twelfth Street, N.W.  
Washington, D.C. 20004  
(Counsel for Health Care Reit, Inc.)  

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.  
Corporation Counsel, D.C.  
441 4th Street, N.W. 6th Floor North  
Washington, D.C. 20001  
(Counsel for the District of Columbia)  

David.Fisher@dc.gov

Sam J. Alberts, Esq.  
Jonathan Gold, Esq.  
Akin, Gump, Strauss, Hauer, & Feld  
1333 New Hampshire Avenue, N.W.  
Suite 400  
Washington, D.C. 20001  
(Counsel for the Joint Committee of  
Unsecured Creditors)  

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.  
Arter & Hadden  
1801 K Street N.W. Suite 3001  
Washington, D.C. 20006  
(Counsel for Provident)  

michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com