WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
and the Debtors in Possession
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

**FILED**

**MAY - 5 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
In re                              :
                                   :
GREATER SOUTHEAST COMMUNITY        :    Case No.
HOSPITAL CORPORATION I., et al.,   :    02-2250 (SMT)
                                   :    Chapter 11
                                   :
                Debtors.           :    (Jointly Administered)
-------------------------------------------------------x
```

**NOTICE OF HEARING ON APPLICATION PURSUANT TO SECTION 156(c)
OF TITLE 28 OF THE UNITED STATES CODE OF THE DEBTORS FOR
AUTHORIZATION TO EMPLOY BANKRUPTCY MANAGEMENT
CORPORATION AS OFFICIAL CLAIMS AND NOTICING AGENT**

NOTICE IS HEREBY GIVEN that Greater Southeast Community Hospital I and its debtor affiliates in the above-captioned jointly administered chapter 11 cases, as debtors as debtors-in-possession (collectively, the "Debtors"), filed an Application Pursuant to section 156(c) of Title 28 of the United States Code for Authorization to Employ Bankruptcy Management Corporation as Official Claims and Noticing Agent (the "Application") on May 5, 2003. The Application is being served on you contemporaneously with this notice.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application and the accompanying proposed order required by Local Bankruptcy Rule 9072-1 must be made in writing and be filed and served on or before May 16, 2003, by 4:00 p.m. Any objection to the Application and the proposed order shall be filed with the Clerk of the United States Bankruptcy Court for the District of Columbia, Room 4400, United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, with a copy served upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

C:\DOCUMENTS AND SETTINGS\BAILEYG\LOCAL SETTINGS\TEMP\C.DATA.NOTES\~1404280.DOC

 

PLEASE TAKE FURTHER NOTICE that a hearing has been set on the Application for May 30, 2003 commencing at 10:30 a.m. before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, Room 34, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

The Court may grant the Application without a hearing if the objection filed states inadequate grounds for denial.

Any creditor or party in interest with questions about the foregoing may contact the undersigned.

Dated: May 5, 2003
Washington, D.C.

Respectfully Submitted,

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No. 358419)
Holly W. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
(202) 682-7000

ATTORNEYS FOR DEBTORS
DEBTORS-IN-POSSESSION

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY -5  P 10: 07

RECEIVED

