WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED IN
JOHN MARSHALL DROP FILED

MAY - 5 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

```
------------------------------------------------------------x
In re                                      :
                                           :
GREATER SOUTHEAST COMMUNITY                :      Case No.
HOSPITAL CORPORATION I., et al.,           :      02-2250 (SMT)
                                           :      Chapter 11
                                           :
                   Debtors.                :      (Jointly Administered)
------------------------------------------------------------x
```

**NOTICE OF EMERGENCY MOTION OF DEBTORS TO SHORTEN TIME
AND FIX DATE, TIME AND PLACE FOR HEARING AND PRESCRIBE
NOTICE THEREOF TO CONSIDER THE MOTION OF THE DEBTORS
FOR AN ORDER PURSUANT TO SECTIONS 365(a) AND (d) (4)
OF THE BANKRUPTCY CODE (A) FURTHER EXTENDING THE PERIOD
WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT
CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
PROPERTY AND (B) APPROVING THE REJECTION OF A CERTAIN
UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

**TO THE HONORABLE S. MARTIN TEEL, JR.,
UNITED STATES BANKRUPTCY JUDGE:**

On May 5, 2003, Greater Southeast Community Hospital Corporation I

("Greater Southeast") and its debtor and debtor in possession affiliates in the above-

captioned jointly administered chapter 11 case[1] (collectively, the "Debtors"), filed a

---

[1] The debtor affiliates are Doctors Community Healthcare Corporation ("DCHC"),
Michael Reese Medical Center Corporation ("Michael Reese"), Pacifica of the Valley
Corporation ("Pacifica"), PACIN Healthcare-Hadley Memorial Hospital Corporation
("Hadley"), and Pine Grove Hospital Corporation ("Pine Grove").

Motion for an Order Pursuant to Sections 365(a) and (d) (4) of the Bankruptcy Code (a) further extending the period within which the Debtors may assume or reject certain unexpired leases of non-residential real property and (b) approving the rejection of a certain unexpired lease of non-residential real property, and an Emergency Motion of Debtors to Shorten Time and Fix Date, Time and Place for Hearing and Prescribe Notice thereof to Consider the aforementioned Motion (collectively, the "Motions").[2]

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not wish the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, then on or before **May 14, 2003, at 12:00 p.m.(EDT)** you must file a written response explaining your position with the Court at:

> United States Bankruptcy Court
> 333 Constitution Avenue, N.W.
> Room 4400
> Washington, DC 20001

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also serve a copy of your response to the undersigned counsel, so that it will be received no later than **May 14, 2003 at 12:00 p.m. (EDT).**

---

[2] Copies of the Motions were served on the parties on the service list as of March 12, 2003. Any party added to the service list since that time may obtain a copy of the Motions upon request to counsel for the Debtors at the address set forth below.

You must also attend the hearing on the Motion that is scheduled to be held on May 15, 2003, at 2:00 p.m. (EDT) at the Courtroom of the United States Bankruptcy Court, 333 Constitution Avenue, N.W., Washington, D.C.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief.

Dated: Washington, D.C.
      May 5, 2003

Respectfully Submitted,

*Andrew M. Troop with permission R*

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No, 358419)
Holly W. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
(202) 682-7000

ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION