**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**FILED**

MAY 6 - 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

---------------------------------------------------------------x
                                        :
**In re:**                              :
                                        :
**GREATER SOUTHEAST COMMUNITY**         :   **Case No.**
**HOSPITAL CORPORATION I, et al.,**     :   **02-2250 (SMT)**
                                        :   **Jointly Administered**
            **Debtors.**                :   **(Chapter 11)**
                                        :
---------------------------------------------------------------x

## REQUEST FOR ELECTRONIC SERVICE

On or about May 5, 2003, the undersigned filed an appearance and request for notice in these cases pursuant to the Federal Rules of Bankruptcy Procedure on behalf of JPMorgan Chase Bank, Trustee. The undersigned acknowledges having received a copy of the Order Establishing Notice Procedures, dated January 21, 2003 (the "Order"),[1] and agrees that the only way the undersigned will receive notice of Pleadings filed in this case is by electronic (internet) mail ("email"), unless the Court, for cause shown, after notice and hearing, adds the undersigned to the Paper Service List.

The undersigned hereby requests inclusion on the Electronic Service List. The undersigned's email address for inclusion on the Electronic Service list is:

Lisa.Diem@ThompsonHine.com

The undersigned's regular mailing address is:

Lisa M. Diem, Esq.
Thompson Hine LLP
10 West Broad Street
Suite 700
Columbus, OH 43215-3435

---

[1] Unless otherwise defined in this request, capitalized terms have the meanings ascribed to them in the Order.

The undersigned agrees promptly to advise parties and/or entities on the Combined Master Service List of any change of email or regular mailing address.

Respectfully submitted,

Lisa M. Diem   (0069283)
THOMPSON HINE LLP
10 West Broad Street, 7th Floor
Columbus, Ohio 43215-3435
(614) 469-3200
Fax: (614) 469-3361

Counsel for JPMorgan Chase Bank, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2003 a true copy of the foregoing Request for Electronic Service was served (a) by first-class mail, postage prepaid and by email on those entities and/or parties on the Paper Service List and (b) by email on those entities and/or parties on the Electronic Service List at their respective email and, as applicable, street addresses, as reflected on the attached Combined Master Service List.

Lisa M. Diem

365460.1

2

## PAPER SERVICE LIST

| Name and Street Address | Email Address, if any |
| --- | --- |
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6720 North Scottsdale Road<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges U P<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

4

## ELECTRONIC SERVICE LIST

Donald A. Workman                                   dworkman@foleylaw.com·
Roderick B. Williams
Foley & Lardner                                     rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                       ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                          Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                               choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                           krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                                hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017