WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED IN
JOHN MARSHALL DROP BOX

**FILED**

**MAY 0 6 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-------------------------------------------------------------x
                    :

**In re:**                       :

**GREATER SOUTHEAST COMMUNITY**  :     Case No.
**HOSPITAL CORPORATION I, <u>et al.</u>,**  :     **02- 2250 (SMT)**
                     :     **Jointly Administered**
        **Debtors.**        :     **(Chapter 11)**
                     :

-------------------------------------------------------------x

## <u>NOTICE OF AGENDA FOR HEARING ON MAY 7, 2003 at 2:00 p.m.</u>

1. **Motion by Debtor for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting Liens and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay (Docket # 541)**

<u>Responses:</u>

- Limited Objection by Medline Motion by Debtor for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting Liens and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay (Docket #567)

- Limited Objection By Interested Party Senex Services Corp. To [541-1] Motion for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting Liens and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay by Greater Southeast Community Hospital Corporation (Docket #570)

DC1:\149318\01\377Q01!.DOC\41776.0003



- Objection By Interested Party National Century Financial Enterprises, To [541-1] Motion for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting Liens and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay by Greater Southeast Community Hospital Corporation et al (Docket # 571)

- Stipulation by and between Debtor Greater Southeast Community Hospital Cor, Interested party Health Care REIT, Inc. Extending the Time for Health Care Reit, Inc. To Respond or Object to [541-1] Motion for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Automatic Stay by Greater Southeast Community Hospital Corporation I, et. al. (Docket #609)

2. **Emergency Motion of Joint Committee of Unsecured Creditors for Authorization to Commence Adversary Proceeding to Adjudicate Claims Asserted by NCFE Entities**

<u>Response:</u> Objections to be Filed

3. **Motion by Interested Party Medical Staffing Network, Inc. To Compel Assumption or Rejection of Executory Contract With Medical Staffing Network, Inc.. Proposed Order (Docket #74)**

<u>Status:</u> Proceeding

4. **Motion by Debtor for Approval of Sale Procedures and to Sell Free and Clear of Liens, Interests, Claims and Encumbrances; Substantially All Assets of Pine Grove Hospital Corporation (Docket # 550)**

<u>Responses:</u>

- Limited Objection by Medline to Motion of Debtor for Approval of Sale Procedures and to Sell Free and Clear of Liens, Interests, Claims and Encumbrances; Substantially All Assets of Pine Grove Hospital Corporation (Docket #578)

- Limited Objection by National Century Financial Enterprises to Motion of Debtor for Approval of Sale Procedures and to Sell Free and Clear of Liens, Interests, Claims and Encumbrances; Substantially All Assets of Pine Grove Hospital Corporation (Docket #584)

- Response and Limited Objection By Interested Party Joint Committee of Unsecured Creditors To [550-1] Motion For Approval of Procedures by Greater Southeast Community Hospital Corporation I, et al. to [550-2] Motion To Sell Free And Clear of Liens, Interests, Claims and Encumbraces; Substantially All Assets of Pine Grove Hospital Corporation by Greater Southeast Community Hospital Corporation I, et al. (Docket #602)

Status: Proceeding

Peter D. Isakoff (D.C. Bar No 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K. Street, NW, Suite 100
Washington, DC 20005
Telephone (202) 682-7000
Facsimile (202) 857-0939

Deryck A. Palmer
Andrew W. Troop
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Attorneys for Debtors and Debtors in Possession

## Certificate of Service

I, Holly E Loiseau, certify that I caused to be served a true and correct copy of the foregoing **Notice of Agenda for Hearing on May 7, 2003** was served via facsimile and electronic mail on the parties/counsel listed on the attached service lists on May 6, 2003.

_____
Holly E Loiseau

## PAPER SERVICE LIST
### (by facsimile and email)

| Name and Street Address | Email Address, if any |
| --- | --- |
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

kkansa@sidlev.com

Guy S. Neal, Esq.
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

David.Fisher@dc.gov

Sam J. Alberts, Esq.
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                          dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                  rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                    ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                       Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                            choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                        krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                             hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                            wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.                          cby@cblhlaw.com
C. Todd Marks, Esq.                           ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                      mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                   lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Charles R. Bennett, Jr., Esq.                 crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                          cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                          purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                           tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                             sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                         ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                    jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                       rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY -6  P 7: 45

RECEIVED