WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

**FILED**

**MAY - 7 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-------------------------------------------------------------x

In Re:                                                  :

                                                        :

GREATER SOUTHWEST COMMUNITY          :          Case No.
HOSPITAL CORPORATION I, <u>et al</u>.          :          02- 2250 (SMT)
                                                        :          Jointly Administered
            Debtors.                               :          Chapter 11
                                                        :

-------------------------------------------------------------x

## THIRD SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF DERYCK A. PALMER ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT TO SECTIONS 329 AND 504 OF THE BANKRUPTCY CODE AND RULES 2014(a) <u>AND 2016 (b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

DERYCK A. PALMER, being duly sworn, deposes and says:

1.       I am a member of the firm of Weil, Gotshal & Manges LLP

("WGM" or the "Firm"). WGM is an international law firm with principal offices at 767

Fifth Avenue, New York, New York 10153.

2.       Greater Southeast Community Hospital Corporation and the

affiliated debtors, as debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), [1] submitted on December 19, 2002 an application to retain

---

[1]    The affiliated debtors are PACIN-Hadley Memorial Hospital Corporation of
Washington, D.C. ("Hadley"), Michael Reese Medical Center Corporation of Chicago,
Illinois ("Michael Reese"), Pacifica Hospital of the Valley Corporation of Sun Valley,

WGM as their attorneys in these cases (the "Application"). The Application was approved by Order of the Court on January 23, 2003.

3.     On December 19, 2002, I submitted an Affidavit (the "Original Affidavit") in support of the Application to retain WGM as attorneys for the Debtors pursuant to sections 327(a) and 328(a) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

4.     In the Original Affidavit, WGM disclosed its connections with the following parties: (a) secured creditors, (b) the top 20 largest unsecured creditors of each Debtor, (c) present or former officers, directors, shareholders and insiders of each Debtor, and (d) professionals.

5.     On January 20, 2003, I executed a Supplemental Affidavit and Disclosure Statement (the "First Supplemental Affidavit," collectively together with the Original Affidavit, the "Affidavits") to supplement the disclosure in the Original Affidavit.[2]

6.     In the First Supplemental Affidavit, WGM (i) disclosed its connections with six additional creditors of Debtor Pacifica and (ii) advised the Court that it expected to complete shortly thereafter the process of matching its client list against all Creditors' Matrices filed by the Debtors in these cases.

---

California ("Pacifica"), Pine Grove Hospital Corporation of Canoga Park, California ("Pine Grove") and their ultimate parent corporation, Doctors Community Hospital Corporation ("DCHC").

[2] In connection with preparing this affidavit, WGM discovered that the First Supplemental Affidavit did not appear on the Court's docket. Accordingly, it was filed with the Court on April 4, 2003.

7.      On April 7, 2003, I executed the Second Supplemental Affidavit and Disclosure Statement (the "Second Supplemental Affidavit") which was filed with the Court on May 1, 2003 to supplement the Affidavits as a result of additional conflicts checks in connection with a revised Creditors' Matrices dated and filed with the Court on February 19, 2003.

8.      In the Second Supplemental Affidavit, WGM (i) disclosed its connection with one additional creditor of Debtor Pacifica, (ii) disclosed its connection with nineteen additional creditors of Debtor Greater Southeast, including the representation of Picker International, Inc. in matters unrelated to these Debtors by Andrew M. Troop while at his former law firm of Hutchins, Wheeler & Dittmar, a Professional Corporation, (iii) disclosed its connection with eight additional creditors of Debtor Michael Reese, and (iv) disclosed that the additional creditors disclosed in the Second Supplemental Affidavit generated less than .32 percent in the aggregate of WGM revenues within the last two years.

9.      WGM further disclosed, in the Second Supplemental Affidavit, its representation of Pharos Capital Group, LLC and certain of its affiliates ("Pharos") in a matter potentially adverse to a creditor of the Debtors, National Century Financial Enterprises ("NCFE"). WGM noted that out of an abundance of caution, although the representation of Pharos in a matter adverse to NCFE is not representing Pharos in a matter adverse to these Debtors, WGM received the consent of both Pharos and these Debtors and imposed a voluntary screed for attorneys working on the two separate matters, with one limited exception in connection with the documentation of debtor-in-possession financing.

10.     Since the filing of the Second Supplemental Affidavit, and in fact, during the week of April 28, 2003, WGM learned that Pharos has contacted current management and certain equity holders of Debtor DCHC about the possibility of funding or sponsoring a plan of reorganization for these Debtors. WGM and the Debtors' other professionals, as appropriate, advised the United States Trustee for the District of Columbia, the official committee of unsecured creditors in the Debtors' chapter 11 cases and NCFE of Pharos' overture to DCHC's management and certain equity holders and that management and these equity holders were considering the possibility of working with Pharos to formulate a plan of reorganization. Again, WGM has not and will not represent Pharos in connection with this matter.

11.     In addition, since the filing of the Second Supplemental Affidavit, WGM has hired James Lukenda and Huron Consulting Group ("Huron") in connection with a pre-trial analysis for WGM in a matter wholly-unrelated to these chapter 11 cases. This engagement of Huron represents a connection of WGM with certain of the professionals involved in these chapter 11 cases. Andrew M. Troop and Holly E. Loiseau, two of the attorneys with significant involvement in these chapter 11 cases, are involved in the wholly-unrelated matter in which Huron has been retained.

12.     The foregoing constitutes the Third Supplemental Affidavit and Disclosure Statement of WGM pursuant to sections 327(a), 328, 329 and 504 of the

NY2:\1266443\02\R56Z02!.DOC\41776.0003                    4

Bankruptcy Code and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy

Procedure.

Dated: New York, New York
      May 6, 2003

<br>

Deryck A. Palmer

Sworn to and subscribed before me, a notary public
this 6th day of May, 2003

<br>

Notary Public

ROSLYN T. HALL
Notary Public, State of New York
No. 01HA4721049
Qualified in Kings County
Commission Expires May 31, 20 06

### Certificate of Service

I, Andrew M. Troop, certify that I caused to be served a true and correct copy of the foregoing **Third Supplemental Affidavit and Disclosure Statement of Deryck A. Palmer on Behalf of Weil, Gotshal & Manges LLP Pursuant to Section 329 and 504 of the Bankruptcy Code and Rules 2014 (a) and 2016 (b) of the Federal Rules of Bankruptcy Procedure** via first class mail in accordance with the January 23, 2003 Notice Procedures Order on the parties/counsel on the attached service lists May 7, 2003

Andrew M. Troop

## PAPER SERVICE LIST
### (by first class mail)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                          kkansa@sidley.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)


Guy S. Neal, Esq.                                        gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                         nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)


Michael L. Bernstein, Esq.                               michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                          charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)


David Fisher, Esq.                                       David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)


Sam J. Alberts, Esq.                                     salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                       jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)


Michael Goodstein, Esq.                                  michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102



Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com