CASE HEARING SUMMARY
HEARING DATE:    05/07/03
========================

**FILED**

CASE NUMBER:    02-02250                                CHAPTER: MAY 7 1– 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN RE:        Greater Southeast Community Hospita

DE# 74-1        To Compel
CONTINUED       Motion By Interested Party Medical Staffing Network, Inc.
GENERALLY       To Compel Assumption or Rejection of Executory Contract
                With Medical Staffing Network, Inc. . Proposed Order
                Provided.

DE# 541-1       Miscellaneous Relief
GRANTED         Motion by Debtor Greater Southeast Community Hospital
WITH            Corporation I, et al.  for an Order (1) Authorizing Debtors
                to Obtain Secured Postpetition Financing, (2) Granting
CHANGES         Liens and Superpriority Claims Pursuant to 11 U.S.C.
                Sections 363 and 364, (3) Granting Adequate Protection, and
                (4) Modifying Automatic Stay  Proposed Order Provided.

DE# 550-1       For Approval
PROCEDURES ATN. Motion By Debtor Greater Southeast Community Hospital
GRANTED         Corporation et al  For Approval of Sale Procedures , and
                To Sell Free And Clear of Liens, Interests, Claims and
                Encumbraces; Substantially All Assets of Pine Grove
                Hospital Corporation

DE# 550-2       To Sell Free and Clear of Lien
CONTINUED       Motion By Debtor Greater Southeast Community Hospital
TO MAY 30,      Corporation et al  For Approval of Sale Procedures , and
2003 @ 10:30    To Sell Free And Clear of Liens, Interests, Claims and
AM              Encumbraces; Substantially All Assets of Pine Grove
                Hospital Corporation

2.   Other Pertinent Docket Entries:

DE# 74  DE# 131/247/259  Ntc of motion ORDER GRANTING    DE# 551/552  Ntc of motion/Hrg
D'S OPP                                                   563  CRTUVE
260/302  JTCMT OPP ORDER VACATING                        584  OPP BY NCFE
DE# 335/367  Ntc of HRG                                  578  MEDLINE OPP
415/444/486/532/560                                      585  NTC of HRG
DE# 541  DE# 542/543  Ntc of motion/Hrg                  DE#
567  OPP BY MEDLINE
DE# 569  HEALTH CARE REIT STIP                           DE#
570  SENEY OPP
571  NATIONAL CENTURY OPP
594  HRG JUM                                             DE 550

3.   Appearances:  TROOP + MARGT PHILLIPS + PALMER + ISAKOFF    (for Debtor)
                                                               Neal — Medline
_____ (for U.S. Trustee)  Bernstein — Health Care REIT
                                               Alberts – Cv. Cee
_____ (for Movant)  Gold – Cv. Coo
_____ (Trustee)  Orr – NCFE
                                      Levy  ML Capital
                                      Jeni Hall – Freris

4.   Outcome:
DE 550-1 ___ GRANTED  ___ DENIED  DE 541 ___ GRANTED W/ CHANGES
             ___ UNDER ADVISEMENT      ___ PARTIALLY TRIED
DE 550 ___ CONTINUED TO  MAY 30 , 2003, AT  10:30  A.M.
             ___ PROPOSED ORDER TO BE SUBMITTED BY _____ BY ___/___/___

DE 74 CONTINUED GENERALLY.

Page 1 of 2

649/650

# CASE HEARING SUMMARY

Hearing Date: **5/7/03**

In re **Greater Southeast**    USBC NO. **62-2250** Chapter **11**

1. Nature of Matter(s) Heard:

   DE # **603** EMERGENCY MOTION BY ST COMT UNSECURED CRED FOR AUTHORIZATION TO COMMENCE PROCEEDING ADJUDICATE CLAIM ASSERTED BY NCFE ENTITIES

   DE # _____

   DE # _____

2. Other Pertinent Docket Entries:

   DE # **604/607** NTC 2motion/Hrs        DE # _____

   DE # **645** NCF OPP        DE # _____

   DE # **646** D's OPP        DE # _____

   DE # _____        DE # _____

   DE # _____        DE # _____

3. Appearances: _____ (for Debtor)

   _____ (for U.S. Trustee) _____

   _____ (for Movant) _____

   _____ (trustee) _____

   _____

4. Outcome:

   _____ GRANTED _____ DENIED
   _____ UNDER ADVISEMENT _____ PARTIALLY TRIED
   DE **603** CONTINUED TO **May 12**, **19___**, AT **10:30** A.M.
   _____ GRANTED W/CHANGES:
   _____ PROPOSED ORDER TO BE SUBMITTED BY _____ ON _____

   _____

   _____

   _____

   _____

   _____

   _____

NOTE:    THIS IS NOT AN ORDER

S. Martin Teel, Jr.
United States Bankruptcy Judge

Page 2 of 2