CASE HEARING SUMMARY
HEARING DATE:   05/07/03
==========================

**FILED**

CASE NUMBER:   02-02250

CHAPTER: MAY 7 1- 2003

IN RE:     Greater Southeast Community Hospita

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

| | | |
|---|---|---|
| DE# 74-1 | To Compel | |
| CONTINUED GENERALLY | Motion By Interested Party Medical Staffing Network, Inc. To Compel Assumption or Rejection of Executory Contract With Medical Staffing Network, Inc. . Proposed Order Provided. | |
| DE# 541-1 | Miscellaneous Relief | |
| GRANTED WITH CHANGES | Motion by Debtor Greater Southeast Community Hospital Corporation I, et al.  for an Order (1) Authorizing Debtors to Obtain Secured Postpetition Financing, (2) Granting Liens and Superpriority Claims Pursuant to 11 U.S.C. Sections 363 and 364, (3) Granting Adequate Protection, and (4) Modifying Automatic Stay  Proposed Order Provided. | |
| DE# 550-1 PROCEDURES ATTN. GRANTED | For Approval Motion By Debtor Greater Southeast Community Hospital Corporation et al  For Approval of Sale Procedures , and To Sell Free And Clear of Liens, Interests, Claims and Encumbraces; Substantially All Assets of Pine Grove Hospital Corporation | |
| DE# 550-2 CONTINUED TO MAY 30, 2003 @ 10:30 AM | To Sell Free and Clear of Lien Motion By Debtor Greater Southeast Community Hospital Corporation et al  For Approval of Sale Procedures , and To Sell Free And Clear of Liens, Interests, Claims and Encumbraces; Substantially All Assets of Pine Grove Hospital Corporation | |

2.   Other Pertinent Docket Entries:

DE# 74

DE# 541

DE# 131
247  NtL q motion
25-9  ORDER GRANTING
260  D'S OPA
302  STCMT OPP
         ORDER VACATING
DE# 335/367  NTC HRG
415/448/486/532/560
DE# 542/543  NtC q motion / HRG
567  OPP BY MEDLINE
569  HEALTH CARE REIT STIP
DE# 570  SENEY OPP
571  NATIONAL CENTURY OPP
596  HRG J UM

DE# 551/552  NtC q motion/HRG
DE# 563  CRT JVR
584  OPP BY NCFE
578  MEDLINE OPP
585  NFC q HRG

DE# 550

3.   Appearances:   TROOP + MARGT PHILLIPS + PALMER + ISAKOFF
                                                                          (for Debtor)
                                                        Neal — Medline
_____ (for U.S. Trustee)  Bernsten — Health Care REIT
                                                        Alberts — Cr. Cee
_____ (for Movant)  Gold — Cr. Coo
_____ (Trustee)   Orr — NCFE
                                                        Levy   ML Capital
                                                    Jeni Hall — Francis

4.   Outcome:

DE 550-1 _____ GRANTED   _____ DENIED  DE 541  ✓ GRANTED W/ CHANGES
              _____ UNDER ADVISEMENT        _____ PARTIALLY TRIED
DE 550  ✓ CONTINUED TO  MAY 30 , 2003, AT  10:30   A.M.
              _____ PROPOSED ORDER TO BE SUBMITTED BY _____ BY ___/___/___

DE 74 CONTINUED GENERALLY.

Page 1 of 2

649/650

Hearing Date: 5/7/03

In re ___Greater Southeast___  USBC NO. __62-2250__ Chapter __11__

1. Nature of Matter(s) Heard:

DE # __603__ EMERGENCY MOTION BY JT COM'T UNSECURED CRED FOR AUTHORIZATION TO COMMENCE PROCEEDING, ADJUDICATE CLAIM ASSERTED BY NCFE ENTITIES

DE # _____ _____

DE # _____ _____

2. Other Pertinent Docket Entries:

DE # 604/60 Ntc 2motion/Hrg          DE # _____ _____

DE # 645 NCF OPP                      DE # _____ _____

DE # 646 D'S OPP                      DE # _____ _____

DE # _____ _____          DE # _____ _____

DE # _____ _____          DE # _____ _____

3. Appearances: _____ (for Debtor)

_____ (for U.S. Trustee) _____

_____ (for Movant) _____

_____ (trustee) _____

_____

4. Outcome:

_____ GRANTED  _____ DENIED
_____ UNDER ADVISEMENT  _____ PARTIALLY TRIED
DE 603 CONTINUED TO ___May 12___, 19___, AT __10:30__ A.M.
_____ GRANTED W/CHANGES:
_____ PROPOSED ORDER TO BE SUBMITTED BY _____ ON _____

_____

_____

_____

_____

_____

NOTE: THIS IS NOT AN ORDER

S. Martin Teel, Jr.
United States Bankruptcy Judge

Page 2 of 2