WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED IN
JOHN MARSHALL DROP BOX

**FILED**

MAY 14 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

--------------------------------------------------------------x
        :

In re:        :

        :

GREATER SOUTHEAST COMMUNITY  :   Case No.
HOSPITAL CORPORATION I, <u>et al.</u>,  :   02- 2250 (SMT)

        :   Jointly Administered

Debtors.    :   (Chapter 11)

        :

--------------------------------------------------------------x

## <u>NOTICE OF AGENDA FOR HEARING ON MAY 15, 2003 AT 2:00 P.M.</u>

1. **Motion for an Order Pursuant to Section 365(a) and (d)(4) of the Bankruptcy Code (A) Further Extending the Time Period Within Which the Debtors May Assume or Reject Certain Unexpired Leases of Non-Residential Real Property by Greater Southeast Community Hospital Corporation I, et al.  (B) Approving the Rejection of a Certain Unexpired Lease of Non-Residential Real Property by Greater Southeast Community Hospital Corporation I, et al(Docket # 629)**

<u>Responses:</u>
- Limited Objection of Inland Commercial Property Management, Inc. to the Debtors' Motion for an Order Pursuant to Section 365 (a) and (d)(4) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property.

<u>Status:</u>
- Going forward.

2. **Motion to Shorten Time and Fix Date, Time and Place for Hearing and Prescribe Notice Thereof to Consider the Motion of the Debtors for an Order Pursuant to Sections 365(a) and (d)(4) of the Bankruptcy Code (A) Further Extending the Period Within Which the Debtors May Assume or Reject Certain Unexpired Leases of Non-residential Real Property and (B) Approving the Rejection of Certain Unexpired**

**Lease of Non-Residential Real Property by Greater Southeast
Community Hospital Corporation I, et al. (Docket # 634)**

<u>Responses:</u>

- None

Peter D. Isakoff (D.C. Bar No 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K. Street, NW, Suite 100
Washington, DC  20005
Telephone (202) 682-7000
Facsimile  (202) 857-0939

Deryck A. Palmer
Andrew W. Troop
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Attorneys for Debtors and Debtors in
Possession

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of
the foregoing **Notice of Agenda for Hearing on May 15, 2003** via facsimile and/or
electronic mail on the parties/counsel listed on the attached service list on May 13, 2003.

_____
Holly E. Loiseau

DC1:\142748\01\325801!.DOC\41776.0003

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
| --- | --- |

Any and all of the Debtors
c/o Doctors Community Healthcare
Corporation
6730 North Scottsdale Road
Suite 290
Scottsdale, Arizona 85253

pleadings@doctorscommunity.com

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Counsel for the Debtors)

deryck.palmer@weil.com

Andrew M. Troop, Esq.
Weil, Gotshal & Manges LLP
101 Federal Street
Boston, MA 021 10
(Counsel for Debtors)

andrew.troop@weil.com

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005
(Counsel for the Debtors)

peter.isakoff@weil.com

holly.loiseau@weil.com

B. Amon James, Esq.
Office of the United States Trustee
115 South Union St., Plaza Level
Suite 210
Alexandria, Virginia 22314

B.Amon.James@usdoj.gov

Kevyn D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(Counsel for National Century Financial
Enterprises, Inc)

korr@jonesday.com

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)



## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.  
Roderick B. Williams, Esq.  
Foley & Lardner  
Washington Harbour  
3000 K Street, N.W., Suite 500  
Washington, D.C. 20007-5109  

dworkman@foleylaw.com

rwilliams@foleylaw.com

Neil Demchick  
Navigant Consulting  
2 North Charles Street, -  
Baltimore, Maryland 21201.  

ndemchick@navigantconsulting.com

Mitchell B. Weitzman, Esq.  
Bean, Kinney & Korman, P.C.  
2000 North 14th Street Suite 100  
Arlington, Virginia 22201  

Mweitzman@beankinney.com

Christy Hoffman, Esq.  
James & Hoffman, P.C.  
1101 17th Street, N.W., Suite 510  
Washington, D.C. 20036  

choffman@jamhoff.com

Kermit A. Rosenberg, Esq.  
Tighe Patton Armstrong Teasdale, PLLC  
1747 Pennsylvania Avenue, N.W.  
Suite 300  
Washington, DC 20006-4604  

krosenberg@tighepatton.com

Haig Maghakian, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
601 S. Figueroa Street, 30th Floor  
Los Angeles, California 90017  

hmaghakian@milbank.com

William Douglas White  
McCarthy & White, PLLC  
8180 Greensboro Drive - Suite 875  
McLean, VA 22102  

wdw@mcarthywhite.com

Craig B. Young, Esq.                                        cby@cblhlaw.com
C. Todd Marks, Esq.                                         ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                                    mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                                 lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Charles R. Bennett, Jr., Esq.                               crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                                        cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                                        purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                                         tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                                           sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                                       ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

5

John Cunningham, Esq.                                jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                                   rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 14 P 1:07

RECEIVED