**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

FILED IN
JOHN MARSHALL DROP BOX

**FILED**

MAY 14 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

---------------------------------------------------------:

In re                                                    :

                                                         :          Chapter 11

GREATER SOUTHEAST COMMUNITY                              :

HOSPITAL CORPORATION I, et al.,                          :

                                                         :          Case No. 02-2550

                                                         :

                                                         :

            Debtors.                                     :          (Jointly Administered)

---------------------------------------------------------x

## MOTION FOR COURT APPROVAL OF THE STIPULATION AND ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT LORETTA MOORE TO PURSUE HER CLAIM AGAINST AVAILABLE INSURANCE PROCEEDS

1.      Greater Southeast Community Hospital (the "Debtor") is a debtor and debtor in possession in the above-captioned chapter 11 case.

2.      Loretta Moore ("Claimant") alleges that on or about October 22, 2001, she sustained personal injuries as a result of the alleged negligence of a nurse who was a contract employee of the Debtor.

3.      Claimant contacted counsel for the Debtor seeking relief from the automatic stay imposed under section 362 of title 11, United States Code (the "Bankruptcy Code") in order to seek compensation for her losses from the estate of the Debtor.

4.      The undersigned parties have stipulated to limited relief from the automatic stay to permit Claimant to pursue her claim against available insurance proceeds.

5.      Therefore, the Debtor hereby moves for court approval of the stipulation submitted herewith.

DC1:\149789\01\37KT01!.DOC\41776.0003

Dated: Washington, D.C.
May 14, 2003

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

and

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 772-8300

and

Peter D. Isakoff (D.C. Bar No. 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000

ATTORNEYS FOR DEBTOR AND DEBTOR
IN POSSESSION

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **Notice of Hearing and Motion of the Debtors for Approval of the Stipulation and Order Modifying Automatic Stay to Permit Loretta Moore to Pursue State Court Litigation** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on May 14, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

Thomas E. Doyle, Esq.
Siegel & Doyle
101 North Adams Street
Rockville, MD 20858
(Counsel for Claimant)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                     dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                             rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                               ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                  Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                       choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                   krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                        hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                       wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.                          jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                             rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528