FILED IN
JOHN MARSHALL DROP BOX
**FILED**

MAY 14 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

----------------------------------------------------------x
                  :

**In re:**                         :

                  :

**GREATER SOUTHEAST COMMUNITY**  :    Case No.
**HOSPITAL CORPORATION I, et al.,**  :    02- 2250 (SMT)
                  :    **Jointly Administered**

       **Debtors.**            :    **(Chapter 11)**

                  :

----------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF THE DEBTORS FOR
## APPROVAL OF THE STIPULATION AND ORDER MODIFYING AUTOMATIC
## STAY TO PERMIT LORETTA MOORE
## TO PURSUE HER CLAIM AGAINST AVAILABLE INSURANCE PROCEEDS

NOTICE IS HEREBY GIVEN that on May 14, 2003 Greater Southeast Community Hospital and its debtor affiliates in the above-captioned cases (collectively, "the Debtors") filed a Motion for Approval of the Stipulation and Order Modifying Automatic Stay to Permit Loretta Moore to Pursue Her Claim Against Available Insurance Proceeds (the "Motion"). The Motion is being served on you contemporaneously with this notice.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing and be filed and served within 15 days of this notice. Any objection to the Motion and the proposed order shall be filed with the Clerk of the United States Bankruptcy Court for the District of Columbia, Room 4400, United States Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, with a copy served upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

DCI:\149791\01\37KV01!.DOC\41776.0003

PLEASE TAKE FURTHER NOTICE that a hearing has been set on the Motion for May 30, 2003 commencing at 10:30 a.m., before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, Room 34, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial.

Any creditor or party in interest with questions about the foregoing may contact the undersigned.

Dated: May 14, 2003
          Washington, D.C.

Respectfully Submitted,

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No, 358419)
Holly W. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
(202) 682-7000

ATTORNEYS FOR DEBTORS
DEBTORS-IN-POSSESSION