FILED IN
JOHN MARSHALL DROP BOX

FILED

MAY 14 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

--------------------------------------------------------------:

In re                                                          :
                                                               :    Chapter 11
GREATER SOUTHEAST COMMUNITY                                    :
HOSPITAL CORPORATION I, et al.,                                :
                                                               :    Case No. 02-2550
                                                               :
                  Debtors.                                     :    (Jointly Administered)
--------------------------------------------------------------x

## MOTION FOR COURT APPROVAL OF THE STIPULATION AND ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT SANDRA SIELAFF TO PURSUE STATE COURT LITIGATION

1.    Michael Reese Hospital (the "Debtor") is a debtor and debtor in possession in the above-captioned chapter 11 case.

2.    Sandra Sielaff, Independent Administrator of the Estate of Thomas Sielaff ("Claimant"), has commenced a survivor/wrongful death action against the Debtor in the Circuit Court of Cook County (the "State Court Litigation").

3.    Claimant contacted counsel for the Debtor seeking relief from the automatic stay imposed under section 362 of title 11, United States Code (the "Bankruptcy Code") to liquidate her claim asserted in the State Court Litigation.

4.    The undersigned parties have stipulated to limited relief from the automatic stay to permit the prosecution and defense of the State Court Litigation on the terms and subject to the conditions set forth in the stipulation submitted herewith.

5.    Therefore, the Debtor hereby moves for court approval of the stipulation submitted herewith.

Dated: Washington, D.C.
May 14, 2003

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000

and

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street
Boston, MA  02110
Telephone: (617) 772-8300

and

Peter D. Isakoff (D.C. Bar No. 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C.  20005
Telephone: (202) 682-7000

ATTORNEYS FOR DEBTOR AND DEBTOR
IN POSSESSION

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **Notice of Hearing and Motion of the Debtors for Approval of the Stipulation and Order Modifying Automatic Stay to Permit Sandra Sielaff to Pursue State Court Litigation** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on May 14, 2003.

Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                          kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                        gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP         nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.               michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                          charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                       David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                     salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld       jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                  michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

Larry E. Weisman, Esq.
Joseph P. Sorce, Esq.
Goldberg, Weisman & Cairo, Ltd.
One E. Wacker Drive, #3400
Chicago, IL 60601
(Counsel for Claimant)

Brain Murphy, Esq.
Hfeld and Schaffner
Suite 3120
30 North LaSalle Street
Chicago, IL 60602
(Counsel for heir to Claimant's Estate)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                           dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                   rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                     ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                        Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                             choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                         krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                          hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                         wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102


Craig B. Young, Esq.                          cby@cblhlaw.com
C. Todd Marks, Esq.                           ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036


Margarita Ginzburg, Esq.                      mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                   lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022


Charles R. Bennett, Jr., Esq.                 crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107


Conrad K. Chiu, Esq.                          cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024


Lori L. Purkey, Esq.                          purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007


Terry E. Hall, Esq.                           tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com