FILED AND ENTERED

MAY 1 9 2003

Denise H. Curtis, Clerk
U. S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
GREATER SOUTHEAST COMMUNITY          )    Case No. 02-02250
HOSPITAL CORPORATION I, <u>et</u>    )       (Chapter 11)
<u>al.</u>,                          )
                                     )    (Jointly Administered)
                    Debtors.    )

ORDER

Creditor Kelly Griffin has failed to comply with this court's Notice to Party Filing Deficient Pleading or Document (Docket Entry No. 620, filed May 5, 2003).  It is thus

ORDERED that within 14 days of entry of this order the creditor shall comply with the aforementioned notice by paying the required filing fee or shall show cause in writing why the motion for relief from the automatic stay ought not be stricken.

Dated: May /9, 2003.

S. Martin Teel, Jr.
United States Bankruptcy Judge

691



Copies to:

Steven H. Greenfield, Esq.
Gins & Greenfield, P.C.
5028 Wisconsin Avenue, NW
Suite 300
Washington, DC 20016

B. Amon James, Esq.
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W.
Suite 100
Washington, DC 20005

COPIES MAILED TO THE ABOVE NAMED
THIS ____ DAY OF ____, 20__

DEPUTY CLERK

2