## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

-------------------------------------------------------x
: 
In re                                                   : 
:                    Case No.
GREATER SOUTHEAST COMMUNITY           :                    02-2250 (SMT)
HOSPITAL CORPORATION I, et al.,              :                    Jointly Administered
:                    (Chapter 11)
Debtors.              : 
-------------------------------------------------------x

**FILED**

MAY 16 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

### <u>AFFIDAVIT UNDER 11 U.S.C. § 327(e)</u>

STATE OF ARIZONA      )
                      ) ss:
COUNTY OF MARICOPA    )

Cynthia L. Sehr, being duly sworn, deposes and says:

1. I am an of-counsel attorney with the law firm of Kutak Rock LLP with offices located at 8601 N. Scottsdale Road, Suite 300, Scottsdale, Arizona 85253(the "Firm").

2. <u>Greater Southeast Community Hospital Corporation I,</u> one of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtor"), has requested that the Firm provide legal services, advice and representation to it in connection with ongoing general legal matters. The Firm has consented to provide such services in accordance with the terms of that certain Order of the Court Pursuant to 11 U.S.C. §§ 105 and 327 Authorizing Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (the "OCP Order"), a copy of which has been provided to the Firm.

3. The Firm has represented the Debtor in a number of ongoing matters that were not resolved at the time the Debtor filed for bankruptcy relief. With the Court's approval, the Firm will continue to represent the Debtor in addressing these matters.

4.  As of the date hereof, the Firm has rendered postpetition services to Debtor of approximately $2,867.98.  The Firm estimates that it will be required to spend approximately 30 hours per month in rendering services to the Debtor and anticipates that the legal costs will not exceed approximately $7,500 per month.

5.  Neither I nor any principal of or professional employed by the Firm insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or the Debtor's estate.  The Firm may have performed services in the past and may perform services in the future in matters unrelated to this chapter 11 case for persons that are parties in interest in the Debtor's chapter 11 case.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be claimants or other parties in interest in the Debtor's chapter 11 case.  The Firm does not perform services for any such person in connection with this chapter 11 case.  Weil Gotschal and Manges, Debtor's counsel, supplied the Firm with a list of potential parties in interest in this proceeding, a copy of which is attached to this affidavit.  The Firm does not have any relationship with any person on such list that would be adverse to the Debtor or the Debtor's estate.

6.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share in any portion of the compensation to be received from the Debtor with any other person other than the principals and professionals of the Firm.

7.  I have reviewed the OCP Order and understand the terms thereof.  The Firm and its principals, associates and other employees who will be rendering services to the Debtor will comply with all of the terms of the OCP Order.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit.

_Cynthia Sehr_
Cynthia L. Sehr

Sworn to and subscribed before me
this ___ day of _May_, 2003

_Leslie Flynn_
NOTARY PUBLIC

OFFICIAL SEAL
LESLIE FLYNN
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Dec. 3, 2004

## EXHIBIT A

## LIST OF POTENTIAL PARTIES IN INTEREST

<u>**Conflicts Run For:**</u>

<u>**DCHC**</u>
<u>**PACIN Healthcare-Hadley Memorial Hospital Corporation**</u>
<u>**Pine Grove Hospital Corporation,**</u>
<u>**Greater Southeast Community Hospital Corporation I,**</u>
<u>**Micheal Reese Medical Center Corporation**</u>
<u>**Pacifica of the Valley Corporation**</u>

<u>**Lenders**</u>
National Century Financial Enterprises, Inc.
National Premier Financial Services, Inc.
Memorial Drive Office Complex LLC
National Physicians Funding II, Inc.
Anesthesia Solutions, Inc.
NF-CSL, Inc.
NPF-LL, Inc.
NPF-SPL, Inc.
NPF VI, Inc.
NPF X, Inc.
NPF XII, Inc.
NPF X, Inc.
NPF XII, Inc.
NPF Capital Partners, Inc.
NPF Capital, Inc.
NCFE.com
Healthcare REIT, Inc.


