*02-2250*

WHEREFORE, PREMISES CONSIDERED, Huron requests that an allowance be approved to it for professional services rendered during the Subject Period in the amount of $1,276,412, together with reimbursement of costs and out-of-pocket expenses in the amount of $134,801 and that the Court authorizes Huron to be paid out of the Debtors' estates as administrative expenses pursuant to Section 503 (b) (2) of the Bankruptcy Code (less amounts previously remitted on account of the services included herein) and that Huron have such other and further relief to which Huron may show itself to be justly entitled.

Respectfully submitted this 6th day of May, 2003.

HURON CONSULTING GROUP LLC

**FILED**

**MAY 2 0 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

By: _____
Thomas J. Halloran on behalf of
Huron Consulting Group LLC
88 Pine St. – 20th Floor
New York, NY  10005
(646) 277-2220

Financial Advisors to
Greater Southeast Community Healthcare Corporation I, et al.
Debtors and Debtors-in-Possession

DC Bar No. 452442

718

14