WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors and Debtors In Possession
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

FILED IN
JOHN MARSHALL DROP BOX

**FILED**

MAY 2 1 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------------------:
In re                                                       :
                                                            :     Chapter 11
GREATER SOUTHEAST COMMUNITY                                 :
HOSPITAL CORPORATION I, et al.,                             :
                                                            :     Case No. 02-2550
                                                            :
                 Debtors.                                   :     (Jointly Administered)
-----------------------------------------------------------x
```

## DEBTOR'S RESPONSE TO MOTION TO COMPEL 2004 EXAMINATION FILED BY OPHELIA AND WILL SMITH, JR.

TO THE HONORABLE S. MARTIN TEEL, JR.,
UNITED STATES BANKRUPTCY JUDGE:

Michael Reese Medical Center Corporation ("Michael Reese" or the "Debtor") as and for its response to the motion to compel 2004 examination (the "Motion") filed by Ophelia and Will Smith, Jr. (the "Movants"), respectfully represents:

1. On November 20, 2002 (the "Petition Date"), Michael Reese commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), along with five other affiliated debtors (collectively, the "Debtors"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is authorized to operate its business and manage its assets as debtor in possession.

2. Prior to the Petition Date, Movants commenced a medical malpractice action against Michael Reese in the Circuit Court of Cook County (the "State

Court action"). In the State Court action, Movants allege that Ophelia Smith was injured due to the negligence of the Debtor while she was a patient at Michael Reese.

3.      At the time of Ophelia Smith's alleged injury, Michael Reese maintained a professional liability insurance policy with TIG Specialty Insurance Company ("TIG"). Under the TIG policy, Michael Reese is subject to a self-insured retention ("SIR") or deductible whereby it must pay the $250,000 per claim for any settlements, judgments or defense costs. Currently, Michael Reese has paid only $11,994.81 toward its SIR or deductible for this claim. TIG has indicated that until the Debtor pays the remainder of the SIR or deductible, TIG may not provide a defense for the State Court action, although TIG has agreed, under a reservation of rights, to continue defending one of the other Debtors in an action that is proceeding pursuant to a stipulation modifying the automatic stay that was approved by the Court.

4.      On April 30, 2003, Movants filed their Motion seeking a court order compelling Michael Reese to produce for examination Michael Reese's insurance policy or policies related to the coverage of the claim made by the Movants in the State Court action.

5.      Upon receipt of the Motion, Michael Reese contacted TIG. TIG indicated that it already has agreed to provide Movants with certain information related to the TIG policy at issue, including information about the applicable SIR or deductible, the amounts paid by the Debtor toward the SIR or deductible, and information regarding applicable policy limits. However, TIG refuses to, and has not authorized the Debtor to, provide Movants with copies of the insurance policy at issue. Therefore, pursuant to the terms of the insurance policy, Michael Reese cannot produce the requested documents to Movants at this time.

6.    Since TIG and Michael Reese have provided Movants with information sufficient to file their motion to lift the automatic stay, Michael Reese respectfully requests that the Court deny the Motion.

Respectfully submitted,

Dated: May 21, 2003

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

and

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 772-8300

and

Peter D. Isakoff (D.C. Bar No. 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000

Attorneys for Debtor Michael Reese
Medical Center Corporation

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **Debtor's Response to Motion to Compel 2004 Examination** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on May 21, 2003.

Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

DC1:\144509\01\33$501!.DOC\41775.0003

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                                dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                        rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                                          ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                             Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                                  choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                              krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                                   hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                                  wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York,  NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.                     jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                        rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 21  P 6: 37

RECEIVED