FILED IN
JOHN MARSHALL DROP BOX

FILED

MAY 2 1 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

**WEIL, GOTSHAL & MANGES LLP**
**Attorneys for the Debtors**
 **and Debtors in Possession**
**767 Fifth Avenue**
**New York, New York 10153**
**(212) 310-8000**
**Deryck A. Palmer, Esq.**
**Andrew M. Troop, Esq.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
In re                                       :
                                            :
GREATER SOUTHEAST COMMUNITY                 :    Case No.
HOSPITAL CORPORATION I., et al.,            :    02-2250 (SMT)
                                            :    Chapter 11
                                            :
            Debtors.                        :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF FILING OF AFFIDAVITS UNDER 11 U.S.C. § 327(e) FOR RETENTION OF PROFESSIONALS EMPLOYED IN THE ORDINARY COURSE OF BUSINESS

NOTICE IS HEREBY GIVEN that, pursuant to the order of this Court of April 23, 2003 concerning the retention of professionals in the ordinary course of the Debtors' businesses, on May 21, 2003, Greater Southeast Community Hospital and its debtor affiliates in the above-captioned cases (collectively, the Debtors") filed with the United States Bankruptcy Court for the District of Columbia (the "Court") three affidavits under 11 U.S.C. § 327(e) for the retention of the following professionals in the ordinary course of the Debtors' businesses.

1.    Hooper, Lundy & Bookman, Inc.
2.    O'Hagen, Smith & Amundsen, L.L.C.
3.    Littler Mendelson, a Professional Corporation

Dated:  May 21, 2003
Washington, D.C.

Respectfully Submitted,

_____
Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No, 358419)
Holly W. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
(202) 682-7000

ATTORNEYS FOR DEBTORS
DEBTORS-IN-POSSESSION

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

---------------------------------------------------------------x

**In re**                                           :
                                                    : **Case No.**
**GREATER SOUTHEAST COMMUNITY**    :  **02-2250 (SMT)**
**HOSPITAL CORPORATION I, et al.,**  :  **Jointly Administered**
                                                    : **(Chapter 11)**
                    **Debtors.**              :

---------------------------------------------------------------x

### AFFIDAVIT UNDER 11 U.S.C. § 327(e)

STATE OF ARIZONA        )
                        ) ss:
COUNTY OF MARICOPA      )

Neil M. Alexander, being duly sworn, deposes and says:

1.  I am a member of the law firm of Littler Mendelson, with offices located in twenty-nine (29) cities including: Phoenix, Arizona; Chicago, Illinois; Los Angeles, California; and, Washington, D.C., among others.  For mailing purposes, orders or correspondence in this case should be sent to me at 2425 East Camelback Road, Suite 900, Phoenix, Arizona 85016 (the "Firm").  Littler Mendelson exclusively engages in the representation of employers in labor and employment law disputes.  Littler was actively handling three (3) litigation matters and one administrative charge of discrimination filed with the Equal Employment Opportunity Commission at the time the bankruptcy petition was filed, and continues to be contacted regarding labor and employment law compliance, for risk management regarding developing employment law disputes, and to handle a dispute subject to mandatory arbitration.

2.  Doctor's Community Healthcare Corporation; Michael Reese Hospital Medical Center; Pine Grove Hospital; Hadley Memorial Hospital; and Greater Southeast

Community Hospital, several of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have requested that the Firm provide legal services, advice and representation to them in connection with questions and counseling regarding employment law compliance, for risk management regarding developing employment law disputes, to handle an arbitration hearing for Michael Reese Hospital Medical Center, and to continue to represent Michael Reese Hospital Medical Center, Doctor's Community Healthcare Corporation, and Greater Southeast Community Hospital with ongoing litigation in which liability is contested (these matters are temporarily stayed) and in administrative charges of discrimination which are not currently stayed. The Firm has consented to provide such services in accordance with the terms of that certain Order of the Court Pursuant to 11 U.S.C. § §.105 and 327 Authorizing Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (the "OCP Order"), a copy of which has been provided to the Firm.

3. The Firm has represented the Debtors in three (3) litigation matters and one administrative charge of discrimination that were not resolved at the time the Debtors filed for bankruptcy relief. With the Court's approval, the Firm will continue to represent the Debtors in addressing these matters.

4. The Debtors owe the Firm approximately $120,734.26 for pre-petition services. As of the date hereof, the Firm has rendered postpetition services of approximately $14,548.41. The Firm estimates that it will be required to spend approximately 120 hours per month in rendering services to the Debtors and anticipates that the legal costs and fees will not exceed approximately $30,000 per month. However,

as with any litigation matter, there may be periods and months where the fees could exceed these estimates.

