UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

**FILED**

**MAY 2 1 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

In Re:                                      :
                                            :
                                            :
                                            :
GREATER SOUTHEAST COMMUNITY    :           Chapter 11
HOSPITAL CORPORATION I, at al.,  :          Case Nos. 02-2250 and
                                            :           02-2248
                                            :
          Debtors,              :
                                            :           Jointly Administered
_____ :

## PROOFS OF CLAIMS AND DISPUTE AS TO
## THE UNSECURED STATUS OF THE CLAIM

The District of Columbia Water and Sewer Authority (WASA), by and through its

undersigned attorneys, Leftwich & Douglas P.L.L.C., hereby presents this statement in support

of its Proofs of Claims, pursuant to Section 501 of the United States Bankruptcy Code, 11 USC §

501 and Fed. R. Bankr. P. 3003 (c).  WASA is seeking $493, 729.38 as payment for overdue

water and sewer service charges assessed against Greater Southeast Community Hospital

(Greater Southeast), located at 1310 Southern Avenue, S.E. Washington, DC 20032 and Pacin

Healthcare Hadley Memorial Hospital(Hadley Memorial Hospital), located at 4601 Martin

Luther King Jr., Avenue, SW Washington, DC 20032. The debtors have four accounts with

WASA: account number 0104521-0, account number 0104061-7, account number 0104062-5,

and account number 0104954-3.  A summary of these charges is set forth in Exhibit A.

The Debtors' Schedule F lists WASA as holding an unsecured non-priority claim in the

amount of $432,181.65.  However, WASA is a priority secured creditor in that its claims are

secured by collateral located at 4601 Martin Luther King Jr. Ave., SW (partial square 0252, lot

737

0093) and 1301 Southern Avenue SE (square 5919, lot 0004) in the District of Columbia. Pursuant to D.C. Code § 34-2407.02 (2002)(b), "a lien for water and sanitary sewer charges shall have priority over any other lien, except a lien for District taxes". WASA filed three certificates of delinquency with the District of Columbia Recorder of Deeds prior to the initiation of this bankruptcy action (Exhibit B). On October 1, 2002, a lien was filed against 4601 Martin Luther King Jr. Ave., SW in the amount of $766.62. On March 14, 2001, a second lien was filed against 4601 Martin Luther King Jr. Ave., SW in the amount for $11,159.80 and a lien was filed against 1310 Southern Avenue SE in the amount of $9,168.99.

Pursuant to D.C. Code § 34-2407.02 (2002)(b), the filing of a certificate of delinquency constitutes a continuing lien against the real property and the lien "shall remain in effect until the charges set forth in the certificate and any accrued additional charges, interests, penalties, and administrative costs are paid in full." D.C. Code § 34-2407.02 (2002)(b). Based upon this statute, these perfected liens secure the current unpaid charges. The approximate balance of the WASA liens as of the petition date was $431,629.74 against Greater Southeast Hospital and $27,814.64 against Hadley Memorial Hospital.

According to the records of the Office of Tax and Revenue for the District of Columbia, the value of the collateral well exceeds WASA's claims. The 2003 real property assessment for the property located at 4601 Martin Luther King Jr. Avenue, SW is $14,215,159.00. The assessment for the property located at 1310 Southern Avenue, SE is $37,597,000.00.

WHEREFORE WASA respectfully submits its proofs of claim.

Respectfully submitted,

**LEFTWICH & DOUGLAS, P.L.L.C.**

Dated: May 21, 2003

Thomas D. Bridenbaugh, #434105
Nat N. Polito, #453365
1401 New York Avenue, NW
Suite 600
Washington, D.C. 20005
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

*Attorneys for District of Columbia Water and Sewer Authority*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by United States mail, first class, postage prepaid, on the parties listed below this __21st__ day of May, 2003.

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New, York, New York 10153

Weil, Gotshal & Manges, LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Attorneys for the Debtor

B Amon James, Esq.
Office of the United States Trustee
115 South Union Street, Plaza Level
Suite 210
Alexandria, Virginia 22314

Fred E. Haynes
Assistant United States Attorney
United States Attorney Office
District of Columbia
555 4th Street, NW
Room 10-455
Washington, D.C. 20001

Larry Hackett
United States Trustee
170 North High Street
Columbus, Ohio 43215

_____
Thomas D. Bridenbaugh

Exhibit A

Service from 09/27/02 to 12/30/02
Billing Date          01/02/03
Due Date              02/03/03

**Service Address:**
4601 Martin Luther

| Account Number | Previous Balance/ Late Fees | Payments/ Adjustments | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 0104521-0 | $31,712.82 | $4,500.00CR | $7,061.54 | $34,274.36 |

