

**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>In re:</td><td>)</td><td>Case No. 02-02250</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>GREATER SOUTHEAST COMMUNITY</td><td>)</td><td>(Chapter 11)</td></tr>
<tr><td>HOSPITAL CORPORATION I, et al.</td><td>)</td><td>Jointly Administered</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Debtors.</td><td>)</td><td></td></tr>
</table>

**FILED**

MAY 2 3 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

FILED IN
JOHN MARSHALL DROP BOX

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 586</u>

I, Sam J. Alberts, hereby certify that, as of the date of this filing, I have received no answer, objection or other responsive pleading to the First Application of Akin Gump Strauss Hauer & Feld LLP, as Counsel for the Joint Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 20, 2002 Through March 31, 2003 (the "Application") filed on April 25, 2003. I further certify that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of First Application of Akin Gump Strauss Hauer & Feld LLP, as Counsel for the Joint Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 20, 2002 Through March 31, 2003 (the "Notice"), objection to the Application were to be filed and served no later than May 15, 2003.

741487 v1                                                    1

Dated: May 23, 2003
      Washington, D.C.

                    Respectfully submitted,

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By: _____

                    Sam J. Alberts (#443260)
                    1333 New Hampshire Avenue, NW
                    Washington, D.C.  20036
                    Telephone: 202-887-4000
                    Facsimile: 202-887-4288

                    Counsel to the Joint Committee of Unsecured
                    Creditors

751429 v1

2

## PAPER AND ELECTRONIC SERVICE LIST

Any and all of the Debtors
c/o Doctors Community Healthcare Corp.
6730 North Scottsdale Rd., Ste. 290
Scottsdale, AZ 85253
pleadings@doctorscommunity.com

Deryck A. Palmer, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave
New York, NY 10153
(Counsel for Debtors)
deryck.palmer@weil.com

Andrew M. Troop, Esq.
Weil Gotshall & Manges, LLP
100 Federal St.
Boston, MA 02110
(Counsel for Debtors)
andrew.troop@weil.com

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshall & Manges, LLP
1501 K Street NW, Ste. 100
Washington, DC 20005
(Counsel for Debtors)
peter.isakoff@weil.com
holly.loiseau@weil.com

B. Amon James, Esq.
Office of the U.S. Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314
b.amon.james@usdoj.gov

Kevyn D. Orr, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave., NW
Washington, DC 20001
(Counsel for NCFE Debtors)
korr@jonesday.com

Ken Kansa, Esq.
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603
(Counsel for Medline Industries, Inc.)
kkansa@sidley.com

Guy S. Neal, Esq.
Natalie M. Kuehn, Esq.
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, DC 20005-1208
(Counsel for Medline Industries, Inc.)
gneal@sidley.com
nkuehn@sidley.com

Michael Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 12th St., NW, 7th Fl.
Washington, DC 20004
(Counsel for Health Care REIT, Inc.)
michael_bernstein@aporter.com
charles_malloy@aporter.com

David Fisher, Esq.
Corporation Counsel, DC
441 4th St., NW, 6th Floor N.
Washington, DC 20001
(Counsel for the District of Columbia)
david.fisher@dc.gov

Michael R. Goodstein, Esq.
Arter & Hadden, LLP
1801 K St., NW, Ste. 300L
Washington, DC 20015
(Counsel for Provident Bank)
michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST

Neil Demchick
Navigant Consulting
2 N. Charles St., Ste. 400
Baltimore, MD 21201
(Committee Financial Advisor)
ndemchick@navigantconsulting.com

Donald A. Workman, Esq.
Roderick B. Williams, Esq.
Foley & Lardner
Washington Harbour
3000 K St., NW, Ste. 500
Washington, DC 20007-5109
(Counsel for ComEd)
dworkman@foleylaw.com
rwilliams@foleylaw.com

Mitchell B. Weitzman, Esq.
Bean, Kinney & Korman, PC
2000 N. 14th St., Ste. 100
Arlington, VA 22201
(Counsel for Blue Cross/Blue Shield of
Arizona)
mweitzman@beankinney.com

Lester M. Kirshenbaum, Esq.
Margarita Y. Ginzburg, Esq.
Kaye Scholer LLP
New York, NY 10022
(Counsel for Official NPF VI
Subcommittee)
lkirshenbaum@kayescholer.com
mginzburg@kayescholer.com

Dennis J. Drebsky
Clifford Chance US LLP
Two Hundred Park Ave.
New York, NY 10166-0153
(Counsel for Official NPF VI
Subcommittee)
dennis.drebsky@cliffordchance.com

Haig Maghakian, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 S. Figueroa St., 30th fl.
Los Angeles, CA 90017
(Counsel for for Official NPF VI
Subcommittee)
hmaghakian@milbank.com

Kermit A. Rosenberg, Esq.
Tighe, Patton, Armstrong, Teasdale PLLC
1747 Pennsylvania Ave., NW, Ste. 300
Washington, DC 20006
(Counsel for TIG Specialty Ins. Co.)
krosenberg@tighepatton.com

Christy Hoffman, Esq.
James & Hoffman, PC
1101 17th St., NW, Ste. 510
Washington, DC 20036-4704
(Counsel for Employees Int'l Union)
choffman@jamhoff.com

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M St., NW, Ste. 800
Washington, DC 20036
(Counsel for Inland Reat Estate Group)
cby@cblhlaw.com
ctm@cblhlaw.com

Jeffrey K. Garfinkle, Esq.
Buchalter, Nemer, Fields & Younger
895 Dove St., Ste. 400
P.O. Box 8129
Newport Beach, CA 92658-8129
(Counsel for McKesson Corp.)
jgarfinkle@buchalter.com

John Dawson, Esq.
John Harris, Esq.
Quarles Brady Streich & Lang LLP
One Renaissance Sq.
Phoenix, AZ 85004-2391
(Counsel for General Electric Capital Corp.)
jdawson@quarles.com
jharris@quarles.com

William Douglas White, Esq.
McCarthy & White, PLLC
8180 Greensboro Dr., Ste. 875
McLean, VA 22102
(Counsel for PEPCO)
wdw@mcarthywhite.com

Charles R. Bennett, Jr., Esq.
Hanify & King, PC
One Beacon St.
Boston, MA 02108-3107
(Counsel for Boston Regional Medical
Center)
crb@hanify.com

Terry E. Hall, Esq.
Baker & Daniels
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204
(Counsel for Senex Services Corp.)
tehall@bakerd.com

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 23 P 6: 37

RECEIVED