UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED AND ENTERED

MAY 2 8 2003

Denise H. Curtis, Clerk
U. S. Bankruptcy Court for D.C.

In re                              )
                                   )
GREATER SOUTHEAST COMMUNITY        )   Case No. 02-02250
HOSPITAL CORPORATION I, et         )      (Chapter 11)
al.,                               ).     (Jointly Administered)
                                   )
                Debtors.           )

ORDER DENYING MOTION TO APPEAR PRO HAC VICE

Upon consideration of counsel's failure fully to comply with the requirements of D.Ct.LCvR 83.2(d) (as amended on April 11, 2003), it is

ORDERED that the Motion for Admission Pro Hac Vice of Gregory J. Jordan (D.E. No. 611, filed May 5, 2003) is hereby DENIED without prejudice.

Dated: May 27, 2003.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

743

Copies to:

Gregory J. Jordan
20 North Clark Street
Suite 2550
Chicago, IL 60602

Steven H. Greenfeld
Gins & Greenfeld, P.C.
Suite 300
5028 Wisconsin Avenue, N.W.
Washington, DC 20016

COPIES MAILED TO THE ABOVE NAMED
THIS 28TH DAY OF May, 2003
_____
DEPUTY CLERK