FILED IN
JOHN MARSHALL DROP BOX

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED

MAY 2 8 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

------------------------------------------------------------x
                            :

**In re:**                          :

                            :

**GREATER SOUTHEAST COMMUNITY**   :   **Case No.**
**HOSPITAL CORPORATION I, et al.,**   :   **02- 2250 (SMT)**
                            :   **Jointly Administered**
          **Debtors.**            :   **(Chapter 11)**

                            :

------------------------------------------------------------x

## STIPULATION REGARDING RESCHEDULED RESPONSE DATE FOR MEDICAL FACULTY ASSOCIATES INC.'S MOTION TO LIFT STAY

PLEASE TAKE NOTICE that the Debtor and counsel for Medical Faculty Associates, Inc. have agreed that the time for the Debtors and the Committee of Unsecured Creditors to file objections to the Motion of Medical Faculty Associates, Inc. for Relief from the Automatic Stay, And, In the Alternative, for Adequate Protection and for an Order Compelling the Debtor to Assume or Reject its Contract with Medical Faculty Associates has been extended until 12:00 p.m. on **May 29, 2003**.

Dated: May 28, 2003
        Washington, D.C.

                                  Respectfully Submitted,

                                  _____
                                  Peter D. Isakoff (D.C. Bar No, 358419)
                                  Holly E. Loiseau (D.C. Bar 452442)
                                  WEIL, GOTSHAL & MANGES LLP
                                  1501 K Street, N.W., Suite 100
                                  (202) 682-7000

and

Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION


*David Tatge*    *with express*
David Tatge, Esq.    *permission by*
Epstein, Becker and Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C.  20037
(202) 861-0900
ATTORNEYS FOR MEDICAL FACULTY
ASSOCIATES

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **STIPULATION REGARDING RESCHEDULED RESPONSE DATE FOR MEDICAL FACULTY ASSOCIATES INC.'S MOTION TO LIFT STAY** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on May 28, 2003.

Holly E. Loiseau

DC1:\142748\02\325802!.DOC\41776.0003

## <u>PAPER SERVICE LIST</u>
**(by first class mail and email)**

Sam J. Alberts, Esq.
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

David Tatge, Esq.
Epstein, Becker and Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
(Attorneys for Medical Faculty Associates)

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 28  P 4: 10 ,

RECEIVED