**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 2 9 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASES |
| | ) | No. 02-2248 |
| Greater Southeast Community | ) | No. 02-2249 |
| Hospital, et al. | ) | No. 02-2250 through 02-2253 |
| | ) | |
| | ) | |
| Debtors. | ) | |

## EXPEDITED MOTION OF SERVICE EMPLOYEES INTERNATIONAL UNION
## FOR EXTENSION OF BAR DATE

For the reasons set forth below, the Service Employees International Union ("SEIU or the Union") and its affiliated Local Unions 1199E-DC, 121 RN, 73 HC and 399 request that the court extend the time within which SEIU represented employees of the Debtors may file Proofs of Claim an additional 60 days until July 29, 2003, or, in the alternative, issue an order which authorizes SEIU local unions to file omnibus claims on behalf of represented employees.

1. SEIU local unions represent the employees at three of the Debtors' hospitals, Michael Reese Medical Center (" Michael Reese"), Greater Southeast Community Hospital ("Greater Southeast") and Pacifica of the Valley ("Pacifica"). SEIU, on behalf of its affiliated local unions, is on the Joint Committee of Unsecured Creditors (the "Creditors' Committee").

2. By court order of December 11, 2002, the employees of the Debtors have been permitted to take paid vacation or other leave accrued during the pre-petition period, but have not been permitted to take cash in lieu of time off, as is allowed under some circumstances pursuant to the terms of the collective bargaining agreements.

3. Approximately two hundred (200) employees and former employees at Greater Southeast represented by SEIU Local 1199E-DC have a pre-petition claim for paid time off.



Approximately 329 employees and former employees of Pacifica have a pre-petition claim for vacation, sick leave and/or holiday pay. Sixteen (16) former employees of Michael Reese have a claim for pre-petition vacation pay. The Union is not aware of any other claims at this time.

4.    Each Local Union intends to file a single Proof of Claim on behalf of all of its members which specifies the amount of pre-petition paid time off accrued by each employee. Because the employees are still permitted to use the accrued vacation and other time off, the claims will diminish as the employees take vacation time and use sick leave, and thus SEIU anticipates that the claims will be amended.

5.    Counsel to the Joint Committee of Unsecured Creditors ("Committee") has informed Counsel to SEIU that the Committee may object to this omnibus form of a Proof of Claim.

6.    SEIU asserts that a single Proof of Claim for a group of employees is proper in this instance because it is the appropriate role for a union to play as the lawful representative of the bargaining unit employees. See e.g., *In Re Blue Diamond Coal Co.,* 147 B.R. 720; *aff'd,* 160 B.R. 574 (E.D. Tenn. 1993). A single Proof of Claim is also more efficient for the estate as it eliminates the need for hundreds of individual claim forms and allows these claims to be accurately categorized, described and amended. It is more efficient for the Debtor to deal with one request for updated information, rather than hundreds. In fact, it is common practice among labor unions to file a Proof of Claim for amounts owed to bargaining unit members in bankruptcy proceedings.

7.    Nevertheless, SEIU Local Unions would prefer to eliminate any question about the legitimacy of their Proofs of Claim. Absent an agreement or decision that each SEIU Local

2

Union can file a single Proof of Claim, each member will be contacted and advised to file an individual claim.  SEIU estimates that it will need an additional 60 days in which to complete this process.

8.  Bankruptcy Rule 3003 authorizes the Court, for cause shown, to extend the time within which Proofs of Claim must be filed.

For the foregoing reasons, SEIU respectfully requests that the Court extend the bar date for Proofs of Claim by SEIU represented employees by 60 days, until July 29, 2003, or, in the alternative, issue an order which authorizes SEIU Local Unions to submit a Proof of Claim on behalf of their members as described above in this case.

