WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

**FILED**

**MAY 2 9 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
                                                                 :
**In re:**                                                       :
                                                                 :
**GREATER SOUTHEAST COMMUNITY**      :    Case No.
**HOSPITAL CORPORATION I, et al.,**  :    02- 2250 (SMT)
                                                                 :    **Jointly Administered**
                     **Debtors.**                    :    **(Chapter 11)**
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF AGENDA FOR HEARING ON MAY 30, 2003 AT 10:30 A.M.

1. **Motion For Approval of Stipulation and Order Modifying Automatic Stay to Permit Claree Evans To Pursue State Court Litigation by Claree Evans (Docket # 662)**

   Response Date:       5/23/03

   Response:
   - None.

   Status:
   - Going forward.

2. **Motion For Approval of the Stipulation and Order Modifying the Automatic Stay to Permit Loretta Moore to Pursue Her Claim Against Available Insurance Proceeds by Greater Southeast Community Hospital Corporation I, et al. (Docket # 669)**

   Response Date:       5/29/03

   Response:
   - None.

   Status:
   - Going forward.

DC1:\149318\09\377Q09!.DOC\41776.0003

3. **Motion For Approval of The Stipulation and Order Modifying the Automatic Stay to Permit Tarnish McCurn to Pursue State Court Litigation by Greater Southeast Community Hospital Corporation, I et al. (Docket # 672)**

Response Date:  5/29/03

Response:
- None.

Status:
- Going forward.

4. **Motion For Approval of the Stipulation and Order Modifying the Automatic Stay to Permit Michael Garneau to Pursue State Court Litigation by Greater Southeast Community Hospital Corporation I, et al. (Docket # 675)**

Response Date:  5/29/03

Response:
- None.

Status:
- Going forward.

5. **Motion For Approval of The Stipulation and Order Modifying the Automatic Stay to Permit Robert Kelly to Pursue State Court Litigation by Greater Southeast Community Hospital Corporation I et al (Docket # 678)**

Response Date:  5/14/03

Response:
- None.

Status:
- Going forward.

6. **Motion For Approval of The Stipulation And Order Modifying The Automatic Stay To Permit Edward Gedraitis To Pursue State Court Litigation by Greater Southeast Community Hospital Corporation I, et al. (Docket # 681)**

Response Date:  5/29/03

Response:



- None.

Status:

- Going forward.

7. **Motion For Approval of The Stipulation And Order Modifying The Automatic Stay To Permit Sandra Sielaff To Pursue State Court Litigation by Greater Southeast Community Hospital Corporation I, et al. (Docket # 684)**

Response Date:      5/29/03

Response:

- None.

Status:

- Going forward.

8. **Motion For Relief From Stay Regarding a Lawsuit in the Estate Courts of Illinois, Against the Debtor Michael Reese Medical Center Corporation by Kelly Griffin, as Special Administrator for the Estate of Judith Griffin (Docket # 612)**

Response Date:      Extended until 5/21/03, (Docket #668) [5/14/03]

Response:

- Debtors' Objection Filed. [5/21/03] (Docket #727)

Status:

- Going forward.

9. **Motion For Relief From Stay Regarding Lawsuit in the State Courts of Illinois Against Debtor, Michael Reese Medical Center Corporation by Ophelia Smith and Will Smith Jr. (Docket # 614)**

Response Date:      Extended Until 5/21/03, (Docket #668) [5/14/03]

Response:

- Objection by Debtor Michael Reese Medical Center Corporation. [5/21/03] (Docket #726)

Status:

- Going forward.

10. **Motion For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois by Valerie Johnson, Individually and as Administrator of Glenn Johnson (Docket # 616)**

Response Date:    Extended until 5/21/03, (Docket #668) [5/14/03]

Response:

- Objection by Debtor Michael Reese Medical Center Corporation. [5/21/03] (Docket #725)

Status:

- Going forward.

11. **Application By Creditor Ophelia Smith and Will Smith Jr. for Examination of Debtor, Michael Reese Medical Center Corportation to Produce Documents Under Rule 2004. (Docket #615) [Motion to Compel 2004 Examination]**

Response:

- Debtors' Response Filed. [5/21/03]
- Opposition by Interested Party TIG Specialty Insurance Company. [5/21/03] (Docket #731)

Status:

- Going forward.

12. **Application For Emergency, Interim and Final Use of Cash Collateral Pursuant to 11 USC 361 and 363 and Federal Rule of Bankruptcy Procedure 4001 (B) by Greater Southeast Community Hospital Corporation (Docket # 7)**

Status:

- Continued from prior hearing.
- Pursuant to the Court's DIP Facility Order, this motion has been suspended and should be removed from the docket.

