## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 02-02250 |
| | ) | |
| GREATER SOUTHEAST COMMUNITY | ) | (Chapter 11) |
| HOSPITAL CORPORATION I, et al. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date:** |
| Debtors. | ) | **Hearing Time:** |
| | ) | |

**FILED AND ENTERED**

JUN 2 - 2003

Denise H Curtis, **Clerk**
U.S. Bankruptcy Court for D.C.

### ORDER GRANTING FIRST APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, AS COUNSEL FOR THE JOINT COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 20, 2002 THROUGH MARCH 31, 2003

Upon consideration of the First Application of Akin Gump Strauss Hauer & Feld LLP

("Akin Gump") as Counsel for the Joint Committee of Unsecured Creditors (the "Committee")

for Allowance of Interim Compensation for Services Rendered and for Reimbursement of

Expenses Incurred from November 20, 2002 through March 31, 2003 (the "Application") and

any objections thereto, the Court having determined that compensation and reimbursement of

expenses should be allowed pursuant to §§ 330, 331 and 503(b)(2) of the Bankruptcy Code, it is

this _30th_ day of ____May____, 2003, by the United States Bankruptcy Court for the

District of Columbia,

FINDING that Akin Gump has received payment of fees in the amount of $689,245.60

and expenses in the amount of $48,270.96 during the First Interim Fee Period, it is

ORDERED, that the Application should be, and it hereby is, GRANTED; and it is

further,

ORDERED, that the Akin Gump is authorized to receive on an interim basis the total

amount of $871,577.00 in fees (the "Approved Fees") and $48,344.11 in expenses (the



"Approved Expenses"), allocated at this time to each of the individual Debtors as follows: (a) PACIN Healthcare-Hadley Memorial Hospital ($43,577.85; $2,417.21); (b) Doctors Community Healthcare Corporation ($130,733.55; $7,251.62); (c) Greater Southeast Community Hospital Corporation I ($348,622.80; $19,337.64); (d) Michael Reese Medical Center Corporation ($217,889.25; $12,086.02); (e) Pine Grove Hospital Corporation ($43,577.85; $2,417.21); and (f) Pacifica of the Valley Corporation ($87,155.70; $4,834.41), and it is further,

ORDERED, that the Debtors are instructed to pay to Akin Gump upon entry of this Order the yet unpaid balance of Approved Fees, equal to $182,311.40, and it is further,

ORDERED, that [this Order is without prejudice to the right of any entity to seek an order] to the extent funds are not available to pay amounts allowed with [that] respect to the Application or any allowed fees of any professional retained in these cases pursuant to § 327 of the Bankruptcy Code, available funds shall be allocated on a pro rata basis among such professionals taking into account any retainer received by such professional; and it is further,

ORDERED, that all fees and expenses allowed pursuant to interim orders shall be subject to final review, approval and disgorgement, and it is further,

ORDERED, that entry of this Order is without prejudice to subsequent determination of the issues of (a) whether each of the individual Debtors in this jointly administered case is jointly and severally responsible for payment to Akin Gump of the amounts sought in the Application, and (b) the proper allocation of the amount among the individual Debtors, as to which the Committee, the individual Debtors, and all professionals reserve their rights to further address, as necessary.

S. Martin Teel,    Jr.
United States Bankruptcy Judge

2

David Fisher, Esq.
Corporation Counsel, DC
441 4th St., NW, 6th Floor N.
Washington, DC 20001

Sam J. Alberts, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

COPIES MAILED TO THE ABOVE NAMED

THIS __2__ DAY OF __June__, 20__03__

DEPUTY CLERK

Any and all of the Debtors
c/o Doctors Community Healthcare Corp.
6730 North Scottsdale Rd., Ste. 290
Scottsdale, AZ 85253

Deryck A. Palmer, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave
New York, NY 10153

Andrew M. Troop, Esq.
Weil Gotshall & Manges, LLP
100 Federal St.
Boston, MA 02110

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshall & Manges, LLP
1501 K Street NW, Ste. 100
Washington, DC 20005

B. Amon James, Esq.
Office of the U.S. Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314

Michael R. Goodstein, Esq.
Arter & Hadden, LLP
1801 K St., NW, Ste. 300L
Washington, DC 20015

Kevyn D. Orr, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave., NW
Washington, DC 20001

Ken Kansa, Esq.
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Guy S. Neal, Esq.
Natalie M. Kuehn, Esq.
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, DC 20005-1208

Michael Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 12th St., NW, 7th Fl.
Washington, DC 20004