**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED AND ENTERED

JUN 2 - 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASES |
| | ) | No. 02-2248 |
| Greater Southeast Community | ) | No. 02-2249 |
| Hospital, et al. | ) | No. 02-2250 through 02-2253 |
| | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING SERVICE EMPLOYEES INTERNATIONAL UNION'S**
**MOTION FOR AN ORDER SPECIFYING THAT SEIU LOCAL UNIONS ARE**
**AUTHORIZED TO FILE A PROOF OF CLAIM ON BEHALF OF MEMBERS**

The Motion of Service Employees International Union and its affiliated Local Unions

("SEIU") for an Order authorizing SEIU local unions to file a Proof Claim on behalf of the

bargaining unit employees represented by the local unions (the "Motion") having been filed with

this Court, it appearing that due and proper notice having been given to all interested parties in

this case, the Motion came on for the Court's consideration before The Honorable S. Martin

Teel, Jr., United States Bankruptcy Judge. Good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. SEIU local unions are each authorized to file a Proof of Claim on behalf of

bargaining unit employees of the Debtors who are represented by the local union.

Dated: _May 30, 2003_

_A. Martin Teel, Jr._
UNITED STATES BANKRUPTCY JUDGE

FILED

MAY 2 9 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

David Fisher, Esq.
Corporation Counsel, DC
441 4th St., NW, 6th Floor N.
Washington, DC 20001

Sam J. Alberts, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

COPIES MAILED TO THE ABOVE NAMED
THIS ___2___ DAY OF ___June___, 20_03_

_____
DEPUTY CLERK

Any and all of the Debtors
c/o Doctors Community Healthcare Corp.
6730 North Scottsdale Rd., Ste. 290
Scottsdale, AZ 85253

Deryck A. Palmer, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave
New York, NY 10153

Andrew M. Troop, Esq.
Weil Gotshall & Manges, LLP
100 Federal St.
Boston, MA 02110

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshall & Manges, LLP
1501 K Street NW, Ste. 100
Washington, DC 20005

B. Amon James, Esq.
Office of the U.S. Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314

Michael R. Goodstein, Esq.
Arter & Hadden, LLP
1801 K St., NW, Ste. 300L
Washington, DC 20015

Kevyn D. Orr, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave., NW
Washington, DC 20001

Ken Kansa, Esq.
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Guy S. Neal, Esq.
Natalie M. Kuehn, Esq.
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, DC 20005-1208

Michael Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 12th St., NW, 7th Fl.
Washington, DC 20004