FILED AND ENTERED

JUN 7 - 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

------------------------------------------------------------x
                                  :

**In re:**                             :

                                  :

**GREATER SOUTHEAST COMMUNITY**     :     **Case No.**
**HOSPITAL CORPORATION I, et al.,**     :     **02- 2250 (SMT)**
                                  :     **Jointly Administered**
     **Debtors.**                     :     **(Chapter 11)**

                                  :
------------------------------------------------------------x

**ORDER ALLOWING AND AWARDING SEYFARTH SHAW
INTERIM COMPENSATION AND REIMBURSEMENT
PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD
OF NOVEMBER 20, 2002, THROUGH MARCH 31, 2003**

Upon the First Interim Application (the "Application") of Seyfarth Shaw

("Seyfarth") as Special Labor and Employment Counsel to the Debtors and Debtors-in-

Possession (the "Debtors") for Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330

and 331 for the Period of November 20, 2002, through March 31, 2003 (the "Application

Period"); and the Court having jurisdiction to consider the Application and the relief requested

therein pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Application and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and sufficient notice of

the Application having been provided and no other or further notice being required; and the Court

having reviewed the Application and having heard the statement in support of the relief requested

therein at a hearing before the Court (the "Hearing"); and the Court having determined that the

legal and factual bases set forth in the Application and at the Hearing establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefor, it is

DC1 30100373.1

ORDERED that the Application is granted; and it is further

ORDERED that Seyfarth is allowed $39,897.00 as reasonable interim compensation (the "Allowed Fees") for actual and necessary legal services rendered to the Debtors during the Application Period; and it is further

ORDERED that Seyfarth is allowed $1,147.89 as interim reimbursement for actual and necessary expenses (the "Allowed Expenses") advanced on behalf of the Debtors during the Application Period; and it is further

ORDERED that the Debtors are authorized and directed to pay Seyfarth its Allowed Fees and Expenses, to the extent that they have not already been paid to Seyfarth.

Dated: _May 30_, 2003

Honorable S. Martin Teel, Jr.
United States Bankruptcy Judge

cc:

B. Amon James, Esq.
Office of the United States Trustee
115 South Union St., Plaza Level
Suite 210
Alexandria, Virginia 22314

Kevyn D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(Counsel for National Century Financial Enterprises, Inc)

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Counsel for the Debtors)

DC1 30100373.1

Andrew M. Troop, Esq.
Weil, Gotshal & Manges, LLP
101 Federal Street
Boston, MA 02110
(Counsel for Debtors)

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP
1501 K Street N.W. Suite 100
Washington, D.C. 20005
(Counsel for the Debtors)

Joseph Damato, Esq.
Seyfarth Shaw
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
(Special Counsel to the Debtors)

Charles S. Riecke, Esq.
Seyfarth Shaw
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(Special Counsel to the Debtors)

Ken Kansa, Esq.
Sidley, Austin, Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit)

Guy S. Neal, Esq.
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP
1501 K Street, N.W.
Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

DC1 30100373.1

David Fisher, Esq.
Corporation Counsel, D.C.
441 4th Street, N.W.
6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.
Akin, Gump, Strauss, Hauer, & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of Unsecured Creditors)

Michael Goodstein, Esq.
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

COPIES MAILED TO THE ABOVE

THIS ___2___ DAY OF _____ 03

DEPUTY CLERK

DENISE M. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 APR 29 P 7 29

RECEIVED