CASE HEARING SUMMARY
HEARING DATE:  05/30/03
=========================

*Filed 05/30/2003 MTG Judge*

CASE NUMBER:  02-02250                                    CHAPTER:  11

IN RE:        Greater Southeast Community Hospita

---

| DE# 7-1 | To Use Cash Collateral |
|---|---|

*DIP Fincg. order permits use. No hearing necessary.*

To Use Cash Collateral
Motion By Debtor Southeast Community Hospital Community I
For Emergency, Interim and Final Use of Cash Collateral
Pursuant to 11 USC 361 and 363 and Federal Rule of
Bankruptcy Procedure 4001 (B) .

---

DE# 46-1

*C. to 6/17/03 @ 10³⁰ AM.*

Miscellaneous Relief
Motion by Interested Party ComEd  For Order Requiring The
Debtor to Provide Adequate Assurance of Payment of
Electricity Services

DE# 56-1

Miscellaneous Relief
Motion by Debtor Southeast Community Hospital Community I
For Authorization to Provide Adequate Assurance to Utility
Companies

---

DE# 537-1

*Granted w/ changes Loiseau/ Troop to submit order*

For Relief From Stay
Motion By Interested Party Medical Faculty Associates, Inc.
For Relief From Stay Regarding a Contract Between the
Movant and Debtor , And  In the Alternative for Adequate
Protection , and  For an Order Compelling the Debtor to
Assume or Reject its Contract With Medical Faculty
Associates, Inc.

---

DE# 537-2

*Granted w/ changes. Order to be submitted by Troop*

Miscellaneous Relief
Motion By Interested Party Medical Faculty Associates, Inc.
For Relief From Stay Regarding a Contract Between the
Movant and Debtor , And  In the Alternative for Adequate
Protection , and  For an Order Compelling the Debtor to
Assume or Reject its Contract With Medical Faculty
Associates, Inc.

---

DE# 537-3

*Ditto. Order to be submitted by Troop.*

To Compel
Motion By Interested Party Medical Faculty Associates, Inc.
For Relief From Stay Regarding a Contract Between the
Movant and Debtor , And  In the Alternative for Adequate
Protection , and  For an Order Compelling the Debtor to
Assume or Reject its Contract With Medical Faculty
Associates, Inc.

---

DE# 550-2

*GRANTED SUBJ TO NCFE NOT OBJG. BY 3PM AS TO PROPOSED ORDER.*

To Sell Free and Clear of Lien
Motion By Debtor Greater Southeast Community Hospital
Corporation et al  For Approval of Sale Procedures , and
To Sell Free And Clear of Liens, Interests, Claims and
Encumbraces; Substantially All Assets of Pine Grove
Hospital Corporation

---

DE# 586-1

*Granted with changes*

For Compensation
Application By Akin Gump Strauss Hauer & Feld LLP for
Interested Party Joint Committee of Unsecured Creditors
For Allowance of Compensation ( Fees: 871557.00, Expenses:
$ 48344.11) For Services Rendered and Reimbursement of
Expenses Incurred From November 20, 2002 Through March 31,
2003 .

*Page 1 of 4*

*771*

CASE HEARING SUMMARY
HEARING DATE:  05/30/03
=========================

DE# 597-1 — For Compensation
Application By Joseph R. Damato, Seyfarth Shaw As Special Labor and Employment Counsel to the Debtors-in-Possession For Compensation And Reimbursement Pursuant to 11 U.S.C. Sections 330 and 331 for the Period of November 20, 2002, Through March 31, 2003 ( Fees: $ 39897.00, Expenses: $ 1147.89) .

*Granted*

DE# 612-1 — For Relief From Stay
Motion By Creditor Kelly Griffin, as Special Administrator Of the Estate of Judith Griffin  For Relief From Stay Regarding a Lawsuit in the Estate Courts of Illinois, Against the Debtor Michael Reese Medical Center Corporation . ( Receipt# FEE NOT PAID). Proposed Order Provided.

DE# 614-1 — For Relief From Stay
Motion By Creditor Ophelia Smith and Will Smith Jr.  For Relief From Stay Regarding Lawsuit in the State Courts of Illinois Against Debtor, Michael Reese Medical Center Corporation . ( Receipt# FEE NOT PAID). Proposed Order Provided.

