FILED IN
JOHN MARSHALL DROP BOX

FILED

MAY 3 0 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-----------------------------------------------------------x
                                                 :

In re:                                          :

                                            :

GREATER SOUTHEAST COMMUNITY   :    Case No.
HOSPITAL CORPORATION I, <u>et al.</u>,   :    02- 2250 (SMT)
                                            :    Jointly Administered
           Debtors.              :    (Chapter 11)

                                              :

-----------------------------------------------------------x

## <u>NOTICE OF CHANGE OF HEARING DATE</u>

PLEASE TAKE NOTICE that, based upon the representations made before the Court on May 30, 2003, counsel have agreed that the following items will be considered at a hearing on **June 4, 2003** at **10:00 a.m.**:

- Motion For Relief From Stay Regarding a Lawsuit in the Estate Courts of Illinois, Against the Debtor Michael Reese Medical Center Corporation by Kelly Griffin, as Special Administrator for the Estate of Judith Griffin.

- Motion For Relief From Stay Regarding Lawsuit in the State Courts of Illinois Against Debtor, Michael Reese Medical Center Corporation by Ophelia Smith and Will Smith Jr.

- Motion For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois by Valerie Johnson, Individually and as Administrator of Glenn Johnson.

- Motion to Compel 2004 Examination filed by Valerie Johnson.

- Motion to Compel 2004 Examination filed by Kelly Griffin.

- Motion to Compel 2004 Examination filed by Ophelia and Will Smith Jr.

DC1:\150625\01\388101!.DOC\

772/773

- Motion for an Order Extending (i) Exclusive Periods in Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof and (ii) the Time to File a Dsiclosure Statement for the Chapter 11 Plan By Greater Southeast Community Hospital Corporation I, et al.

Dated: May 30, 2003
      Washington, D.C.

Respectfully Submitted,

Peter D. Isakoff (D.C. Bar No, 358419)
Holly E. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
(202) 682-7000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF CHANGE OF HEARING DATE** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on May 30, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                             ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                               Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                                     choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                                krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                                     hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                                    wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

DC1:\144509\01\33$501!.DOC\41776.0003                        3

Craig B. Young, Esq.                             cby@cblhlaw.com
C. Todd Marks, Esq.                              ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036


Margarita Ginzburg, Esq.                         mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                      lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York,  NY 10022


Charles R. Bennett, Jr., Esq.                    crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107


Conrad K. Chiu, Esq.                             cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024


Lori L. Purkey, Esq.                             purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007


Terry E. Hall, Esq.                              tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204


Steven Scow, Esq.                                sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925


Daniel D. Doyle, Esq.                            ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                          jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                             rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 30  P 7: 16

RECEIVED