FILED IN
JOHN MARSHALL DROP BOX

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED

MAY 3 0 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

-------------------------------------------------------x
                    :

In re:                        :

GREATER SOUTHEAST COMMUNITY   :   Case No.
HOSPITAL CORPORATION I, <u>et al.</u>,   :   02- 2250 (SMT)
                      :   Jointly Administered
        Debtors.         :   (Chapter 11)
                      :

-------------------------------------------------------x

## <u>NOTICE OF CHANGE OF HEARING DATE</u>

PLEASE TAKE NOTICE that, based upon the representations made before the Court on May 30, 2003, counsel have agreed that the following items will be considered at a hearing on **June 4, 2003** at **10:00 a.m.**:

- Motion For Relief From Stay Regarding a Lawsuit in the Estate Courts of Illinois, Against the Debtor Michael Reese Medical Center Corporation by Kelly Griffin, as Special Administrator for the Estate of Judith Griffin.

- Motion For Relief From Stay Regarding Lawsuit in the State Courts of Illinois Against Debtor, Michael Reese Medical Center Corporation by Ophelia Smith and Will Smith Jr.

- Motion For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois by Valerie Johnson, Individually and as Administrator of Glenn Johnson.

- Motion to Compel 2004 Examination filed by Valerie Johnson.

- Motion to Compel 2004 Examination filed by Kelly Griffin.

- Motion to Compel 2004 Examination filed by Ophelia and Will Smith Jr.

- Motion for an Order Extending (i) Exclusive Periods in Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof and (ii) the Time to File a Dsiclosure Statement for the Chapter 11 Plan By Greater Southeast Community Hospital Corporation I, et al.

Dated: May 30, 2003
      Washington, D.C.

Respectfully Submitted,

Peter D. Isakoff (D.C. Bar No, 358419)
Holly E. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
(202) 682-7000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

### Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF CHANGE OF HEARING DATE** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on May 30, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

Name and Street Address                    Email Address, if any

Any and all of the Debtors                 pleadings@doctorscommunity.com
c/o Doctors Community Healthcare
Corporation
6730 North Scottsdale Road
Suite 290
Scottsdale, Arizona 85253

Deryck A. Palmer, Esq.                     deryck.palmer@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Counsel for the Debtors)

Andrew M. Troop, Esq.                      andrew.troop@weil.com
Weil, Gotshal & Manges LLP
101 Federal Street
Boston, MA 021 10
(Counsel for Debtors)

Peter D. Isakoff, Esq.                     peter.isakoff@weil.com
Holly E. Loiseau, Esq.
Weil, Gotshal & Manges LLP                 holly.loiseau@weil.com
1501 K Street N.W. Suite 100
Washington, D.C. 20005
(Counsel for the Debtors)

B. Amon James, Esq.                        B.Amon.James@usdoj.gov
Office of the United States Trustee
115 South Union St., Plaza Level
Suite 210
Alexandria, Virginia 22314

Kevyn D. Orr, Esq.                         korr@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(Counsel for National Century Financial
Enterprises, Inc)

Ken Kansa, Esq.  
Bank One Plaza  
Sidley, Austin, Brown & Wood LLP  
10 South Dearborn Street  
Chicago, Illinois 60603  
(Counsel for Medline Industries, Inc.)

kkansa@sidlev.com

Guy S. Neal, Esq.  
Natalie Kuehn, Esq.  
Sidley, Austin, Brown & Wood LLP  
1501 K Street, N.W. Suite 600  
Washington, D.C. 20005  
(Counsel for Medline Industries, Inc.)

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.  
Charles A. Malloy, Esq.  
Arnold & Porter  
555 Twelfth Street, N.W.  
Washington, D.C. 20004  
(Counsel for Health Care Reit, Inc.)

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.  
Corporation Counsel, D.C.  
441 4th Street, N.W. 6th Floor North  
Washington, D.C. 20001  
(Counsel for the District of Columbia)

David.Fisher@dc.gov

Sam J. Alberts, Esq.  
Jonathan Gold, Esq.  
Akin, Gump, Strauss, Hauer, & Feld  
1333 New Hampshire Avenue, N.W.  
Suite 400  
Washington, D.C. 20001  
(Counsel for the Joint Committee of  
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.  
Arter & Hadden  
1801 K Street N.W. Suite 3001  
Washington, D.C. 20006  
(Counsel for Provident)

michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.  
White & Case LLP  
200 South Biscayne Blvd  
Suite 4900  
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog  
Zimmerman, Rosenfeld, Gersh & Leeds LLP  
9107 Wilshire Boulevard Suite 300  
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 MAY 30  P 7: 16

RECEIVED