FILED IN
JOHN MARSHALL DROP BOX

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

FILED

JUN - 2 2003

Jouise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

------------------------------------------------------------x

**In re**

**GREATER SOUTHEAST COMMUNITY**
**HOSPITAL CORPORATION I., et al.,**

                       **Debtors.**

------------------------------------------------------------x

:
:
:
:
:
:
:
:
:

**Case No.**
**02-2250 (SMT)**
**Chapter 11**

**(Jointly Administered)**

### STIPULATION BETWEEN DEBTORS AND SEIU RESOLVING SEIU'S LIMITED OBJECTION TO MOTION OF DEBTORS FOR AUTHORIZATION TO PAY PREPETITION AMOUNTS OWED TO DEBTORS' CRITICAL PHYSICIANS AND CERTAIN CURRENT EMPLOYEES

WHEREAS, on November 20, 2002 (the "Petition Date"), the debtors in the above-captioned cases (collectively, the "Debtors") each commenced a case under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, prior to the Petition Date, The Service Employees International Union ("SEIU"), as authorized representatives of unionized employees employed by the Debtors Greater Southeast Community Hospital Corporation I, Michael Reese Medical Center Corporation and Pacifica Hospital of the Valley Corporation, entered into collective bargaining agreements on behalf of those employees with their respective Debtor employers (collectively, the "CBAs"); and

WHEREAS, the CBAs require, among other things, that the Debtors (as employers) match employee contributions into so-called "401(k) plans" sponsored by the Debtors; and

WHEREAS, since January 2003, the Debtors have ceased making employer matching contributions to 401(k) plans based upon an across the board decision to stop these payments in light of the Debtors' financial condition; and

WHEREAS, by motion dated May 8, 2003, the Debtors requested Court authorization to pay certain percentages of prepetition amounts owed to the Debtors' critical physicians and certain current employees (the "Motion"); and

WHEREAS, SEIU filed a limited objection to the relief requested by the Debtors in the Motion (the "Objection"); and

WHEREAS, the Debtors and SEIU have engaged in good faith and arms-length negotiations regarding the issues arising under the Motion, the Objection and the CBAs, and the parties have agreed to settle the issues raised in the Objection in accordance with the terms and conditions stated below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that:

1. The Debtors will resume making employer matching contributions to the 401(k) plans (in accordance with the respective terms of the applicable CBAs) beginning with the first pay period in June 2003, and with respect to those employer matching contributions that were not made by the Debtors since January 2003 and any interest which would have been earned by the employee accounts had the contributions been made, the Debtors will repay the amounts thus owed over a period of six (6) months commencing in June 2003.

2. The Debtors will continue to meet with SEIU to discuss the various issues arising under the CBAs and these chapter 11 cases.

3.     In consideration of the Debtors' agreement to enter into this Stipulation, and upon execution and delivery thereof, SEIU agrees to withdraw its Objection to the Motion.

4.     Nothing in this Stipulation shall be construed as affecting any rights and obligations of the parties with respect to the CBAs.

5.     Each person who executes this Stipulation represents that he or she is duly authorized to execute this Stipulation on behalf of the respective parties hereto.

6.     This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present a copy, copies or facsimiles signed by the parties hereto to be charged.

Dated: Washington, DC
       May 3 0 , 2003

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No. 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C.  20005
(202) 682-7000

ATTORNEYS FOR THE DEBTORS

Christy Hoffman (DC Bar No. 432610)
JAMES & HOFFMAN, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C.  20036
(202) 496-0500

ATTORNEYS FOR SEIU

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 JUN -2 P 5: 33.

RECEIVED