**WEIL, GOTSHAL & MANGES LLP**
**Attorneys for the Debtors**
  **and Debtors in Possession**
**767 Fifth Avenue**
**New York, New York 10153**
**(212) 310-8000**
**Deryck A. Palmer, Esq.**
**Andrew M. Troop, Esq.**

FILED IN
JOHN MARSHALL DROP BOX

*FILED*

*JUN - 2 2003*

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

-------------------------------------------------------------x

**In re**                                                  :
                                                           :
**GREATER SOUTHEAST COMMUNITY**          :      Case No.
**HOSPITAL CORPORATION I., et al.,**          :      **02-2250 (SMT)**
                                                           :      **Chapter 11**
                                                           :
                        **Debtors.**              :      **(Jointly Administered)**

-------------------------------------------------------------x

## NOTICE OF FILING OF MONTHLY OPERATING REPORT FOR THE PERIOD OF APRIL 1 – 30, 2003

NOTICE IS HEREBY GIVEN that on June 2, 2003, Greater Southeast Community Hospital and its debtor affiliates in the above-captioned cases (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Columbia (the "Court") Monthly Operation Report for the Period of April 1-30, 2003.

Dated: June 2, 2003
Washington, D.C.

Respectfully Submitted,

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
101 Federal Street

DCI:\150069\01\37SL01!.DOC\.

Boston, Massachusetts 02110
(617) 772-8300

Peter D. Isakoff (D.C. Bar No, 358419)
Holly W. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
(202) 682-7000

ATTORNEYS FOR DEBTORS
DEBTORS-IN-POSSESSION

## Certificate of Service

       I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF FILING OF MONTHLY OPERATING REPORT FOR THE PERIOD OF APRIL 1-30, 2003** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on June 2, 2003.

 

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                          dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                  rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                                    ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                       Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                            choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                        krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                             hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                            wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.                         cby@cblhlaw.com
C. Todd Marks, Esq.                          ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1'990 M Street, N.W.
Suite 800
Washington, D.C. 20036


Margarita Ginzburg, Esq.                     mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                  lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022


Charles R. Bennett, Jr., Esq.                crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107


Conrad K. Chiu, Esq.                         cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024


Lori L. Purkey, Esq.                         purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007


Terry E. Hall, Esq.                          tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204


Steven Scow, Esq.                            sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925


Daniel D. Doyle, Esq.                        ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                                     jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                                       rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

CASE NAME: Greater Southeast Community Hospital Corporation I, et al.
CASE NUMBER: 02-2250
JUDGE: S. Martin Teel, Jr.

Accrual Basis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
MONTHLY OPERATING REPORT

PERIOD: APRIL. 1 - 30, 2003

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE
UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING
REPORT (Accrual Basis-1 THROUGH Accrual Basis-7) AND THE ACCOMPANYING ATTACHMENTS
AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.
DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION
OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

| | |
|---|---|
| (Signature) | Executive Vice President, Chief Financial Officer |
| Steven Dietlin | (Title) |
| (Printed Name) | May 30, 2003 |
| | (Date) |

**PREPARER:**

| | |
|---|---|
| (Signature) | Corporate Controller |
| Jonathan Silver | (Title) |
| (Printed Name) | May 30, 2003 |
| | (Date) |

| Entity | Tax ID | Case Number |
|---|---|---|
| PACIN Healthcare - Hadley Memorial Hospital Corporation | 52-1784042 | 02-2248 |
| Doctors Community Healthcare Corporation | 47-0782079 | 02-2249 |
| Greater Southeast Community Hospital Corporation | 86-0973343 | 02-2250 |
| Michael Reese Hospital and Medical Center | 86-0927556 | 02-2251 |
| Pine Grove Hospital | 86-0929801 | 02-2252 |
| Pacifica of the Valley Hospital | 33-0737232 | 02-2253 |

| CASE NAME: Greater Southeast Community Hospital Corporation I, et al. |
| CASE NUMBER: 02-2250 |

**DISBURSEMENTS BY ENTITY:**                                    PERIOD:        APRIL 1-30, 2003

| Entity | Case Number | US Dollar |
|---|---|---|
| PACIN Healthcare - Hadley Memorial Hospital Corporation | 02-2248 | $ 1,258,248 |
| Doctors Community Healthcare Corporation | 02-2249 | 2,767,027 |
| Greater Southeast Community Hospital Corporation | 02-2250 | 8,169,832 |
| Michael Reese Hospital and Medical Center | 02-2251 | 8,743,326 |
| Pine Grove Hospital | 02-2252 | 297,751 |
| Pacifica of the Valley Hospital | 02-2253 | 3,788,474 |
| | TOTAL | $ 25,024,658 |

CASE NAME: Greater Southeast Community Hospital Corporation I, et al.
CASE NUMBER: 02-2250

