WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

FILED IN
JOHN MARSHALL DROP BOX

FILED

JUN - 2 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

-------------------------------------------------------------------x

In re:                                                :

GREATER SOUTHEAST COMMUNITY          :        Case No.
HOSPITAL CORPORATION I, et al.,              :        02- 2250 (SMT)
                                                      :        Jointly Administered
            Debtors.                          :        (Chapter 11)
                                                      :

-------------------------------------------------------------------x

### STIPULATION REGARDING RESCHEDULED RESPONSE DATE FOR GENERAL ELECTRIC COMPANY'S MOTION TO LIFT STAY

PLEASE TAKE NOTICE that the Debtor and counsel for General Electric Company have agreed that the time for the Debtors and the Joint Committee of Unsecured Creditors to file objections to the Motion of General Electric Company for Relief from the Automatic Stay has been extended until **June 10, 2003.**

Dated: June 2, 2003
       Washington, D.C.

Respectfully Submitted,

Peter D. Isakoff (D.C. Bar No, 358419)
Holly E. Loiseau (D.C. Bar 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
(202) 682-7000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

779

DC1:\149144\01\372W01!.DOC\41776.0003

Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION


_Conrad K. Chiu_

Conrad K. Chiu, Esq.
685 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 297-5800
ATTORNEYS FOR GENERAL
ELECTRIC COMPANY

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **STIPULATION REGARDING RESCHEDULED RESPONSE DATE FOR GENERAL ELECTRIC COMPANY'S MOTION TO LIFT STAY** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on June 2, 2003.

Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

Conrad K. Chiu, Esq.  
Pitney, Hardin, Kipp & Szuch LLP  
685 Third Avenue  
New York, NY 10017-4024

cchiu@pitneyhardin.com

Sam J. Alberts, Esq.  
Jonathan Gold, Esq.  
Akin, Gump, Strauss, Hauer, & Feld  
1333 New Hampshire Avenue, N.W.  
Suite 400  
Washington, D.C. 20001  
(Counsel for the Joint Committee of  
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 JUN -2  P 5: 35

RECEIVED.