**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **GREATER SOUTHEAST** | * | Case Nos. 02-2250 (SMT) |
| **COMMUNITY HOSPITAL** | * | |
| **CORPORATION I, et al.,** | * | (Chapter 11)      **FILED** |
| | * | |
| | * | |
| Debtor. | * | **JUN - 2 2003** |
| | * | |
| * * * * * * * * * | * * * * * * | Denise H. Curtis, Clerk<br>U.S. Bankruptcy Court for D.C. |

## NOTICE OF FIRST APPLICATION OF NAVIGANT CONSULTING, INC. FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE JOINT COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>DECEMBER 5, 2002 THROUGH MARCH 31, 2003</u>

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY PROVIDED that the firm of Navigant Consulting, Inc. has filed its First Application for Interim Compensation for Services Rendered as Financial Advisor to the Joint Committee of Unsecured Creditors for the Period of December 5, 2002 through March 31, 2003. The Applicant seeks Interim Allowance of Compensation in the amount of $391,682.75 for services rendered and $22,712.66 for reimbursement of out-of-pocket expenses for the period of December 5, 2002 through March 31, 2003.

The above Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 4400 U.S. Cthse, 333 Constitution Ave. NW, Washington, DC. 20001, during normal business hours.  Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the United States Bankruptcy Court, 4400 U.S. Cthse, 333 Constitution Ave. NW Washington, DC. 20001, within twenty (20) days of the date of this notice.  A copy of the objection should be served upon

1

Neil H. Demchick, Navigant Consulting, Inc., 2 North Charles Street - Suite 200, Baltimore, MD 21201, and upon the Assistant U.S. Trustee, 901 E. St., NW., Ste 700, Washington, DC 20530.  If any objection is filed, a hearing may be held thereon.  Furthermore, any objection may be resolved by the Court at its discretion without holding a hearing.  If no objection is filed, the Court may grant the Application without holding a hearing.

Dated: 6/2/03



Neil H. Demchick, Managing Director
Navigant Consulting, Inc.
2 North Charles Street, Suite 400
Baltimore, MD 21201
(410)454-6820

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| **GREATER SOUTHEAST** | * Case Nos. 02-2250 (SMT0 |
| **COMMUNITY HOSPITAL** | * |
| **CORPORATION I, et al.,** | * (Chapter 11) |
| | * |
| | * |
| Debtor. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

JUN - 2 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2nd_ day of _June_____, 2003, a copy of the

foregoing Application was mailed, first-class, postage prepaid, to all of the parties on the attached

service list.


Neil H. Demchick, Managing Director
Navigant Consulting, Inc.
2 North Charles Street, Suite 400
Baltimore, MD 21201
(410)454-6820

## PAPER AND ELECTRONIC SERVICE LIST

Any and all of the Debtors
c/o Doctors Community Healthcare Corp.
6730 North Scottsdale Rd., Ste. 290
Scottsdale, AZ 85253
pleadings@doctorscommunity.com

Deryck A. Palmer, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Ave
New York, NY 10153
(Counsel for Debtors)
deryck.palmer@weil.com

Andrew M. Troop, Esq.
Weil Gotshall & Manges, LLP
100 Federal St.
Boston, MA 02110
(Counsel for Debtors)
andrew.troop@weil.com

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshall & Manges, LLP
1501 K Street NW, Ste. 100
Washington, DC 20005
(Counsel for Debtors)
peter.isakoff@weil.com
holly.loiseau@weil.com

B. Amon James, Esq.
Office of the U.S. Trustee
115 S. Union Street, Rm. 210
Alexandria, VA 22314
b.amon.james@usdoj.gov

Kevyn D. Orr, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave., NW
Washington, DC 20001
(Counsel for NCFE Debtors)
korr@jonesday.com

Ken Kansa, Esq.
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603
(Counsel for Medline Industries, Inc.)
kkansa@sidley.com

Guy S. Neal, Esq.
Natalie M. Kuehn, Esq.
Sidley Austin Brown & Wood, LLP
1501 K St., NW
Washington, DC 20005-1208
(Counsel for Medline Industries, Inc.)
gneal@sidley.com
nkuehn@sidley.com