<u>**Directors and Officers**</u>
Ana Raley
Paul Tuft
Donna Talbot
Susan Engelhard
Steven Dietlin
Erich Mounce
Enrique Beckman

<u>**Professionals**</u>
Huron Consulting Group

<u>**Top 30 Consolidated Unsecured Creditors:**</u>
Abbot Laboratories Inc.
Allegiance Staffing, Inc.
American Medical Laboratories

Angelica Healthcare Services
Arthur J. Gallagher & Co.—Kansas City
Baxter Healthcare Corp.
Beackman Coulter
Bergen Brunswig Drug Company
City of Chicago
COMed
DC Water & Sewar Authority
Fresenius USA Incorporation
Harris Hospital Supply, Inc.
Healthcare Management Resources
Kinetics Biomedical Svc
Los Angeles County Tax Collector
Manatt, Phelps & Phillips
Managed Alternative Care
Medassist, Inc.
Medical Staffing Network, Inc.
Midwest Neoped Associates, Inc.
Milestone Healthcare
Peoples Energy Services
Phyamerica Practice Services
Professional Nursing, Inc.
Progressive Nursing Staffers
Research and Education Foundation
S.K. Durairaj, MD
Sodexho Marriott Services
Verizon

Top 20 Unsecured Creditors of Pine Grove Hospital Corp.
Unilab
R. Brent Mobile X-Ray
American Medical Adjusters
Quest Diagnostics
Lee, Burkhardt, Liu, Inc.
Angelica Textile Services
Sysco Food Services of Los Angeles
Allcare
Martin Schuster, M.D.
West Hills Hospital
Kanti B. Patel
James Herring
Health Eligibility Services
Pacific Bell Directory
Paetec Communications, Inc.
Interlacard LLC

Blue Cross of California
Unisourve Maint. Supply System
Vista Ford ENR

## Top 20 Unsecured Creditors of Pacifica Of the Valley Corporation
Managed Alternative Care
Medline Industries Inc.
Patriot Medical Technologies
Walden Medical Group
Pacifica Health Care Enterprises
ELA Medical
Angelica Healthcare Services
Haemo Stat
Palmcaster Anesthesia
Bergen Brunswig Drung Co.
STP Specialist Temp. Personnel
Professional Hospital Supply
Phillips Medical Systems
Beckman Coulter
Spectrum Healthcare Inc.
Sysco Food
B. Braun
American Red Cross
Unilab

## Top 20 Unsecured of Doctors Community Healthcare Corp.
Arthur J. Gallagher & Co.
S. K. Durairaj, M.D.
Manatt, Phelps & Phillips
3M
American Express-Ghost Travel
Medical Information Technology, Inc.
Hooper, Lundy and Bookman, Inc.
Littler Mendelson, P.C.
American Express 1100
Kutak Rock
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Michael Best & Friederich LLC
Seyfarth Shaw Attorneys
Foran Glennon Palandech & Ponzi, P.C.
United Van Lines
Goodell, Devries, Leeck & Dann LLP
Hall, Prangle & Schoonveld, LLC
Lafayette Life Insurance
Lord Bissell & Brook

<u>Top 20 Unsecured Creditors of PACIN Healthcare-Hadley Memorial Hospital Corporation</u>
Milestone Healthcare
Sodexho Marriott Services
Medline Industries, Inc.
Neighbor Care
Premier, Inc.
BMA of Dupont Circle
SNI Virginia Inc.
MEDIQ/FST
WebMD
Prudential Investments
HILL-ROM
American Int. Specialty Ins. Co.
Temporary Help Inc.
Clinical Pharmacy Associates
Patriot Medical Technologies
Global Medical
Iron Mountain
Kaiser Permanente
Healthcare Management Resources
American Medical Laboratory

<u>Top 20 Unsecured Creditors of Michael Reese Medical Center Corp.</u>
COMed
Peoples Energy Services
City of Chicago
Graduate Medical Education Center
Sodexho Marriott Services
Harris Hospital Supply, Inc.
Research and Education Foundation
Rothschild Center
Healthcare Management Resources
Dialysis Center of America
SBC Ameritech
Kinetics Biomedical Nursing, Inc.
Midwest Neopad Associates Ltd.
Medline Industries
Bergen Brunswig Drug Company
Humana Health Plan, Inc.
Guidant Sales Corporation
LMR Nursing Services, Inc.
Medtronic, Incorporated

Top 20 Unsecured Creditors of Greater Southeast Community Hospital Corporation I

Medical Staffing Network, Inc.
Healthcare Management
Progressing Nursing Staffers
Medline Industries
Allegiance Staffing, Inc.
PhyAmerica Practices Services
Verizon
Sodexho Marriott Services
Patriot Medical Technologies
DC Water and Sewar Authority
Potomoc Electrical Power Company
Harris Hospital Supply
Kinetic Biomedical Services, Inc.
Fresenius USA Corporation
American Medical Laboratories
Beckman Coulter
Medstandard
Rural/Metro Mid-Atlantic
Blackhawk, Inc.
EMS