5.  Neither I nor any principal of or professional employed by the Firm insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or the Debtors' estate.  The Firm may have performed services in the past and may perform services in the future in matters unrelated to this chapter 11 case for persons that are parties in interest in the Debtors' chapter 11 case.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be claimants or other parties in interest in the Debtors' chapter 11 case.  The Firm does not perform services for any such person in connection with this chapter 11 case.   Our Firm limits its practice to representing companies in labor and employment law disputes.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or the Debtors' estate.

6.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share in any portion of the compensation to be received from the Debtors with any other person other than the principals and professionals of the Firm.

7.  I have reviewed the OCP Order and understand the terms thereof.  The Firm and its principals, associates and other employees who will be rendering services to the Debtors will comply with all of the terms of the OCP Order.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit.

Neil M. Alexander

Sworn to and subscribed before me this 20th day of May, 2003.

NOTARY PUBLIC

OFFICIAL SEAL
JANICE L JOHNSON
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 30, 2005

PHOENIX:31636.1 800000.3500

4

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing Affidavit under 11 U.S.C. § 327(e) via first class mail and electronic mail on the parties/counsel listed on the attached service lists on May 21, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

DC1:\144509\01\33$501!.DOC\41776.0003

Ken Kansa, Esq.  
Bank One Plaza  
Sidley, Austin, Brown & Wood LLP  
10 South Dearborn Street  
Chicago, Illinois 60603  
(Counsel for Medline Industries, Inc.)

kkansa@sidlev.com

Guy S. Neal, Esq.  
Natalie Kuehn, Esq.  
Sidley, Austin, Brown & Wood LLP  
1501 K Street, N.W. Suite 600  
Washington, D.C. 20005  
(Counsel for Medline Industries, Inc.)

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.  
Charles A. Malloy, Esq.  
Arnold & Porter  
555 Twelfth Street, N.W.  
Washington, D.C. 20004  
(Counsel for Health Care Reit, Inc.)

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.  
Corporation Counsel, D.C.  
441 4th Street, N.W. 6th Floor North  
Washington, D.C. 20001  
(Counsel for the District of Columbia)

David.Fisher@dc.gov

Sam J. Alberts, Esq.  
Jonathan Gold, Esq.  
Akin, Gump, Strauss, Hauer, & Feld  
1333 New Hampshire Avenue, N.W.  
Suite 400  
Washington, D.C. 20001  
(Counsel for the Joint Committee of  
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.  
Arter & Hadden  
1801 K Street N.W. Suite 3001  
Washington, D.C. 20006  
(Counsel for Provident)

michael.goodstein@arterhadden

Neil M. Alexander
Littler Mendelson
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                     dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                             rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                               ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                  Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                       choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                   krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                        hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                       wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102


DCI:\144509\01\33$501!.DOC\41776.0003                    3

Craig B. Young, Esq.                         cby@cblhlaw.com
C. Todd Marks, Esq.                          ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                     mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                  lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York,  NY 10022

Charles R. Bennett, Jr., Esq.                crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                         cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                         purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                          tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                            sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                        ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

```
------------------------------------------------------------x
In re                                      :
                                           :    Case No.
GREATER SOUTHEAST COMMUNITY                :    02-2250 (SMT)
HOSPITAL CORPORATION I, et al.,            :    Jointly Administered
                                           :    (Chapter 11)
                   Debtors.                :
------------------------------------------------------------x
```

### AFFIDAVIT UNDER 11 U.S.C. § 327(e)

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF LOS ANGELES      )

MARK S. HARDIMAN, being duly sworn, deposes and says:

1.  I am a member of the law firm of HOOPER, LUNDY & BOOKMAN, INC., with offices located at 1875 Century Park East, Suite 1600, Los Angeles, California 90067, Tel.: (310) 551-8197, Fax: (310) 551-8188 (the "Firm").

2.  Doctors Community Healthcare Corporation, one of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtor" or "DCHC"), has requested that the Firm provide legal services, advice and representation to it or its subsidiaries in connection with health care related litigation matters and Medicare, Medi-Cal and private insurer reimbursement issues in California. The Firm has consented to provide such services in accordance with the terms of that certain Order of the Court Pursuant to 11 U.S.C. § § 105 and 327 Authorizing Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (the "OCP Order"), a copy of which has been provided to the Firm.

NY2:\1255838\01\QX0#01!.DOC\41776.0003

3. The Firm has represented the Debtor in five matters, consisting of (a) a rehabilitation conversion at Pacifica Hospital of the Valley, a Debtor hospital; (b) a breach of contract action by Brea Community Hospital, a Debtor hospital, against CareMore and Blue Shield; (c) an OIG civil investigation of cost reporting of partial hospitalization program costs at Pacifica Hospital of the Valley, a Debtor hospital; (d) a Medi-Cal reimbursement appeal by Brea Community Hospital, a Debtor hospital, and (e) a fraud action by Debtor against Hallmark and two individuals regarding the purchase of Pine Grove Hospital, a Debtor hospital, that were not resolved at the time the Debtor filed for bankruptcy relief. With the Court's approval, the Firm will continue to represent the Debtor in addressing these matters.