To avoid a late payment penalty of $706.16, payment must be received in our office by the due date

---

## CURRENT WASA CHARGES - COMMERCIAL (See back for billing details and additional charges)

Water Services 47 CCF x $ 1.786 (CCF = Hundred Cubic Feet) .................................................$83.94
Metering Fee ....................................................................................................................$120.12
Water Services 1428 CCF x $ 1.69 (CCF = Hundred Cubic Feet) .................................$2,413.32
Sewer Services 47 CCF x $ 2.71 (CCF = Hundred Cubic Feet) ......................................$127.37
Sewer Services 1428 CCF x $ 2.57 (CCF = Hundred Cubic Feet) ..................................$3,669.96
  Total Water & Sewer Charges .............................................................................$6,414.71

## OTHER CHARGES

DC Government Right of Way Fee 1428 CCF x $ .36 (CCF = Hundred Cubic Feet) ..............$514.08
DC Government - Stormwater Fee ......................................................................................$132.75
  Total Other Charges ...................................................................................................$646.83

## TOTAL CURRENT CHARGES - ........................................................................$7,061.54

**TOTAL AMOUNT DUE** ...........................................................................$34,274.36

## PAY ONLINE NOW AT www.dcwasa.com.  FOR EMERGENCIES - CALL 202-612-3400

*Please note that a rate change has been applied to your account.*



For All Inquiries, please call 202-354-3600.  Se Habla Español.  Llame 202-354-3600.

*Please return the below portion with your payment to ensure proper credit to your account. For payment options, see reverse.*

---

### "SERVING THE PUBLIC · PROTECTING THE ENVIRONMENT"

| | |
|---|---|
| Total Amount Due | $34,274.36 |
| Amount Due if Paid after 02/03/03 | $34,980.52 |

**Due Date**    02/03/03
**Account No.**   0104521-0

Customer Assistance Program   $
Amount Enclosed   $

PACIN HEALTHCARE HADLEY MEMORI
ACCOUNTS PAYABLE
4601 MARTIN LUTHER KING JR AVE SW
WASHINGTON, DC 20032-1199

DC Water and Sewer Authority
Customer Service Department
P.O. Box 97200
Washington D.C. 20090

000010452103 1 0034274369 0034980521

**Service Address:**
1310 Southern Ave SE

Service from 09/26/02 to 12/27/02
Billing Date          01/02/03
Due Date             02/03/03

| Account Number | Previous Balance/ Late Fees | Payments/ Adjustments | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 0104061-7 | $165,148.68 | $1,622.23CR | $17,245.11 | $180,771.56 |

To avoid a late payment penalty of $1,724.51, payment must be received in our office by the due date

## CURRENT WASA CHARGES - COMMERCIAL (See back for billing details and additional charges)

Water Services 157 CCF x $ 1.786 (CCF = Hundred Cubic Feet) .................................................................$280.40
Metering Fee ...................................................................................................................... $214.38
Water Services 3463 CCF x $ 1.69 (CCF = Hundred Cubic Feet) ...............................................$5,852.47
Sewer Services 157 CCF x $ 2.71 (CCF = Hundred Cubic Feet) ..............................................$425.47
Sewer Services 3463 CCF x $ 2.57 (CCF = Hundred Cubic Feet) .........................................$8,899.91
            Total Water & Sewer Charges ...................................................................... $15,672.63

## OTHER CHARGES

DC Government Right of Way Fee 3463 CCF x $ .36 (CCF = Hundred Cubic Feet) ..............................$1,246.68
DC Government - Stormwater Fee ...........................................................................................$325.80
            Total Other Charges ...................................................................................$1,572.48

**TOTAL CURRENT CHARGES - ...............................................................................$17,245.11**

        **TOTAL AMOUNT DUE** ..................................................................$180,771.56

## PAY ONLINE NOW AT www.dcwasa.com.  FOR EMERGENCIES - CALL 202-612-3400

*Please note that a rate change has been applied to your account.*



Historical Usage

For All Inquiries, please call 202-354-3600.  Se Habla Español.  Llame 202-354-3600.
*Please return the below portion with your payment to ensure proper credit to your account.  For payment options, see reverse.*

### "SERVING THE PUBLIC · PROTECTING THE ENVIRONMENT"

| | |
|---|---|
| Total Amount Due | $180,771.56 |
| Amount Due if Paid after 02/03/03 | $182,496.07 |
| Customer Assistance Program | $ |
| Amount Enclosed | $ |

Due Date          02/03/03
Account No.      0104061-7

SOUTHEAST COMMUNITY HOSP
CORPORATION ONE
1310 SOUTHERN AVE SE
WASHINGTON, DC 20032-4699

DC Water and Sewer Authority
Customer Service Department
P.O. Box 97200
Washington D.C. 20090

000010406179 1 0180771565 0182496077

1                    8

**Service Address:**
1310 Southern Ave SE

Service from 10/22/02 to 11/21/02
Billing Date          11/27/02
Due Date              12/27/02

| Account Number | Previous Balance/ Late Fees | Payments/ Adjustments | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 0104062-5 | $270,210.38 | $.00 | $7,607.65 | $277,818.03 |

To avoid a late payment penalty of $760.77, payment must be received in our office by the due date.