Respectfully submitted,

Christy L. Hoffman
D.C. Bar 432610
JAMES & HOFFMAN, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C.  20036
(202) 496-0500 (phone)
(202) 496-0555 (fax)

Counsel for Service Employees International Union and SEIU Local Unions 1199 E-DC, 121 RN, 73HC and 399

Date: May 29, 2003

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2003 a true copy of the foregoing was served (a) by first-class mail, postage prepaid and by email on those entities and/or parties on the Paper Service List and (b) by email on the/those entities and/or parties on the Electronic Service List at their respective email and, as applicable, street addresses, as reflected on the attached Combined Master Service List.

Christy L. Hoffman



## PAPER SERVICE LIST
(By first class mail and e-mail)

| **Name and Street Address** | **E-Mail Address, If Any** |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br> Corporation<br>6720 North Scottsdale Road<br>Scottsdale, AZ 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Counsel for Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil Gosthal & Manges, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges, LLP<br>1501 K Street, N.W., Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union Street, Plaza Level<br>Suite 210<br>Alexandria, VA 22314 | B.Amon.James@usdoj.gov |

1

Kevyn D. Orr, Esq.                                korr@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(Counsel for National Century
Financial Enterprises, Inc.)


Ken Kansa, Esq.                                   kkansa@sidley.com
Bank One Plaza
Sidely, Austin, Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL 60603
(Counsel for Medline Industries, Inc.)


Guy S. Neal, Esq.                                 gneal@sidley.com
Natalie Kuehn, Esq.                               nkuehn@sidley.com
Sidley, Austin, Brown & Wood, LLP
1501 K Street, N.W., Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)


Michael L. Bernstein, Esq.                        michael_bernstein@aporter.com
Charles A. Mallow, Esq.                           charles_mallow@aporter.com
Arnold & Porter
555 Twelfth Street, 7th Floor
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)


David Fisher, Esq.                                David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W., 6th Floor North
Washington, D.C. 20004


2



Sam J. Alberts, Esq.
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(Counsel for Joint Committee of
Unsecured Creditors)

salberts@akingump.com
jgold@akingump.com


Michael R. Goodstein, Esq.
Arter & Hadden, LLP
1801 K Street, N.W., Suite 3001
Washington, D.C. 20015
(Counsel for Provident Bank)

michael.goodstein@arterhadden.com

3

## ELECTRONIC SERVICE LIST

Donald A. Workman                          dworkman@foleylaw.com
Roderick B. Williams                       rwilliams@foleylaw.com
Foley & Lardner
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109


Neil Demchik                               ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street
Baltimore, MD 21201


Mitchell B. Weitzman, Esq.                 mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street, Suite 100
Arlington, VA 22201


Kermit A. Rosenberg, Esq.                  Krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20006-4604


Haig Maghakian, Esq.                       Hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017


William Douglas White                      Wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

4

Craig B. Young, Esq.  
C. Todd Marks, Esq.  
Connolly Bove Lodge & Hutz, LLP  
1990 M Street, N.W., Suite 800  
Washington, D.C.  20036

Cby@cblhlaw.com  
Ctm@cblhlaw.com

Margarita Ginzburg, Esq.  
Lester M. Kirshenbaum, Esq.  
Kaye Scholer, LLP  
425 Park Avenue  
New York, NY 10022

Mginzburg@kayescholer.com  
Lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.  
Hanify & King  
Professional Corporation  
One Beacon Street  
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.  
Pitney, Hardin, Kipp & Szuch, LLP  
685 Third Avenue  
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.  
Miller, Canfield, Paddock and Stone, PLC  
444 West Michigan Avenue  
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.  
Baker & Daniels  
300 North Meridian Street, Suite 2700  
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.  
Sheppard, Mullin, Richter & Hampton, LLP  
650 Town Center Drive, Fourth Floor  
Costa Mesa, CA 92626-1925

sscow@shepardmullin.com

5

Daniel D. Doyle, Esq.                                    ddoyle@spencerfane.com
Spencer Fane Britt & Browne, LLP
120 South Central Avenue, 5th Floor
St. Louis, MO 63105


John Cunningham, Esq.                                    jcunningham@whitecase.com
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131


Rochelle A. Herzog, Esq.                                 rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds, LLP
9107 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90210-5528

6