13. **Application To Employ Pursuant to Section 156(c) of the Bankruptcy Code; Bankruptcy Management Corporation As Official Claims And Noticing Agent by Greater Southeast Community Hospital Cor (Docket # 623)**

Response Date:    5/16/03

Responses:

- None.

Status:

- Going forward.

14. **Motion To Sell Free And Clear of Liens, Interests, Claims and Encumbrances; Substantially All Assets of Pine Grove Hospital**

Corporation by Greater Southeast Community Hospital Corporation (Docket # 550).

Responses:
- Objection by interested Party National Century Financial Enterprises, [4/25/03] (Docket #584)
- Limited Objection by Creditor Medline Industries, Inc. [4/25/03] (Docket #578)
- Response and Limited Objection by Interested Party Joint Committee of Unsecured Creditors, [5/2/03] (Docket #602)
- Response By Debtor Greater Southeast Community Hospital Corporation I, et al [602-1] [5/7/03] (Docket #647)

Status:
- Going Forward.

15. **Motion For Relief From Stay Regarding a Contract Between the Movant and Debtor, And In the Alternative for Adequate Protection, and For an Order Compelling the Debtor to Assume or Reject its Contract With Medical Faculty Associates, Inc. (Docket # 537)**

Responses:
- Debtor's Objection Filed [5/29/03] (Docket #  )

Status:
- Moving Forward

16. **Motion For Order Requiring The Debtor to Provide Adequate Assurance of Payment of Electricity Services by ComEd (Docket # 46)**

Status:
- Continued from prior hearing.
- The Issues Pertaining to this Motion are Still Under Discussion by the Parties and the Hearing may be Adjourned.

17. **Motion For Authorization to Provide Adequate Assurance to Utility Companies by Greater Southeast Community Hospital Corporation (Docket # 56)**

Status:
- Continued from prior hearing.
- The Issues Pertaining to this Motion are Still Under Discussion by the Parties and the Hearing may be Adjourned.

18. **Application For Compensation ( Fees: $ 871557.00, Expenses: $ 48344.11) by Akin Gump Strauss Hauer & Feld LLP (Docket # 586)**

Status:
- Notice of No Objections Filed [5/23/03] (Docket #741)
- Going forward.

19. **Application For Compensation And Reimbursement Pursuant to 11 U.S.C. Sections 330 and 331 for the Period of November 20, 2002, Through March 31, 2003 ( Fees: $ 39897.00, Expenses: $ 1147.89) by Joseph R. Damato, Seyfarth Shaw (Docket # 597)**

Response Date:        5/13/03

Responses:
- None.

Status:
- Going forward.

20. **Application for Compensation (Fees: $417,865.50, Expenses: $32,715.55) By Attorney Pepper Hamilton LLP (Docket #582)**

Responses:
- None

Status:
- Going forward.

21. **Motion For Approval to Pay Prepetition Amounts Owed to Debtor's Critical Physicians and Certain Current Employees by Greater Southeast Community Hospital Corporation (Docket # 654)**

Response Date:        Extended to 5/28/03, [5/20/03] (Docket #720)

Response:
- Limited Objection by Service Employees International   Union to the Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code for Authorization to Pay Prepetition Amounts Owed to Debtors Critical Physicians and Certain Current Employees. [Filed 5/28/03]

Status:
- Going forward.

Peter D. Isakoff (D.C. Bar No 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K. Street, NW, Suite 100
Washington, DC 20005
Telephone (202) 682-7000
Facsimile (202) 857-0939

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Attorneys for Debtors and Debtors in
Possession

Andrew W. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street Floor 34
Boston, MA 02110
Telephone (617) 772-8300
Facsimile (617) 772-8333

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF AGENDA FOR HEARING ON MAY 30, 2003 AT 10:30 A.M.** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on May 29, 2003.

Holly E. Loiseau

DC1:\142748\02\325802!.DOC\41776.0003

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

DC1:\144509\01\33$501!.DOC\41776.0003



Ken Kansa, Esq.
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

kkansa@sidlev.com

Guy S. Neal, Esq.
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

David.Fisher@dc.gov

Sam J. Alberts, Esq.
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                         dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                 rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                   ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                      Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                           choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                       krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                            hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                           wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.                              cby@cblhlaw.com
C. Todd Marks, Esq.                               ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                          mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                       lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Charles R. Bennett, Jr., Esq.                     crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                              cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                              purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                               tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                                 sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                             ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com