DE# 616-1 — For Relief From Stay
Motion By Creditor Valerie Johnson, Individually and as Administrator of the Estate of Glenn Johnson  For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois . ( Receipt# FEE NOT PAID). Proposed Order Provided.

*CONTINUED TO 6/4/2003 @ 10:00 A.M.*

DE# 623-1 — To Employ
Application By Debtor Greater Southeast Community Hospital Corporation I, et al.  To Employ Pursuant to Section 156(c) of the Bankruptcy Code; Bankruptcy Management Corporation As Official Claims And Noticing Agent .

*GRANTED WITH CHANGE*

DE# 654-1 — For Approval
Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al  For Approval of Pay Prepetition Amounts Owed to Debtor's Critical Physicians and Certain Current Employees .

*Granted w/ changes*

DE# 662-1 — For Approval
Motion Filed By Claree Evans Creditor Claree Evans  For Approval of Stipulation and Order Modifying Automatic Stay to Permit Claree Evans To Pursue State Court Litigation

DE# 669-1 — For Approval
Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al  For Approval of the Stipulation and Order Modifying the Automatic Stay to Permit Loretta Moore to Pursue Her Claim Against Available Insurance Proceeds

*Granted*

DE# 675-1 — For Approval
Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al.  For Approval of the Stipulation and Order Modifying the Automatic Stay to Permit Michael Garneau to Pursue State Court Litigation

*Granted*

*Page 2 of 4*

CASE HEARING SUMMARY
HEARING DATE:  05/30/03
=========================

| | | |
|---|---|---|
| *Granted* | DE# 678-1 | For Approval<br>Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al.  For Approval of The Stipulation and Order Modifying the Automatic Stay to Permit Robert Kelly to Pursue State Court Litigation |
| *Granted* | DE# 681-1 | For Approval<br>Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al.  For Approval of The Stipulation And Order Modifying The Automatic Stay To Permit Edward Gedraitis To Pursue State Court Litigation |
| *Granted* | DE# 684-1 | For Approval<br>Motion Filed By Debtor Greater Southeast Community Hospital Corporation I, et al.  For Approval of The Stipulation And Order Modifying The Automatic Stay To Permit Sandra Sielaff To Pursue State Court Litigation |

2.  Other Pertinent Docket Entries:

DE# _____    ORDER GRANTING / ORDER GRANTING
DE# 303        ORDER GRANTING
DE# 561        ORDER GRANTING
DE# 88         DIS RESPONSE
DE# 1833       ORDER PEPLS WASH GAS        DE# _____

*(handwritten notations: 752 Ds objection, DE 537, DE 550, etc.)*

3.  Appearances: _____ *Louisiana, Troop, Zuckoff* (for Debtor)

_____ *Jones* (for U.S. Trustee) *Alberts - C/ee*

_____ (for Movant) *Christie Hoffman -*

_____ (Trustee) *Wms. - Com. Ed*

4.  Outcome: *Maloney - MFA*         *Smith - Seyfarth Shaw*

_____ GRANTED    _____ DENIED    _____ GRANTED W/ CHANGES
_____ UNDER ADVISEMENT             _____ PARTIALLY TRIED
_____ CONTINUED TO _____, 20___, AT _____:_____ _____.M.
_____ PROPOSED ORDER TO BE SUBMITTED BY _____ BY ___/___/___

NOTE: THIS IS NOT AN ORDER

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

*Page 3 of 4*

CASE HEARING SUMMARY
HEARING DATE:
========================

CASE NUMBER: CHAPTER:

IN RE:

1. Nature of Matters(s) Heard:

*744 - objection to Ds mtn to pay prepetition amounts...*

2. Other Pertinent Docket Entries:

DE 586
DE# 587/588 Ntc of motion/HRG
DE# 741 CRT NO OBJ

DE 597
DE# 598/599 Ntc of motion/HRG

DE 612
DE# 617/618 Ntc of motion/HRG
DE# 668 EXT TIME TO RESPOND
727 D's OPP

DE 614
DE# 617/618 Ntc of motion/HRG
668 EXT TIME TO RESPOND
726 D's OPP

DE# 617/618 Ntc of motion/HRG — DE 616
668 EXT TIME TO RESPOND
DE# 725 D's OPP

DE# 624/625 Ntc of motion/HRG — DE 623
655/656 Ntc of motion/HRG
726 EXT TIME TO RESPOND to 5/28 — DE 634