Accrual Basis - 1

## COMBINED DEBTOR BALANCE SHEET
### As of April 30, 2003
(unaudited)

| | Pacifica of the Valley Corporation 4/30/2003 | Michael Reese Medical Center Corporation 4/30/2003 | Pine Grove Hospital 4/30/2003 | Hadley Memorial Hospital 4/30/2003 | Greater SE Hospital 4/30/2003 | DCHC Parent 4/30/2003 | Clinics 4/30/2003 | Eliminations 4/30/2003 | Total 4/30/2003 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| **Current assets:** | | | | | | | | | |
| Cash (1) | $ 1,248,004 | $ 1,298,771 | $ 509,024 | $ 1,042,041 | $ 2,714,315 | $ 3,134,206 | | | $ 9,946,361 |
| Patient accounts receivable, net | 9,449,678 | 18,175,975 | 307,877 | 7,949,015 | 38,900,824 | | | | 74,783,369 |
| Due from third party payors | 11,525,297 | 4,273,998 | | 1,052,466 | 3,889,060 | 1,085,540 | | | 21,826,361 |
| Supplies | 820,672 | 2,447,100 | 18,674 | 152,315 | 2,034,363 | | | | 5,473,124 |
| Intercompany Receivables (pre-petition) | 115,991,477 | | | 109,745,325 | 29,927,278 | | 7,170,985 | (262,835,065) | - |
| Intercompany Receivables (post-petition) | 1,319,316 | 1,813,545 | 513,064 | 2,098,289 | - | | | (5,744,214) | - |
| Assets held for sale | | | 3,876,349 | | | | | | 3,876,349 |
| Other current assets | 2,834,792 | 2,623,749 | 123,420 | 334,571 | 10,228,023 | 6,678,137 | | | 22,822,692 |
| **Total current assets** | 143,189,236 | 30,633,138 | 5,348,408 | 122,374,022 | 87,693,863 | 10,897,883 | 7,170,985 | (268,579,279) | 138,728,256 |
| Property, plant and equipment, net | 17,589,979 | 34,511,931 | | 10,019,046 | 21,301,665 | 101,296 | | | 83,523,917 |
| Investment in subs | | | | | | 934,581 | | (934,581) | - |
| Other Assets | | 5,505 | | | 2,299,850 | | | | 2,305,355 |
| **Total Assets** | 160,779,215 | 65,150,574 | 5,348,408 | 132,393,068 | 111,295,378 | 11,933,760 | 7,170,985 | (269,513,860) | 224,557,528 |
| **Liabilities and shareholders' equity** | | | | | | | | | |
| **Liabilities subject to compromise:** | | | | | | | | | |
| Accounts payable | 8,277,877 | 23,206,503 | 883,701 | 3,284,589 | 23,735,940 | 2,395,615 | | | 61,784,225 |
| Accrued payroll and related benefits | 906,973 | 487,844 | 96,949 | 239,852 | 1,194,393 | 474,596 | | | 3,400,607 |
| Other liabilities | 2,653,734 | 15,699,677 | 614,364 | 5,515,001 | 10,060,246 | 5,356,819 | | | 39,899,841 |
| Intercompany Payables (pre-petition) | | 83,263,974 | 11,031,071 | | | 154,943,178 | 13,596,842 | (262,835,065) | - |
| Notes Payable | 19,557,133 | 9,726,907 | 124,295 | 55,049 | 8,002,503 | 4,000,000 | | | 41,465,887 |
| Amounts due affiliates | 154,596,714 | 98,234,636 | 4,584,862 | 188,150,960 | 71,899,700 | 4,868,114 | | | 522,334,986 |
| **Total liabilities subject to compromise** | 185,992,431 | 230,619,541 | 17,335,242 | 197,245,451 | 114,892,782 | 172,038,322 | 13,596,842 | (262,835,065) | 668,885,546 |
| **Liabilities NOT subject to compromise:** | | | | | | | | | |
| Accounts payable | 1,061,089 | 455,828 | 171,734 | 344,376 | 1,496,165 | 171,358 | 582,583 | | 4,283,133 |
| Accrued payroll and related benefits | 2,565,017 | 3,853,462 | 51,758 | 903,070 | 3,080,421 | 80,505 | | | 10,534,233 |
| Intercompany Payables (post-petition) | | | | | 3,023,827 | 2,720,387 | | (5,744,214) | - |
| Other liabilities | 217,668 | 3,531,048 | 163,903 | 35,634 | 1,051,562 | 3,654,657 | | | 8,654,472 |
| **Total liabilities NOT subject to compromise** | 3,843,774 | 7,840,338 | 387,395 | 1,283,080 | 8,651,975 | 6,626,907 | 582,583 | (5,744,214) | 23,471,838 |
| **Shareholders' equity:** | | | | | | | | | |
| Common stock | | | | | 100 | 1,041 | 100 | (200) | 1,041 |
| Preferred stock | | | | | | 900 | | | 900 |
| Additional paid-in capital | | | | | 3,167,952 | 7,431,579 | 1,731,600 | (934,381) | 11,396,750 |
| Accumulated earnings | (29,056,990) | (173,309,305) | (12,374,229) | (69,303,515) | (12,249,379) | (174,164,989) | (8,740,140) | | (479,198,547) |
| **Total shareholders' equity** | (29,056,990) | (173,309,305) | (12,374,229) | (66,135,463) | (12,249,379) | (166,731,469) | (7,008,440) | (934,581) | (467,799,856) |
| **Total liabilities and shareholders' equity** | $ 160,779,215 | $ 65,150,574 | $ 5,348,408 | $ 132,393,068 | $ 111,295,378 | $ 11,933,760 | $ 7,170,985 | $ (269,513,860) | $ 224,557,528 |

(1) The Greater Southeast cash balance includes approximately $925 thousand in restricted funds granted by the District of Columbia for Bio-Terrorism expenditures.

CASE NAME: Greater Southeast Community Hospital Corporation I, et al.
CASE NUMBER: 02-2250

Accrual Basis - 2

**COMBINED DEBTOR STATEMENT OF OPERATIONS**
**FOR THE PERIOD APRIL 1 - 30, 2003**
(unaudited)

| | Hadley | Greater Southeast | Michael Reese | Pine Grove | Pacifica | DCHC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | |
| Gross patient service revenue | $ 3,892,309 | $ 22,131,295 | $ 25,838,648 | | $ 10,284,062 | | | $ 62,146,314 |
| Deductions from revenue | (1,693,077) | (13,318,381) | (17,268,630) | | (5,577,926) | | | (37,858,014) |
| Other revenue | 11,618 | 1,303,468 | 113,980 | | 52,034 | 1,159,868 | (1,159,623) | 1,481,345 |
| Total net revenue | 2,210,850 | 10,116,382 | 8,683,998 | - | 4,758,170 | 1,159,868 | (1,159,623) | 25,769,645 |
| **Operating Expenses:** | | | | | | | | |
| Salaries and benefits | 1,005,451 | 5,573,819 | 4,466,683 | | 3,011,231 | 261,745 | | 14,318,929 |
| Supplies | 183,437 | 1,200,670 | 1,079,045 | | 484,484 | 846 | | 2,948,482 |
| Professional fees (Medical) | 2,999 | 555,308 | 40,869 | | 113,084 | | | 712,260 |
| Management Fees | 99,488 | 455,237 | 390,780 | | 214,118 | | (1,159,623) | - |
| Provision for uncollectible accounts | 39,460 | 856,737 | 696,985 | | 362,507 | | | 1,955,689 |
| Purchased services | 209,992 | 713,394 | 1,172,691 | | 372,733 | 52,343 | | 2,521,153 |
| Repairs and maintenance | 12,929 | 32,053 | 73,384 | | 48,284 | - | | 166,650 |
| Insurance | 11,174 | 79,242 | 451,638 | | 116,108 | 1,625 | | 659,787 |
| Utilities | 39,439 | 190,062 | 338,551 | | 73,268 | 22 | | 641,342 |
| Rents and Leases | 16,744 | 70,662 | 57,722 | | 81,064 | 10,905 | | 237,097 |
| Other | 15,019 | 124,689 | 229,154 | | 122,683 | 30,748 | | 522,293 |
| Total operating expenses | 1,636,132 | 9,851,873 | 8,997,502 | - | 4,999,564 | 358,234 | (1,159,623) | 24,683,682 |
| **EBITDAR** | 574,718 | 264,509 | (313,504) | - | (241,394) | 801,634 | - | 1,085,963 |
| **Other (income) expense:** | | | | | | | | |
| Depreciation and amortization | 123,908 | 259,883 | 430,559 | - | 112,978 | 5,866 | | 933,194 |
| Interest expense/(income) | (23,344) | 38,461 | (14,003) | | (8,417) | 45,239 | | 37,936 |
| Other (income) expense, net | 100,564 | 298,344 | 416,556 | - | 104,561 | 51,105 | - | 971,130 |
| **Income (loss) from continuing operations before reorganization items** | 474,154 | (33,835) | (730,060) | - | (345,955) | 750,529 | - | 114,833 |
| **Reorganization items:** | | | | | | | | |
| Professional fees | | - | | | | 1,750,000 | - | 1,750,000 |
| D.I.P. Financing fees | | | | | | 375,000 | | 375,000 |
| Restructuring Expense | 8,250 | 70,748 | 10,000 | | 10,000 | 10,000 | | 108,998 |
| Total Reorganization items | 8,250 | 70,748 | 10,000 | - | 10,000 | 2,135,000 | - | 2,233,998 |
| Income (loss) from continuing operations | 465,904 | (104,583) | (740,060) | - | (355,955) | (1,384,471) | - | (2,119,165) |
| **Discontinued Operations:** | | | | | | | | |
| Loss from discontinued operations | | | | 395,735 | | | | 395,735 |
| **Income/(loss) before income taxes** | $ 465,904 | $ (104,583) | $ (740,060) | $ (395,735) | $ (355,955) | $ (1,384,471) | $ - | $ (2,514,900) |