Michael Bernstein, Esq.
Charles A. Malloy, Esq.
Arnold & Porter
555 12th St., NW, 7th Fl.
Washington, DC 20004
(Counsel for Health Care REIT, Inc.)
michael_bernstein@aporter.com
charles_malloy@aporter.com

David Fisher, Esq.
Corporation Counsel, DC
441 4th St., NW, 6th Floor N.
Washington, DC 20001
(Counsel for the District of Columbia)
david.fisher@dc.gov

Michael R. Goodstein, Esq.
Arter & Hadden, LLP
1801 K St., NW, Ste. 300L
Washington, DC 20015
(Counsel for Provident Bank)
michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST

Neil Demchick
Navigant Consulting
2 N. Charles St., Ste. 400
Baltimore, MD 21201
(Committee Financial Advisor)
ndemchick@navigantconsulting.com

Donald A. Workman, Esq.
Roderick B. Williams, Esq.
Foley & Lardner
Washington Harbour
3000 K St., NW, Ste. 500
Washington, DC 20007-5109
(Counsel for ComEd)
dworkman@foleylaw.com
rwilliams@foleylaw.com

Mitchell B. Weitzman, Esq.
Bean, Kinney & Korman, PC
2000 N. 14th St., Ste. 100
Arlington, VA 22201
(Counsel for Blue Cross/Blue Shield of
Arizona)
mweitzman@beankinney.com

Lester M. Kirshenbaum, Esq.
Margarita Y. Ginzburg, Esq.
Kaye Scholer LLP
New York, NY 10022
(Counsel for Official NPF VI
Subcommittee)
lkirshenbaum@kayescholer.com
mginzburg@kayescholer.com

Dennis J. Drebsky
Clifford Chance US LLP
Two Hundred Park Ave.
New York, NY 10166-0153
(Counsel for Official NPF VI
Subcommittee)
dennis.drebsky@cliffordchance.com

Haig Maghakian, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 S. Figueroa St., 30th fl.
Los Angeles, CA 90017
(Counsel for for Official NPF VI
Subcommittee)
hmaghakian@milbank.com

Kermit A. Rosenberg, Esq.
Tighe, Patton, Armstrong, Teasdale PLLC
1747 Pennsylvania Ave., NW, Ste. 300
Washington, DC 20006
(Counsel for TIG Specialty Ins. Co.)
krosenberg@tighepatton.com

Christy Hoffman, Esq.
James & Hoffman, PC
1101 17th St., NW, Ste. 510
Washington, DC 20036-4704
(Counsel for Employees Int'l Union)
choffman@jamhoff.com

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M St., NW, Ste. 800
Washington, DC 20036
(Counsel for Inland Reat Estate Group)
cby@cblhlaw.com
ctm@cblhlaw.com

Jeffrey K. Garfinkle, Esq.
Buchalter, Nemer, Fields & Younger
895 Dove St., Ste. 400
P.O. Box 8129
Newport Beach, CA 92658-8129
(Counsel for McKesson Corp.)
jgarfinkle@buchalter.com

John Dawson, Esq.
John Harris, Esq.
Quarles Brady Streich & Lang LLP
One Renaissance Sq.
Phoenix, AZ 85004-2391
(Counsel for General Electric Capital Corp.)
jdawson@quarles.com
jharris@quarles.com

William Douglas White, Esq.
McCarthy & White, PLLC
8180 Greensboro Dr., Ste. 875
McLean, VA 22102
(Counsel for PEPCO)
wdw@mcarthywhite.com

Charles R. Bennett, Jr., Esq.
Hanify & King, PC
One Beacon St.
Boston, MA 02108-3107
(Counsel for Boston Regional Medical
Center)
crb@hanify.com

Terry E. Hall, Esq.
Baker & Daniels
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46204
(Counsel for Senex Services Corp.)
tehall@bakerd.com

Lisa M. Diem, Esq.
Thompson Hine LLP
10 W. Broad St., Ste. 700
Columbus, OH 43215-3435
(Counsel for JPMorgan Chase Bank)
lisa.diem@thompsonhine.com