4. The Debtor owes the Firm approximately $180,000 for pre-petition services. As of the date hereof, the Firm has rendered post-petition services of approximately $45,000. The Firm estimates that it will be required to spend approximately 100 hours per month in rendering services to the Debtor and anticipates that the legal costs will not exceed approximately $30,000 per month.

5. Neither I nor any principal of or professional employed by the Firm insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or the Debtor's estate. The Firm may have performed services in the past and may perform services in the future in matters unrelated to this chapter 11 case for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be claimants or other parties in interest in the Debtor's chapter 11 case. The Firm does not perform services for any such person in connection with this

chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or the Debtor's estate.

6. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share in any portion of the compensation to be received from the Debtor with any other person other than the principals and professionals of the Firm.

7. I have reviewed the OCP Order and understand the terms thereof. The Firm and its principals, associates and other employees who will be rendering services to the Debtor will comply with all of the terms of the OCP Order.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit.

_____
MARK S. HARDIMAN

Sworn to and subscribed before me, *BARBARA WEBSTER, NOTARY REPUBLIC*
this 19th day of May, 2003

_____
NOTARY PUBLIC

BARBARA WEBSTER
Commission # 1259023
Notary Public - California
Los Angeles County
My Comm. Expires Apr 1, 2004

NY2:\1255838\01\QX0#01!.DOC\41776.0003                3

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing Affidavit under 11 U.S.C. § 327(e) via first class mail and electronic mail on the parties/counsel listed on the attached service lists on May 21, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidley.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)


Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)


Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)


David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)


Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)


Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

Mark S. Hardman
Hooper, Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                         dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                 rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                   ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                      Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                           choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                       krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                            hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                           wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

-----------------------------------------------------------------------------X
                                                    :
**In re**                                           :
                                                    : **Case No.**
**GREATER SOUTHEAST COMMUNITY HOSPITAL**            : **02-2250 (SMT)**
**CORPORATION I, et al.,**                           : **Jointly Administered**
                                                    : **(Chapter 11)**
-----------------------------------------------------------------------------X

## AFFIDAVIT UNDER 11 U.S.C. § 327(e)

State of Illinois     )
                      ) ss:
County of Cook        )

Carmel M. Cosgrave, being duly sworn, deposes and says:

1.     I am a member of the law firm of O'Hagan, Smith & Amundsen, L.L.C., with offices located at 150 North Michigan Avenue, Chicago, Illinois 60601 (the "Firm").

2.     Michael Reese Hospital, one of the debtors and debtors in possession of the above-captioned chapter 11 cases (the "Debtor"), has requested that the Firm provide legal services, advice and representation to it in connection with legal representation of Michael Reese Hospital for medical malpractice cases and the defense of other general liability claims.   The Firm has consented to provide such services in accordance with the terms of that certain Order of the Court Pursuant to 11 U.S.C. §§ 105 and 327 Authorizing Retention and Compensation of Professional Utilized in the Ordinary Course of Business (the "OCP Order"), a copy of which has been provided to the Firm.

3.  The Firm has represented the Debtor in four (4) matters that were not resolved at the time the Debtor filed for bankruptcy relief.  With the Court's approval, the Firm will continue to represent the Debtor in addressing these matters.

4.  The Debtor owes the Firm approximately $32,525.66 for pre-petition services.  As of the date hereof, the Firm has rendered post-petition services in approximately $8,387.55.  The Firm estimates that It will be required to spend approximately 100 hours per month in rendering services to the Debtor and anticipates that the legal costs will not exceed approximately $20,000.00 per month.

5.  Neither I nor any principal employed by the Firm insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or the Debtor's estate.  The Firm may have performed services in the past and may perform services in the future in matters unrelated to this chapter 11 case for persons that are parties in interest in the Debtor's chapter 11 case.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may be claimants or other parties in interest in the Debtor's chapter 11 case. The Firm does not perform services for any such person in connection with this chapter 11 case.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or the Debtor's estate.

6.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share in any portion of the compensation to be received from the Debtor with any other person other than the principals and professionals of the Firm.

7.     I have reviewed the OCP Order and understand the terms thereof.  The Firm and its principals, associates and other employees who will be rendering services to the Debtor will comply with all of the terms of the OCP order.

8.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit.

_____
Carmel M. Cosgrave

Sworn to and subscribed before me
This 9th day of May, 2003.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARIA S MONDELLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/04

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing Affidavit under 11 U.S.C. § 327(e) via first class mail and electronic mail on the parties/counsel listed on the attached service lists on May 21, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

Carmel M. Cosgrave
O'Hagan, Smith & Amundsen, L.L.C.
150 North Michigan Avenue
Chicago, IL 60601

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com

DENICE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 21  P 6: 37

RECEIVED