**CURRENT WASA CHARGES - COMMERCIAL** (See back for billing details and additional charges)

Metering Fee ........................................................................................................ $71.46
Water Services 1694 CCF x $ 1.69 (CCF = Hundred Cubic Feet) ......................... $2,862.86
Cooling Tower Adjustment 172 CCF x $ 2.57 (CCF = Hundred Cubic Feet) ........... $442.55 CR
Sewer Services 1694 CCF x $ 2.57 (CCF = Hundred Cubic Feet) ........................ $4,353.58
    Total Water & Sewer Charges ............................................................... $6,845.35

**OTHER CHARGES**

DC Government Right of Way Fee 1694 CCF x $ .36 (CCF = Hundred Cubic Feet) ... $609.84
DC Government - Stormwater Fee ........................................................................ $152.46
    Total Other Charges ........................................................................... $762.30

**TOTAL CURRENT CHARGES - ......................................................... $7,607.65**

**TOTAL AMOUNT DUE** ...................................................................... $277,818.03

## PAY ONLINE NOW AT www.dcwasa.com.  FOR EMERGENCIES - CALL 202-612-3400



ol. Llame 202-354-3600.

*Please return the below portion with your payment to ensure proper credit to your account. For payment options, see reverse.*

### "SERVING THE PUBLIC · PROTECTING THE ENVIRONMENT"

| | | |
|---|---|---|
| Total Amount Due | | $277,818.03 |
| Amount Due if Paid after 12/27/02 | | $278,578.80 |
| Due Date    12/27/02 | Customer Assistance Program | $ |
| Account No.    0104062-5 | Amount Enclosed | $ |

METER OUT GREATER SE COMMUNIT
CORPORATION ONE
1310 SOUTHERN AVE SE
WASHINGTON, DC 20032-4699

DC Water and Sewer Authority
Customer Service Department
P.O. Box 97200
Washington D.C. 20090

000010406258 1 0277818036 0278578805

1          8

**Service Address:**

4631 Martin Luther

Service from 09/27/02 to 12/30/02
Billing Date 01/02/03
Due Date 02/03/03

| Account Number | Previous Balance/ Late Fees | Payments/ Adjustments | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 0104954-3 | $856.57 | $.00 | $8.86 | $865.43 |

To avoid a late payment penalty of $.89, payment must be received in our office by the due date

## CURRENT WASA CHARGES - RESIDENTIAL (See back for billing details and additional charges)

Metering Fee ....................................................................................................................... $7.11

Total Water & Sewer Charges ..................................................................................... $7.11

## OTHER CHARGES

DC Government - Stormwater Fee ...................................................................................... $1.75

Total Other Charges ...................................................................................................... $1.75

**TOTAL CURRENT CHARGES -** ........................................................................................ $8.86

**TOTAL AMOUNT DUE** .................................................................................................. $865.43

## PAY ONLINE NOW AT www.dcwasa.com. FOR EMERGENCIES - CALL 202-612-3400

*Please note that a rate change has been applied to your account.*

*Monthly Billing Is Coming - Beginning in spring 2003, WASA will begin billing customers on a monthly basis. This is a result of customers asking for this more convenient way of managing bills and due to the Automated Meter Reading & Replacement Program (AMR). Before we begin, you will be notified directly.*



For All Inquiries, please call 202-354-3600. Se Habla Español. Llame 202-354-3600.