DE# 663/664 Ntc of motion/HRG — DE 662
670/671 Ntc of motion/HRG — DE 669
DE# 676/677 Ntc of motion/HRG — DE 675

3. Appearances: _____ (for Debtor)

_____ (for U.S. Trustee) _____

_____ (for Movant) _____

_____ (Trustee) _____

4. Outcome:

_____ GRANTED _____ DENIED _____ GRANTED W/ CHANGES
_____ UNDER ADVISEMENT _____ PARTIALLY TRIED
_____ CONTINUED TO _____, 20__, AT ___:___ ___.M.
_____ PROPOSED ORDER TO BE SUBMITTED BY _____ BY __/__/__

_____

_____

_____

_____

_____

NOTE: THIS IS NOT AN ORDER

*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

*Page 4 of 4*

CASE HEARING SUMMARY
HEARING DATE:
========================

CASE NUMBER:                                          CHAPTER:

IN RE:                                    ι

1.  Nature of Matters(s) Heard:

2.  Other Pertinent Docket Entries:

DE#18 [ DE# 679/680 Ntc ? motion/HRG _____    DE# _____ _____
DE 681 [ DE# 682/683 Ntc ? motion/HRG _____    DE# _____ _____
DE 684 [ DE# 685/686  Ntc ? motion/HRG _____    DE# _____ _____
    DE# _____ _____    DE# _____ _____

3.  Appearances: _____ (for Debtor)

    _____ (for U.S. Trustee) _____

    _____ (for Movant) _____

    _____ (Trustee) _____

4.  Outcome:

    _____  GRANTED    _____  DENIED    _____  GRANTED W/ CHANGES
    _____  UNDER ADVISEMENT            _____  PARTIALLY TRIED
    _____  CONTINUED TO _____, 20__, AT ____:____ ___.M.
    _____  PROPOSED ORDER TO BE SUBMITTED BY _____ BY ___/___/___

    _____

    _____

    _____

    _____

    _____

NOTE: THIS IS NOT AN ORDER    _____
                              S. Martin Teel, Jr.
                              United States Bankruptcy Judge

CASE HEARING SUMMARY
HEARING DATE: 5/30/03
=======================

CASE NUMBER: 02-2250                          CHAPTER: 11

IN RE:

1.  Nature of Matters(s) Heard: _APPROVAL OF THE STIPULATION & ORDER MODIFYING_
DE672  _motion by Debtor for_ STAY TO PERMIT TARNISH McCURN TO PURSUE STATE COURT LITIGATION
  753  _motion by SERVICE EMPLOYEES INTERNATIONAL UNION FOR EXTENSION OF BAR
      DATE_
      754  _motion by SERVICE EMPLOYEES INTERNATIONAL UNION TO CONSIDER EXPEDITE_
2.  Other Pertinent Docket Entries: _MOTION AT HEARING 5/30/03_

DE672  DE# _673/674 Ntc of motion/HRG_      DE# _____  _____
DE 753  DE# _756 Ntc of HRG_                DE# _____  _____
        DE# _____  _____            DE# _____  _____
        DE# _____  _____            DE# _____  _____

3.  Appearances: _____ (for Debtor)

    _____ (for U.S. Trustee) _____

    _____ (for Movant) _____

    _____ (Trustee) _____

4.  Outcome:

    _____ GRANTED    _____ DENIED    _____ GRANTED W/ CHANGES
    _____ UNDER ADVISEMENT            _____ PARTIALLY TRIED
    _____ CONTINUED TO _____, 20___, AT ____:____ ___.M.
    _____ PROPOSED ORDER TO BE SUBMITTED BY _____ BY ___/___/___

    _____

    _____

    _____

    _____

    _____

NOTE: THIS IS NOT AN ORDER        _____
                                  S. Martin Teel, Jr.
                                  United States Bankruptcy Judge