CASE NAME: Greater Southeast Community Hospital Corporation I, et al.
CASE NUMBER: 02-2250

Accrual Basis - 3

**COMBINED DEBTOR STATEMENT OF CASH FLOWS**
**FOR THE PERIOD APRIL 1 - 30, 2003**
(unaudited)

| | Hadley Memorial | DCHC | Greater Southeast | Michael Reese | Pine Grove | Pacifica Hospital | Eliminations | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | |
| Net Income (Loss) | $ 465,904 | $ (1,384,471) | $ (104,583) | $ (740,060) | $ (395,735) | $ (355,955) | $ - | $ (2,514,900) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | | | | | | |
| Loss from discontinued operations | | | | | 395,735 | | | 395,735 |
| Depreciation and amortization | 123,908 | 5,866 | 259,883 | 430,559 | | 112,978 | - | 933,194 |
| Provision for uncollectible accounts | 39,460 | | 856,737 | 696,985 | | 362,507 | - | 1,955,689 |
| Changes in operating assets and liabilities: | | | | | | | | |
| Patient accounts receivable | (896,726) | - | 626,011 | (188,351) | | (187,090) | - | (646,156) |
| Amounts due from/to third-party payors | - | - | 554,896 | (172,794) | | (712,136) | - | (330,034) |
| Supplies | (3,611) | - | 2,322 | 13,571 | | (34,448) | - | (22,166) |
| Other assets | (175,681) | 31,399 | 478,161 | 121,774 | | (325,841) | - | 129,812 |
| Intercompany receivables/payables | 631,579 | (18,618) | (1,157,501) | 297,503 | | 441,181 | (194,144) | - |
| Accounts payable | 282,303 | 109,934 | 509,264 | (407,793) | | 524,613 | - | 1,018,321 |
| Accrued payroll and related benefits | 97,839 | 11,792 | (113,389) | 126,170 | | 658,080 | - | 780,492 |
| Other liabilities | 3,118 | 557,473 | (497,844) | 783,914 | | 9,106 | - | 855,767 |
| Net cash provided by (used in) operating activities before reorganization | $ 568,093 | $ (686,625) | $ 1,413,957 | $ 961,478 | $ - | $ 492,995 | $ (194,144) | $ 2,555,754 |
| | | | | | | | | |
| **Operating cash flows from reorganization items** | | | | | | | | |
| Changes in liabilities subject to compromise | (32,111) | (38,405) | (429,718) | (502,384) | | (484,050) | - | (1,486,668) |
| Net cash provided by (used in) reorganization activities | (32,111) | (38,405) | (429,718) | (502,384) | - | (484,050) | - | (1,486,668) |
| | | | | | | | | |
| Net cash provided by (used in) operating activities | $ 535,982 | $ (725,030) | $ 984,239 | $ 459,094 | $ - | $ 8,945 | $ (194,144) | $ 1,069,086 |
| | | | | | | | | |
| **Investing activities** | | | | | | | | |
| Purchase of property, plant and equipment | $ - | $ - | $ (9,571) | $ (103,174) | | $ (74,217) | $ - | (186,962) |
| Net cash provided by (used in) investing activities | $ - | $ - | $ (9,571) | $ (103,174) | $ - | $ (74,217) | $ - | $ (186,962) |
| **Financing activities** | | | | | | | | |
| Net cash provided by (used in) financing activities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cash provided by/(used in) discontinued operations | | | | | $ (26,715) | | 194,144 | $ 167,429 |
| Net increase (decrease) in cash | 535,982 | (725,030) | 974,668 | 355,920 | (26,715) | (65,272) | - | 1,049,553 |
| Cash at beginning of period | 506,059 | 3,859,236 | 1,739,647 | 942,851 | 535,739 | 1,313,276 | - | 8,896,808 |
| Cash at end of period | $ 1,042,041 | $ 3,134,206 | $ 2,714,315 | $ 1,298,771 | $ 509,024 | $ 1,248,004 | $ - | $ 9,946,361 |

Accrual Basis - 4

| CASE NAME: | Greater Southeast Community Hospital Corporation I, et. al. |
| CASE NUMBER: 02-2250 |

AS OF: APRIL 30, 2003

SUMMARY OF ALL FILING COMPANIES

| ACCOUNTS RECEIVABLE AGING | Greater Southeast | Michael Reese | Pacifica of the Valley | Hadley Memorial | Pine Grove | DCHC | CONSOLIDATED |
|---|---|---|---|---|---|---|---|
| 1. 0-30 (includes unbilled) | $ 28,791,775 | $ 13,535,957 | $ 8,418,814 | $ 5,258,217 | $ 54,085 | $    - | $ 56,058,848 |
| 2. 31-60 | 9,881,748 | 1,725,191 | 1,852,680 | 602,002 | 18,322 | - | 14,079,943 |
| 3. 61-90 | 6,839,844 | 1,151,852 | 1,678,927 | 950,278 | 108,450 | - | 10,729,351 |
| 4. 91+ | 46,397,492 | 13,570,459 | 9,335,395 | 3,320,196 | 661,895 | - | 73,285,437 |
| 5. TOTAL ACCOUNTS RECEIVABLE | 91,910,859 | 29,983,459 | 21,285,816 | 10,130,693 | 842,752 | - | 154,153,579 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | 53,010,035 | 11,807,484 | 11,836,138 | 2,181,678 | 534,875 | - | 79,370,210 |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 38,900,824 | $ 18,175,975 | $ 9,449,678 | $ 7,949,015 | $ 307,877 | $    - | $ 74,783,369 |

| AGING OF POSTPETITION TAXES AND PAYABLES |
|---|

The Debtor is paying post-petition federal and state taxes and accounts payable in the ordinary course of business as they become due and payable.  No significant arrearages have been noted.

CASE NUMBER: 02-2250
JUDGE: S. Martin Teel, Jr.

Accrual Basis - 5

**BANK ACCOUNT TO BOOK RECONCILIATION**
As of April 30, 2003

PERIOD: As of April 30, 2003

| ENTITY | BANK NAME | BANK ACCOUNT NUMBER | PERIOD BANK AMOUNT | RECONCILING AMOUNT | PERIOD BOOK AMOUNT |
|---|---|---|---|---|---|
| DCHC | Petty Cash Fund | | $ 220 | | 220 |
| DCHC | Omaha State Bank | 0100959094 | 20,258 | (451) | 19,807 |
| DCHC | Bank of America | 000252841414 | 1,212,817 | - | 1,212,817 |
| DCHC | Bank of America | 000252841422 | - | | - |
| DCHC | Bank of America | 000252841430 | - | (8,201) | (8,201) |
| DCHC | Bank of America | 3755513616 | 737,706 | (734,652) | 3,053 |
| DCHC | Bank of America | 3755513629 | 700 | - | 700 |
| DCHC | Bank of America | 3755513603 | 44,766 | (44,665) | 101 |
| DCHC | Bank of America | 3755513632 | 42,044 | | 42,044 |
| DCHC | Bank of America | 004678083031 | 605 | - | 605 |
| DCHC | Bank of America | 3755513593 | 1,863,059 | - | 1,863,059 |
| | | **DCHC Total** | $ 3,922,175 | $ (787,969) | $ 3,134,206 |
| | | | | | |
| GSCH | Depository Account | 0046 - 7186 - 5557 | $ - | $ 3,250 | 3,250 |
| GSCH | Payroll Account | 0046 - 7186 - 5573 | 115,210 | (42,488) | 72,722 |
| GSCH | Account Payables | 0046 - 7186 - 5560 | 524,071 | (409,658) | 114,413 |
| GSCH | Payroll Tax & Benefit | 0046 - 7571 - 8066 | 388,425 | (161,327) | 227,098 |
| GSCH | Bio-terrorism fund | 0046 - 7706 - 4093 | 958,816 | (34,079) | 924,737 |
| GSCH | Non Concentrated | 0046 - 7706 - 3308 | 88 | - | 88 |
| GSCH | Construction | 0046 - 7706 - 3463 | | | - |
| GSCH | Clincial Providers | 0046 - 7706 - 4598 | - | 8 | 8 |
| GSCH | Depository: DIP | 375 - 551 - 3674 | 1,373,650 | 803 | 1,374,453 |
| GSCH | Employee Payroll: DIP | 375 - 551 - 3645 | 194,034 | (197,488) | (3,454) |
| GSCH | Accounts Payable: DIP | 375 - 551 - 3661 | 100 | - | 100 |
| GSCH | Tax & Benefit: DIP | 375 - 551 - 3658 | 100 | - | 100 |
| GSCH | Clearing - Wires | | | | |
| GSCH | Petty Cash | | - | 800 | 800 |
| | | **GSCH Total** | $ 3,554,494 | $ (840,179) | $ 2,714,315 |
| | | | | | |
| Hadley | Bank of America - Concentration Acct. | 4677063311 | $ 70 | | 70 |
| Hadley | Bank of America - Depository Account | 252841625 | - | | - |
| Hadley | Bank of America - Employee Payroll Account | 4671660765 | 32,299 | (17,594) | 14,705 |
| Hadley | Bank of America - Accounts Payable Account | 4671629052 | 84,131 | (58,010) | 26,121 |
| Hadley | Bank of America - Payroll Tax & Benefit | 4675718079 | 307,337 | (2,615) | 304,722 |
| Hadley | Depository: DIP | 3755513713 | 91 | 696,031 | 696,122 |
| Hadley | Employee Payroll: DIP | 3755513687 | 100 | | 100 |
| Hadley | Accounts Payable: DIP | 3755513700 | 100 | | 100 |
| Hadley | Tax & Benefit: DIP | 3755513690 | 100 | | 100 |
| Hadley | Petty Cash | | | | - |
| | | **Hadley Total** | $ 424,228 | $ 617,812 | $ 1,042,040 |
| | | | | | |
| MRH | Bank of America | 000253244064 | $ - | | - |
| MRH | Bank of America | 8666813090 | 1,062,214 | 131,278 | 1,193,492 |
| MRH | Bank of America | 004675283973 | 91,734 | (67,410) | 24,324 |
| MRH | Bank of America | 004671629023 | 769,346 | (1,234,939) | (465,593) |
| MRH | Bank of America | 004677063324 | 72 | (113,037) | (112,965) |
| MRH | Bank of America | 004675718082 | 518,328 | (316,587) | 201,741 |
| MRH | Bank of America | 004675718118 | 74 | 1,967 | 2,041 |
| MRH | Depository: DIP | 3755513768 | 448,702 | - | 448,702 |
| MRH | Employee Payroll: DIP | 3755513726 | 100 | | 100 |
| MRH | Accounts Payable: DIP | 3755513742 | 100 | | 100 |
| MRH | Tax & Benefit: DIP | 3755513739 | 100 | | 100 |
| MRH | Senior Friends: DIP | 3755513755 | - | - | - |
| MRH | Petty Cash | | | 6,730 | 6,730 |
| | | **MRH Total** | $ 2,890,770 | $ (1,591,998) | $ 1,298,772 |
| | | | | | |
| PGH | Dep Acct #1 - Bank of America Depository/AP | 03838-01558 | $ 374,534 | $ (98,907) | 275,627 |
| PGH | Dep Acct #3 - Bank of America Merchant | 03835-01583 | 51,285 | 206 | 51,491 |
| PGH | Payroll Account Bank of America | 03834-01630 | 161,568 | (3,350) | 158,218 |
| PGH | Deposit Account 401K - Bank of America | 03832-60003 | 50 | | 50 |
| PGH | DIP AP | 3755513836 | 100 | | 100 |
| PGH | DIP Payroll Account | 3755513810 | 100 | | 100 |
| PGH | DIP Dep Acct | 3755513849 | 22,328 | 41 | 22,369 |
| PGH | DIP PR Taxes & Benefits | 3755513823 | 100 | | 100 |
| PGH | Petty Cash | | - | 970 | 970 |
| | | **PGH Total** | $ 610,065 | $ (101,040) | $ 509,025 |
| | | | | | |
| PHV | 1st Commerce Payroll & Benefits | 1205079 | 780 | | 780 |
| PHV | Bank of America AP (GL #10000.0182) | 4671629049 | 495,972 | (369,901) | 126,071 |
| PHV | Bank of America (GL #10010.0000) | 52841641 | - | 75,746 | 75,746 |
| PHV | Bank of America PR (GL #10022.0000) | 4675718260 | 163,788 | (160,554) | 3,234 |
| PHV | Benefits & Taxes (GL #10024.0000) | 4677064815 | 717,450 | (373,904) | 343,546 |
| PHV | City National Bank | 410049244 | 11,378 | | 11,378 |
| PHV | Bank of America DIP Deposit (GL #10000.0187) | 3755513807 | 684,408 | - | 684,408 |
| PHV | Bank of America DIP AP (GL #10000.0183) | 3755513797 | 100 | - | 100 |
| PHV | Bank of America DIP PR (GL #10022.0005) | 3755513771 | 100 | - | 100 |
| PHV | Bk of Am DIP Benefits & Taxes (GL #10024.0005) | 3755513784 | 100 | - | 100 |
| PHV | Petty Cash (GL #10040.0000-0400) | | - | 2,540 | 2,540 |
| | | **PHV Total** | $ 2,074,076 | $ (826,073) | $ 1,248,003 |
| | | | | | |
| | | **GRAND TOTAL** | $ 13,475,808 | $ (3,529,447) | $ 9,946,361 |

| CASE NUMBER: 02-2250 | Accrual Basis - 6 |
| --- | --- |
| JUDGE: S. Martin Teel, Jr. | PERIOD: April 1 - 30, 2003 |

**PAYMENTS TO INSIDERS AND PROFESSIONALS - SUMMARY**

| INSIDERS | | | | Apr-03 | |
| --- | --- | --- | --- | --- | --- |
| | ENTITY | NAME | TYPE OF PAYMENT | AMOUNT PAID IN PERIOD | TOTAL PAID TO DATE |
| 1 | DCHC | Paul R Tuft | Salary Advance | $ 64,058 | $ 320,317 |
| 2 | DCHC | Steven L Dietlin | Payroll | 28,103 | 154,567 |
| 3 | DCHC | Erich Mounce | Payroll | 26,760 | 144,841 |
| 4 | DCHC | Donna L. Talbot | Payroll | 25,038 | 105,924 |
| 5 | DCHC | Susan Engelhard | Payroll | | 33,547 |
| 6 | DCHC | Dave Denslaw | Payroll | 12,515 | 68,832 |
| 7 | DCHC | Sandra Dorcey | Payroll | | 9,158 |
| 8 | DCHC | Mark Engelhard | Payroll | | 10,396 |
| 9 | DCHC | Sharon Kirsch | Payroll | | 4,165 |
| 10 | DCHC | Paul R Tuft | Payroll | | 3,441 |
| 11 | DCHC | Alan Tuft | Payroll | | 16,191 |
| 12 | DCHC | Erich Mounce | Loan Forgiveness | | 8,802 |
| 13 | DCHC | Susan Engelhard | Loan Forgiveness | | 2,507 |
| 14 | DCHC | Donna L. Talbot | Loan Forgiveness | | 2,341 |
| 15 | DCHC | Alan Tuft | Expense Reimbursement | | 867 |
| 16 | DCHC | Paul R Tuft | Expense Reimbursement | 16,575 | 58,998 |
| 17 | DCHC | Donna L. Talbot | Expense Reimbursement | 415 | 6,535 |
| 18 | DCHC | Dave Denslaw | Expense Reimbursement | | 320 |
| 19 | DCHC | Steven L Dietlin | Expense Reimbursement | 4,011 | 4,011 |
| 20 | DCHC | Susan Engelhard | Expense Reimbursement | | 153 |
| 21 | DCHC | Erich Mounce | Expense Reimbursement | 2,641 | 31,708 |
| 22 | DCHC | Dave Denslaw | Section 125 Reimbursement | | 99 |
| 23 | DCHC | Sandra Dorcey | Section 125 Reimbursement | | 800 |
| 24 | DCHC | Sharon Kirsch | Section 125 Reimbursement | | 338 |
| 25 | DCHC | Mark Engelhard | Section 125 Reimbursement | | 1,100 |
| 26 | DCHC | Donna L. Talbot | Section 125 Reimbursement | | 1,800 |
| 27 | DCHC | Erich Mounce | Section 125 Reimbursement | 3,000 | 3,546 |
| 28 | DCHC | Susan Engelhard | Section 125 Reimbursement | | 17 |
| | DCHC | TOTAL | DCHC Total $ | 183,117 | $ 995,321 |
| 1 | GSE | Karen Dale | Payroll | $ 26,987 | $ 149,530 |
| 2 | GSE | Ron Davis | Payroll | 15,832 | 87,709 |
| 3 | GSE | Ana Raley | Payroll | - | 20,017 |
| 4 | GSE | Karen Dale | Expense Reimbursement | 258 | 1,656 |
| 5 | GSE | Ana Raley | Expense Reimbursement | | 35 |
| 6 | GSE | Ana Raley | Section 125 Reimbursement | | 1,150 |
| | GSE | TOTAL | GSE Total $ | 43,077 | $ 260,097 |
| 1 | MRMC | Enrique Beckmann | Payroll | $ 25,000 | $ 133,752 |
| 2 | MRMC | John Cookinham | Expense Reimbursement | 255 | 305 |
| 3 | MRMC | John Cookinham | Payroll | 16,154 | 85,361 |
| | MRMC | TOTAL | MRMC Total $ | 41,409 | $ 219,418 |
| 1 | PGH | Alan Tuft | Payroll | | $ 67,807 |
| 2 | PGH | Larry McFarland | Payroll | 10,000 | 44,616 |
| 3 | PGH | Alan Tuft | Consulting Fees | 20,833 | 41,666 |
| 4 | PGH | Alan Tuft | Expense Reimbursement | 7,696 | 12,703 |
| | PGH | TOTAL | PGH Total $ | 38,529 | $ 166,792 |
| 1 | PHV | Ermanno Mariani | Payroll | $ 25,750 | $ 120,096 |
| 2 | PHV | Casey Fatch | Payroll | 19,461 | 88,075 |
| 3 | PHV | John Wilker | Payroll | 12,692 | 63,460 |
| 4 | PHV | Tina Fatch | Payroll | 5,468 | 32,809 |
| 5 | PHV | Christopher Moore | Payroll | 4,615 | 27,691 |
| 6 | PHV | Julie Boyko | Payroll | 3,612 | 21,252 |
| 7 | PHV | Alex Boyko | Payroll | 3,313 | 19,981 |
| 8 | PHV | Lisa Mariani | Payroll | 3,138 | 18,815 |
| 9 | PHV | Ermanno Mariani | Expense Reimbursement | 824 | 3,097 |
| 10 | PHV | Casey Fatch | Expense Reimbursement | 1,889 | 6,464 |
| 11 | PHV | John Wilker | Expense Reimbursement | 250 | 859 |
| 12 | PHV | Tina Fatch | Expense Reimbursement | 1,695 | 1,971 |
| 13 | PHV | Chris Moore | Expense Reimbursement | | 42 |
| | | | PHV Total $ | 82,707 | $ 404,612 |
| **TOTAL PAYMENTS TO INSIDERS** | | | | **$ 388,839** | **$ 2,046,240** |

CASE NUMBER: 02-2250
JUDGE: S. Martin Teel, Jr.

Accrual Basis - 6

April 1 - 30, 2003

## PROFESSIONALS

| ENTITY | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT PAID DURING APRIL | TOTAL PAID TO DATE |
|---|---|---|---|---|
| DCHC | Cooper, Elliot | 1/25/2003 | 2,100 | $ 11,994 |
| DCHC | Rhiel and Assoc. | 1/25/2003 | 2,593 | 9,446 |
| DCHC | Navigant Consulting | 1/25/2003 | 85,478 | 277,030 |
| DCHC | Weil, Gotshal | 1/25/2003 | 322,629 | 1,200,131 |
| DCHC | Akin, Gump, Strauss | 1/25/2003 | 170,480 | 538,985 |
| DCHC | Cain Brothers | 1/25/2003 | 350,252 | 350,252 |
| DCHC | Huron Consulting | 1/25/2003 | 121,216 | 842,183 |
| DCHC | Pepper, Hamilton | 1/25/2003 | 124,730 | 267,546 |
| * Not including retainers which pursuant to court order were applied to first payments made. | | | | - |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | $ 1,179,478 | $ 3,497,567 |

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| # | ENTITY | NAME OF CREDITOR | AMOUNT PAID DURING APRIL | TOTAL UNPAID POST-PETITION |
|---|---|---|---|---|
| **CAPITAL LEASES** | | | | |
| 1 | PHV | Continental Leasing | | 42,928 |
| 2 | PHV | DVI Financial | | 15,143 |
| 3 | PHV | Newcourt Leasing | | 9,439 |
| 4 | PHV | Datex Ohmeda | | 3,149 |
| 5 | PHV | Wells Fargo Financial | | 2,238 |
| 6 | PHV | OTC Financial | | 2,069 |
| 7 | PHV | Citicorp Vendor Finance | | 1,741 |
| 8 | PHV | ADT Security | 1,540 | 1,540 |
| 9 | PHV | Information Leasing | | 1,044 |
| 10 | PHV | General Funding | | 836 |
| | | **PHV Total** | $ 1,540 | $ 80,127 |
| 1 | MRH | GE Healtchare Financial | 18,404 | |
| 2 | MRH | Savin Credit Corp | 13,150 | |
| 3 | MRH | Inland Commercial | | |
| 4 | MRH | CM Financial | 4,094 | |
| 5 | MRH | Omnicell | 21,510 | 11,255 |
| 6 | MRH | Roman Ortiz (Clinic Rental) | - | |
| | | **MRH Total** | $ 57,158 | $ 11,255 |
| 1 | PGH | Wells Fargo Leasing-Copy machines | - | 2,221 |
| 2 | PGH | Citicorp Vendor Finance - Telephone system | - | 3,202 |
| 3 | PGH | Ford Credit - Vans | - | - |
| 4 | PGH | GE Capital - Copy machine | - | - |
| 5 | PGH | Priority Mailing - Postage Machine | - | 226 |
| | | **PGH Total** | $ - | $ 5,649 |
| 1 | GSE | Arch Wirless | 270 | - |
| 2 | GSE | Abbott Diagnostic | | - |
| 3 | GSE | Beckman Coulter | 10,203 | |
| 4 | GSE | Commonwealth Digital | 9,625 | |
| 5 | GSE | Dupty | 681 | |
| 6 | GSE | DVI Strategic Partner Group | | - |
| 7 | GSE | Ford Motor Credit Company | 678 | 678 |
| 8 | GSE | Freedom Medical | 11,442 | 12,823 |
| 9 | GSE | Gaymar | | 2,740 |
| 10 | GSE | G. E. Health Financial Services | 13,004 | 13,004 |
| 11 | GSE | G. E. Health Financial Services | | |
| 12 | GSE | Med One Capital | | 6,625 |
| 13 | GSE | Radiometer | | 3,438 |
| 14 | GSE | Seaway | 30,000 | 30,000 |
| 15 | GSE | Specialized Orthopedic Services | | 500 |
| | | **GSE Total** | $ 75,903 | $ 69,808 |
| **TOTAL** | | | $ 134,601 | $ 166,839 |

Note: Debtor reserves the right to challenge characterization of leases and amounts due.



| CASE NAME: | Hadley Memorial Hospital |
|---|---|
| CASE NUMBER: | 02-2248 |

ACCRUAL BASIS - 7

PERIOD:   April 1 - 30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | | X |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | | X |
| 10. Are any amounts owed to postpetition creditors delinquent? | | X |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**

2. Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.

3. In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.

| CASE NAME: | Doctors Community Healthcare Corporation |
|---|---|
| CAS were modified. Sc | 02-2249 |

ACCRUAL BASIS - 7

PERIOD:   April 1 - 30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | | X |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | | X |
| 10. Are any amounts owed to postpetition creditors delinquent? | X | |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**

2. Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.

3. In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.

10. Certain ordinary course professionals have not been paid. Payments to be made pending court order authorizing payments.

| CASE NAME: | Greater Southeast Community Hospital Corporation I |
|---|---|
| CASE NUMBER: | 02-2250 |

ACCRUAL BASIS - 7

PERIOD:    April 1 - 30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | X | |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | | X |
| 10. Are any amounts owed to postpetition creditors delinquent? | X | |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**

2. Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.

3. In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.

4. In accordance with court order, certain prepetition liability payments were made to Healthcare Management Resources.

10. Lease obligations will become current during the month of May.

| CASE NAME: | Michael Reese Hospital and Medical Center |
|---|---|
| CASE NUMBER: | 02-2251 |

ACCRUAL BASIS - 7

PERIOD:    April 1 - 30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | X | |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | | X |
| 10. Are any amounts owed to postpetition creditors delinquent? | | X |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**

2. Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.

3. In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.

4. In accordance with court order, certain prepetition liability payments were made to Healthcare Management Resources.

| CASE NAME: | Pine Grove Hospital |
| CASE NUMBER: | 02-2252 |

ACCRUAL BASIS - 7

PERIOD:   April 1 - 30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | | X |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | X | |
| 10. Are any amounts owed to postpetition creditors delinquent? | X | |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**
2.   Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.
3.   In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.
9.   City of Los Angeles business tax for 2003:  $62,730.00 due 4/14/03.  Will pay prorated portion applicable to pre-closure period by the end of May, or $26,137.50.
10.  Lease payments for Wells Fargo Leasing, Citicorp Vendor Finance , and Priority Mailing Systems were paid first week of May. All lease payments will be current for the month of May.

| CASE NAME: | Pacifica of the Valley Hospital |
| CASE NUMBER: | 02-2253 |

ACCRUAL BASIS - 7

PERIOD:   April 1-30, 2003

**QUESTIONNAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | See Below | |
| 3. Are any postpetition receivables (Accounts, Notes, or Loans) due from related parties? | X | |
| 4. Have any payments been made on prepetition liabilities this reporting period? | | X |
| 5. Have any postpetition loans been received by the debtor from any party? | | X |
| 6. Are any postpetition payroll taxes past due? | | X |
| 7. Are any postpetition state or federal income taxes past due? | | X |
| 8. Are any postpetition real estate taxes past due? | | X |
| 9. Are any postpetition taxes past due? | | X |
| 10. Are any amounts owed to postpetition creditors delinquent? | X | |
| 11. Have any prepetition taxes been paid during the reporting period? | | X |
| 12. Are any wage payments past due? | | X |

**Details to "Yes" Answers Above:**
2.   Pursuant to Court Order dated Nov. 21, 2002, the Debtor was granted authority to maintain existing bank accounts.
3.   In accordance with the Debtor's cash management system and as approved by Court Order dated Nov. 21, 2002, funds are transferred between the parent and subsidiaries in the ordinary course of business.
10.  Most lease payments were not paid for April, but will be brought current for May.
     No other post-petition creditors are delinquent.

| CASE NAME: | Greater Southeast Community Hospital Corporation I |
|---|---|
| CASE NUMBER: | 02-2250 |

ACCRUAL BASIS - 7

PERIOD:   April 1 - 30, 2003

**INSURANCE**

| | YES | NO |
|---|---|---|
| 1. Are worker's compensation, general liability and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments paid current? | X | |
| 3. Please itemize policies on the attached schedule. | | |

| INSTALLMENT PAYMENTS | | | | |
|---|---|---|---|---|
| Entity | Type of Policy | Carrier | Period Covered | Payment Amount & Frequency |
| | | | | |
| *See page 15 of this monthly operating report for a description of insurance coverages.* | | | | |
| | | | | |

**DOCTORS COMMUNITY HEALTHCARE CORPORATION**

## Insurance Payment Breakdown

| Policy Type | Facility | Carrier/Finance Company | Effective Date | Expiration Date | Date Final Payment Due | Premium | Finance Charge/Credit | Total | Paid to Date | Balance Due | Date of Down Payment | Down Payment Amount | Date of Last Payment | Amount of Last Payment | Next Payment Due | Amount of Next Payment | 2nd Payment Due | Amount of 2nd Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Liability & Property - Corporate Package (AZ & CA) | DCHC | Hartford | 09/27/2002 | 09/27/2003 | n/a | $3,079.00 | $0.00 | $3,079.00 | $3,079.00 | $0.00 | n/a | n/a | 11/11/02 | $3,079.00 | 09/27/03 | $0.00 | 09/27/04 | $0.00 |
| Property Insurance | GSE | A.I. Credit Corporation | 10/15/2002 | 10/15/2003 | 07/15/2003 | $163,403.84 | $2,498.13 | $165,901.97 | $121,417.88 | $44,484.09 | 11/01/02 | $32,737.50 | 04/14/03 | $14,828.03 | 05/15/03 | $14,828.03 | 06/15/03 | $14,828.03 |
| | Hadley | A.I. Credit Corporation | 10/15/2002 | 10/15/2003 | 07/15/2003 | $45,144.17 | $690.17 | $45,834.34 | $33,971.92 | $11,862.42 | 11/01/02 | $8,730.00 | 04/14/03 | $3,954.14 | 05/15/03 | $3,954.14 | 06/15/03 | $3,954.14 |
| | MR | A.I. Credit Corporation | 10/15/2002 | 10/15/2003 | 07/15/2003 | $287,757.76 | $4,399.27 | $292,157.03 | $215,051.30 | $77,105.73 | 11/01/02 | $56,745.00 | 04/14/03 | $25,701.91 | 05/15/03 | $25,701.91 | 06/15/03 | $25,701.91 |
| | Pacifica | A.I. Credit Corporation | 10/15/2002 | 10/15/2003 | 07/15/2003 | $485,016.94 | $7,414.99 | $492,431.93 | $358,979.69 | $133,452.24 | 11/01/02 | $98,212.50 | 04/14/03 | $44,484.08 | 05/15/03 | $44,484.08 | 06/15/03 | $44,484.08 |
| | Pine Grove | A.I. Credit Corporation | 10/15/2002 | 10/15/2003 | 07/15/2003 | $109,913.12 | $1,680.36 | $111,593.48 | $81,937.43 | $29,656.05 | 11/01/02 | $21,825.00 | 04/14/03 | $9,885.35 | 05/15/03 | $9,885.35 | 06/15/03 | $9,885.35 |
| Directors & Officers/EPL | DCHC | AI Credit Corp | 11/21/2001 | 11/21/2002 | n/a | $193,887.00 | $2,712.88 | $196,599.88 | $196,599.88 | $0.00 | n/a | n/a | n/a | $145,415.00 | | | | |
| Fiduciary Liability - Master | DCHC | National Union | 11/16/2001 | 11/16/2002 | n/a | $12,000.00 | $0.00 | $12,000.00 | $12,000.00 | $0.00 | n/a | n/a | n/a | $9,000.00 | This is an extension policy for reporting claims in the year 2002. | | | |
| Crime Policy - Master | DCHC | Hartford | 11/24/2001 | 11/24/2004 | n/a | $67.58 | $0.00 | $67.58 | $67.58 | $0.00 | n/a | n/a | 02/27/02 | $67.58 | 11/24/03 | $2,205.60 | 11/24/04 | $0.00 |
| | GSE | Hartford | 11/24/2001 | 11/24/2004 | n/a | $2,060.24 | $0.00 | $2,060.24 | $2,060.24 | $0.00 | n/a | n/a | 02/27/02 | $2,060.24 | 11/24/03 | $588.16 | 11/24/04 | $0.00 |
| | Hadley | Hartford | 11/24/2001 | 11/24/2004 | n/a | $515.06 | $0.00 | $515.06 | $515.06 | $0.00 | n/a | n/a | 02/27/02 | $515.06 | 11/24/03 | $2,867.28 | 11/24/04 | $0.00 |
| | MR | Hartford | 11/24/2001 | 11/24/2004 | n/a | $2,575.30 | $0.00 | $2,575.30 | $2,575.30 | $0.00 | n/a | n/a | 02/27/02 | $2,575.30 | 11/24/03 | $1,176.32 | 11/24/04 | $0.00 |
| | Pacifica | Hartford | 11/24/2001 | 11/24/2004 | n/a | $1,030.12 | $0.00 | $1,030.12 | $1,030.12 | $0.00 | n/a | n/a | 02/27/02 | $1,030.12 | 11/24/03 | $387.60 | 11/24/04 | $0.00 |
| | Pine Grove | Hartford | 11/24/2001 | 11/24/2004 | n/a | $367.90 | $0.00 | $367.90 | $367.90 | $0.00 | n/a | n/a | 02/27/02 | $367.90 | 11/24/03 | $147.04 | 11/24/04 | $0.00 |
| Workers Comp - AZ | Corp. | SCF of Arizona | 01/01/2003 | 01/01/2004 | 12/15/2003 | $12,648.00 | $0.00 | $12,648.00 | $5,269.00 | $7,379.00 | 01/02/03 | $2,418.00 | 03/31/03 | $947.00 | 05/15/03 | $2,198.93 | 06/15/03 | $1,045.00 |
| Workers Comp - GSE/MR/Hadley | GSE | Travelers | 01/01/2003 | 01/01/2004 | 10/01/2003 | $1,320,160.00 | $0.00 | $1,320,160.00 | $953,198.80 | $366,961.20 | 01/13/03 | $415,153.46 | 03/31/03 | $183,480.60 | 07/01/03 | $183,480.60 | 10/01/03 | $183,480.60 |
| | Hadley | Travelers | 01/01/2003 | 01/01/2004 | 10/01/2003 | $226,000.00 | $0.00 | $226,000.00 | $164,839.80 | $61,160.20 | 01/13/03 | $71,070.69 | 03/31/03 | $30,580.10 | 07/01/03 | $30,580.10 | 10/01/03 | $30,580.10 |
| | MR | Travelers | 01/01/2003 | 01/01/2004 | 10/01/2003 | $653,835.00 | $0.00 | $653,835.00 | $470,354.40 | $183,480.60 | 01/13/03 | $205,812.85 | 03/31/03 | $91,740.30 | 07/01/03 | $91,740.30 | 10/01/03 | $91,740.30 |
| Workers Comp - Pacifica/Pine Grove | Pacifica | State Fund - Kaiser | 01/01/2003 | 01/01/2004 | 12/31/2003 | $1,920,491.00 | $0.00 | $1,920,491.00 | $797,999.41 | $1,122,491.59 | 01/31/03 | $230,459.00 | 05/14/03 | $190,119.58 | 04/30/03 | $190,119.58 | 05/31/03 | $190,119.58 |
| | Pine Grove | State Fund - Kaiser | 01/01/2003 | 01/01/2004 | 12/31/2003 | $144,690.00 | $0.00 | $144,690.00 | $76,256.89 | $68,433.11 | 01/31/03 | $17,363.00 | 05/14/03 | $18,230.60 | 04/30/03 | $18,230.60 | 05/31/03 | $18,230.60 |
| Professional | GSE | AFCO | 01/01/2003 | 01/01/2004 | 08/01/2003 | $2,699,791.38 | $28,875.79 | $2,728,667.17 | $1,964,207.02 | $764,460.15 | 01/31/03 | $944,926.84 | 04/30/03 | $254,820.05 | 06/01/03 | $254,820.05 | 07/01/03 | $254,820.05 |
| | Hadley | AFCO | 01/01/2003 | 01/01/2004 | 08/01/2003 | $122,717.78 | $1,312.54 | $124,030.33 | $89,282.14 | $34,748.19 | 01/31/03 | $42,951.22 | 04/30/03 | $11,582.73 | 06/01/03 | $11,582.73 | 07/01/03 | $11,582.73 |
| | MR | AFCO | 01/01/2003 | 01/01/2004 | 08/01/2003 | $3,006,585.86 | $32,157.13 | $3,038,742.98 | $2,187,412.37 | $851,330.61 | 01/31/03 | $1,052,304.89 | 04/30/03 | $283,776.87 | 06/01/03 | $283,776.87 | 07/01/03 | $283,776.87 |
| | Pacifica | AFCO | 01/01/2003 | 01/01/2004 | 08/01/2003 | $184,078.69 | $1,966.80 | $186,045.49 | $133,923.22 | $52,122.27 | 01/31/03 | $64,426.83 | 04/30/03 | $17,374.09 | 06/01/03 | $17,374.09 | 07/01/03 | $17,374.09 |
| | Pine Grove | AFCO | 01/01/2003 | 01/01/2004 | 08/01/2003 | $122,717.79 | $1,312.54 | $124,030.33 | $89,282.14 | $34,748.19 | 01/31/03 | $42,951.22 | 04/30/03 | $11,582.73 | 06/01/03 | $11,582.73 | 07/01/03 | $11,582.73 |
| Professional/Umbrella Service Fees | GSE | WLS | 02/01/2003 | 01/01/2004 | 01/01/2004 | $87,120.00 | $0.00 | $87,120.00 | $31,680.00 | $55,440.00 | n/a | n/a | 04/29/03 | $8,010.00 | 06/01/03 | $8,010.00 | 07/01/03 | $8,010.00 |
| | Hadley | WLS | 02/01/2003 | 01/01/2004 | 01/01/2004 | $3,960.00 | $0.00 | $3,960.00 | $1,440.00 | $2,520.00 | n/a | n/a | 04/29/03 | $450.00 | 06/01/03 | $450.00 | 07/01/03 | $450.00 |
| | MR | WLS | 02/01/2003 | 01/01/2004 | 01/01/2004 | $97,020.00 | $0.00 | $97,020.00 | $35,280.00 | $61,740.00 | n/a | n/a | 04/29/03 | $8,910.00 | 06/01/03 | $8,910.00 | 07/01/03 | $8,910.00 |
| | Pacifica | WLS | 02/01/2003 | 01/01/2004 | 01/01/2004 | $5,940.00 | $0.00 | $5,940.00 | $2,160.00 | $3,780.00 | n/a | n/a | 04/29/03 | $630.00 | 06/01/03 | $630.00 | 07/01/03 | $630.00 |
| Risk Consulting Services | GSE | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $31,944.00 | $0.00 | $31,944.00 | $11,616.00 | $20,328.00 | n/a | n/a | 04/29/03 | $2,937.00 | 06/01/03 | $2,937.00 | 07/01/03 | $2,937.00 |
| | Hadley | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $1,452.00 | $0.00 | $1,452.00 | $528.00 | $924.00 | n/a | n/a | 04/29/03 | $165.00 | 06/01/03 | $165.00 | 07/01/03 | $165.00 |
| | MR | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $35,574.00 | $0.00 | $35,574.00 | $12,936.00 | $22,638.00 | n/a | n/a | 04/29/03 | $3,267.00 | 06/01/03 | $3,267.00 | 07/01/03 | $3,267.00 |
| | Pacifica | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $2,178.00 | $0.00 | $2,178.00 | $792.00 | $1,386.00 | n/a | n/a | 04/29/03 | $231.00 | 06/01/03 | $231.00 | 07/01/03 | $231.00 |
| Claim Advocacy Services | GSE | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $42,592.00 | $0.00 | $42,592.00 | $15,488.00 | $27,104.00 | n/a | n/a | 04/29/03 | $3,916.00 | 06/01/03 | $3,916.00 | 07/01/03 | $3,916.00 |
| | Hadley | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $1,936.00 | $0.00 | $1,936.00 | $704.00 | $1,232.00 | n/a | n/a | 04/29/03 | $220.00 | 06/01/03 | $220.00 | 07/01/03 | $220.00 |
| | MR | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $47,432.00 | $0.00 | $47,432.00 | $17,248.00 | $30,184.00 | n/a | n/a | 04/29/03 | $4,356.00 | 06/01/03 | $4,356.00 | 07/01/03 | $4,356.00 |
| | Pacifica | Gallagher | 02/01/2003 | 01/01/2004 | 01/01/2004 | $2,904.00 | $0.00 | $2,904.00 | $1,056.00 | $1,848.00 | n/a | n/a | 04/29/03 | $308.00 | 06/01/03 | $308.00 | 07/01/03 | $308.00 |
| Auto | GSE | AFCO | 02/01/2003 | 02/01/2004 | 09/01/2003 | $21,910.00 | $239.12 | $22,149.12 | $13,697.73 | $8,451.39 | 01/31/03 | $7,835.13 | 04/30/03 | $7,835.13 | 06/01/03 | $2,112.85 | 07/01/03 | $2,112.85 |
| | Hadley | AFCO | 02/01/2003 | 02/01/2004 | 09/01/2003 | $11,252.00 | $126.59 | $11,378.59 | $6,904.33 | $4,474.26 | 01/31/03 | $4,148.01 | 04/30/03 | $4,148.01 | 06/01/03 | $1,118.57 | 07/01/03 | $1,118.57 |
| | MR | AFCO | 02/01/2003 | 02/01/2004 | 09/01/2003 | $54,597.00 | $576.69 | $55,173.69 | $34,790.94 | $20,382.76 | 01/31/03 | $18,898.49 | 04/30/03 | $18,898.49 | 06/01/03 | $5,095.69 | 07/01/03 | $5,095.69 |
| | Pacifica | AFCO | 02/01/2003 | 02/01/2004 | 09/01/2003 | $17,748.00 | $182.85 | $17,928.85 | $11,466.03 | $6,462.83 | 01/31/03 | $5,991.57 | 04/30/03 | $5,991.57 | 06/01/03 | $1,615.71 | 07/01/03 | $1,615.71 |
| | Pine Grove | AFCO | 02/01/2003 | 02/01/2004 | 09/01/2003 | $26,177.00 | $281.31 | $26,458.31 | $16,515.51 | $9,942.81 | 01/31/03 | $9,217.60 | 04/30/03 | $9,217.60 | 06/01/03 | $2,485.70 | 07/01/03 | $2,485.70 |
| | | | | | | 12,212,295.52 | 86,429.15 | 12,298,834.65 | 8,175,981.01 | 4,122,713.68 | | 3,353,977.00 | | 1,438,687.35 | | 1,247,820.62 | | 1,235,014.67 |

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 JUN -2 P 5: 34

RECEIVED