*Please return the below portion with your payment to ensure proper credit to your account. For payment options, see reverse.*

## "SERVING THE PUBLIC · PROTECTING THE ENVIRONMENT"

| | |
|---|---|
| Total Amount Due | $865.43 |
| Amount Due if Paid after 02/03/03 | $866.32 |

Due Date 02/03/03
Account No. 0104954-3

Customer Assistance Program $

Amount Enclosed $

HADLEY MEMORIAL HOSPITAL
ATTN: ACCOUNTS PAYABLE
4601 MARTIN LUTHER KING JR AVE SW
WASHINGTON, DC 20032-1199

DC Water and Sewer Authority
Customer Service Department
P.O. Box 97200
Washington D.C. 20090

00001049543b 1 0000865436 0000866325

Exhibit B

Exhibit B

Doc# 2001028964



# DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY
# DEPARTMENT OF WATER MEASUREMENT AND BILLING

## 810 FIRST STREET, N.E., WASHINGTON, D.C. 20002
## 202-354-3750

D.C. Water and Sewer Authority        **DELINQUENT ACCOUNTS SECTION**

vs

Greater Southeast Cmnty Hosp Co
1310 Southern Ave., SE
Washington, D.C. 20032

> Date:  March 14, 2001
> Account No. DC- 01-03-242539-00-0
> Service Address: 1310 Southern Ave., SE
> Square - 0004   Lot – 5919

Amount Due (including penalties, if any) $ 9,168.99

## CERTIFICATE OF DELINQUENT WATER/ SEWER CHARGES

This is to certify that, pursuant to D.C. Code, 1981, Section 43-1529 and Section 43-1610, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgement entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the Water and Sewer Authority.

By: _____

Supervisor, Credit and Collection Branch
Department of Customer Services, DC WASA

### ACKNOWLEDGEMENT

This to acknowledge that the foregoing certificates was filed with the Recorder of Deeds of the District of Columbia on the _____ day of _____ , 2001.

By: _____

Recorder of Deeds
Government of the District of Columbia

RB

Doc# 2001028964
Book:
Page:
Filed & Recorded
   03/26/2001   03:17:50 PM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS

Doc# 2002112896



# DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY
## CUSTOMER SERVICE DEPARTMENT
### 810 FIRST STREET, N.E., WASHINGTON, D.C. 20002
### 202-354-3750

**DELINQUENT ACCOUNTS SECTION**

DC Water and Sewer Authority

Vs

HADLEY MEMORIAL HOSPITAL
ATTN: ACCOUNTS PAYABLE
4601 MARTIN LUTHER KING JR AVE SW
WASHINGTON, DC 20032-1199

Service Address:
4631 Martin Luther

13 LB

| | |
|---|---|
| Date: | 09/13/02 |
| Account No.: | 0104954-3 |
| Square: | 6200 |
| Suffix: | |
| Lot: | 0088 |

**Amount Due (including penalties, if any): $766.62**

## CERTIFICATE OF DELINQUENT WATER/SEWER CHARGES

This is to certify that, pursuant to DC Code, 1981, Section 43-1529 and Section 43-1610, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgment entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the Water and Sewer Authority.

By: _____

Supervisor, Credit and Collections
Customer Service Department/
DC Water and Sewer Authority

## ACKNOWLEDGEMENT

This is to acknowledge that the foregoing certificate was filed with the Recorder of Deeds of the District of Columbia on the _____ day of _____ , 2002.

By: _____

Recorder of Deeds
Government of the District of Columbia

HADLEY MEMORIAL HOSPITAL
ATTN: ACCOUNTS PAYABLE
4601 MARTIN LUTHER KING JR AVE SW
WASHINGTON, DC 20032-1199

<<cc>>

Doc# 2002112896
Book:
Page:
Filed & Recorded
   12/01/2002  08:56:01 AM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS

DOC# 2001028999



# DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY
## DEPARTMENT OF WATER MEASUREMENT AND BILLING

### 810 FIRST STREET, N.E., WASHINGTON, D.C. 20002
### 202-354-3750

D.C. Water and Sewer Authority

**DELINQUENT ACCOUNTS SECTION**

vs

Hadley Pacin Healthcare
Memorial Hospital Corp
13220 Birch Drive
Omaha, NE 68164

Date:  March 14, 2001
Account No. DC- 01-04-165601-00-8
Service Address: 4601 M.L. King Jr. Ave., SW
Square - PAR-0252    Lot – 0093

Amount Due (including penalties, if any) : **$11,159.80**

### CERTIFICATE OF DELINQUENT WATER/ SEWER CHARGES

This is to certify that, pursuant to D.C. Code, 1981, Section 43-1529 and Section 43-1610, the Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgement entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, plus any interest and penalties thereon, shall have been fully paid by **cash,** **certified check** or **money order** to the Water and Sewer Authority.

By: _____

Supervisor, Credit and Collection Branch
Department of Customer Services, DC WASA

### ACKNOWLEDGEMENT

This to acknowledge that the foregoing certificates was filed with the Recorder of Deeds of the District of Columbia on the _____ day of _____, 2001.

By: _____

Recorder of Deeds
Government of the District of Columbia



Doc# 2001028999
Book:
Page:
Filed & Recorded
    03/27/2001  08:34:35 AM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS