## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **ORDER GRANTING AUTHORITY TO SELL SUBSTANTIALLY ALL ASSETS OF PINE GROVE HOSPITAL CORPORATION FREE AND CLEAR OF ALL LIENS, INTERESTS, CLAIMS AND ENCUMBRANCES** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on June 2, 2003.

_Holly E. Loiseau_

Holly E. Loiseau

**FILED**

JUN - 2 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

**FILED**

JUN - 2 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

**FILED**

JUN - 2 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

DC1:\142748\02\325802!.DOC\41776.0003

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                         kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                       gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                        nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                              michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                         charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                      David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                                    salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                      jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                                 michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

Neil Demchick                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.

Mitchell B. Weitzman, Esq.                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.
C. Todd Marks, Esq.
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

cby@cblhlaw.com
ctm@cblhlaw.com

Margarita Ginzburg, Esq.
Lester M. Kirshenbaum, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

mginzburg@kayescholer.com
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.                           jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                              rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

Accountants Exchange Inc.
7100 Havenhurst Avenue
Suite 109
Van Nuys, CA 91404

Aetma/Megellan
300 Continental Blvd
Suite 240
El Segundo, CA 90245

Affordable Healthcare
750 Riverpoint Dr
West Sacramento, CA 95805-1625

Aim Nursing Professionals
5435 Balboa Blvd, Suite 109
Encino, CA 91316-1564

American Health Plan
2275 Research Blvd
Rockville, MD 20850-3268

ASI Flex PPO, Inc.
13737 Artesia Blvd, Suite 208
Cerritos, CA 90703-8859

Avalon Rehab
18700 Main Street, Suite 104
Huntington Beach, CA 92648-1713

Beech Street Corporation
173 Technology Drive
Irvine, CA 92618-2402

Terminix
3055 North California Street
Burbank, CA 91504

Blue Cross
P.O. Box 60007
Los Angeles, CA 90060

Blue Shield (Medicare)
6300 Canoga Avenue
Woodland Hills, CA 91387-2555

Blue Shield of California
6701 Center Drive W
Los Angeles, CA 90045-1535

California State University, Los
Angeles
5151 State University Drive
Los Angeles, CA 90032-4226

Community Care Network (CCN)
5251 Viewridge Court
San Diego, CA 92123-1646

Competent Nurses Personnel
6314 Van Nuys Blvd, Suite 216
Van Nuys, CA 91401-2625

David Kalemkiarian
5706 Mistridge Drive
Rancho Palos Verdes, CA
90275-4920

Deborah Dreyfus, PhD
23123 Ventura Blvd, Suite 203
Woodland Hills, CA 91364-1172

Delta-T Group Los Angeles, Inc.
Attn: Scott McAndrews
101 Bryn Mawr Avenue, Suite 270
Bryn Mawr, PA 19010-3123

Department of Mental Health
550 S. Vermont Avenue
Los Angeles, CA 90020-1991

Edward Schindler
10100 Melinda Way Unit 6
Northridge, CA 91325-5300

EIRAC
15458 Ventura Blvd
Suite 400
Sherman Oaks, CA 91403

Encino-Tarzana Regional Medical
Center
Tarzana, CA

EZ Staffing Inc
500 E. Olive Avenue, Suite 710
Burbank, CA 91501-2184

George Danial, D.O.
4621 Rubio Avenue
Encino, CA 91436

Global Esoteric Reference Laboratories
Inc.
21111 Oxnard Street
Woodland Hills, CA 91367-5013

Danial Grosz
18531 Roscoe Blvd, Suite 211
Northridge, CA 91362-3816

Ebrahim Hazany
150 Via Merida #2
Westlake Village, CA 91362-3816

Health Authority of Los Angeles
555 W 5th Street, 29th Floor
Los Angeles, CA  90013-1010

Health Net
P.O. Box 9103
Van Nuys, CA  91409-9103

Health Risk Management
7900 W 78th Street
Minneapolis, MN  55439-2523

Health Star, Inc.
9495 E San Salvador Drive
Scottsdale, AZ  85258-5539

Henry Mayo Newhall
27141 Hidaway Avenue, Suite 205
Canyon Country, CA  91351-4142

Heritage Provider Network
P.O. Box 7007
Lancaster, CA  93539-7007

High Desert Medical Group
1669 W Avenue J
Lancaster, CA  93534-2886

Holman Professional
21050 Vanowen Street
Canoga Park, CA  91303-2804

Integrated Support Solutions
14558 Sylvan Street
Van Nuys, CA  91411-2324

Interim Healthcare Northridge
9651 Reseda Blvd
Pamela Saffre
Northridge, CA  91324-2018

LAFMC
1925 Wilshire Blvd, Suite 310
Los Angeles, CA  90057-3604

Los Angeles Community College
District
770 Wilshire Blvd
Los Angeles, CA  90017-3856

LTB Consulting
201 Orange Grove Avenue
South Pasadenia, CA  91030-1613

Mac Daljit, MD
4152 Valley Spring Drive
Westlake Village, CA  91362-4284

Preferred Mental Health (PMHM)
2501 E Central Avenue OFC
Wichita, KS 67214-1667

Provider Contracting Blue Cross of
California
21555 Oxnard Street, 8th Floor
Woodland Hills, CA  91367-4943

R. Brent Mobile X-Ray
13429 Hawthorne Blvd, Suite #2
Hawthorne, CA  90250-5803

Arjun C. Reyes, MD
23101 Sherman Place, Suite 304
West Hills, CA  91307-2022

Ronald D. Sager, MD
16311 Ventura Blvd, Suite 1050
Encino, CA  91426

Serra Community Medical Clinic, Inc
9375 San Fernando Road
Sun Valley, CA  91352-1418

Staff Assistance, Inc.
16909 Parthenia Street, Suite 206
Northridge, CA  91343-4557q

TMP Medical Listings
47 Perimeter Center E, Suite 500
Atlanta, GA  30346-2001

TRIWEST
PO Box 80127
San Diego, CA  92138-0127

UHP Healthcare
3405 W Imperial Highway
Suite 625
Inglewood, CA  90303-2219

Universal Care
1600 E Hill Street
Signal Hill, CA  90755-3612

Managed Health Network
1600 Los Gamos Drive, Suite 300
San Rafael, CA  94903-1607

Managed Health Network
3850 N Causeway Blvd, Suite 1140
Lakeway II
Metairie, LA  70002-1752

MCC Behavioral Care
801 N Brand Blvd, Suite 1150
Glendale, CA 91203-1284

Medco Behavioral Care
400 Oyster Point Blvd, Suite 306
South San Francisco, CA 94080-1919

Memorial Behavioral Healthcare
4510 E. Pch, Suite 120
Long Beach, CA 90804

Mental Health Associates, Inc.
9696 N MO Pac Expy, Suite 500
Stonebridge Plaza
Austin, TX 78759-6546

Nat Linhardt MD
5620 Wilbur Avenue, Suite 320
Tarzana, CA 91358-1311

No. LA Regional Center
15400 Sherman Way
Suite 170
Van Nuys, CA 91406

Occupational Health Services
125 E Sir Francis Drake Blvd
Suite 300
Larkspur, CA 94939-3119

Pacificcare Behavioral Health
23946 Avenida De La Carlota
Suite 700
LaGuna Hills, CA 92653-3119

Oscar Pakier
18226 Ventura Blvd, Suite 210
Tarzana, CA 91358-4246q

Planned Behavioral Healthcare
9535 Forest Lane, Suite 110
Dallas, TX 75243-5900

US Behavioral Health
2000 Powell Street, Suite 1130
Emeryville, CA 94608-1856

USA Healthnet, Inc.
7301 N 16th Street, Suite 201
Phoenix, AZ 85020-2813

Valley Physicians Network
848 N Hollywood Way
Burbank, CA 91505-2813

Value Behavioral Health
3110 Fairview Park Drive
Falls Church, VA 22042-4503

Valuemark Pine Grove Behavioral
Healthcare System
7011 Shoup Avenue
Canoga Park, CA 91307

VERIZON
PO Box 406
Cockeysville, MD 21030-0406

Encino-Tarzana Regional Medical
Center
18321 Clark Street
Tarzana, CA 91356

Vista Behavioral Health
5750 Wilshire Blvd.
Suite 490
Los Angeles, CA 90036-3697

Terminix
860 Ridge Lake Blvd.
Memphis, TN 38120

Citicorp Vendor Finance
P.O. Box 7247-0322
Philadelphia, PA 19170

JP Morgan Chase Bank
(f/k/a The Chase Manhattan Bank)
as Trustee for NPF VI, Inc.
450 W 33rd St.
New York, New York 10001-2603

The Chase Manhattan Bank
450 W 33rd St.
New York, New York 10001-2603

JDR Capital Corporation
P.O. Box 429
317-A Delsea Dr.
Sewell, New Jersey 08080-0429

NPF Capital, Inc.
6125 Memorial Drive
Dublin, Ohio 43017-9000

NPF--LL, Inc.
6125 Memorial Drive
Dublin, Ohio 43017-9000

NPF-X, Inc.
6125 Memorial Drive
Dublin, Ohio 43017-9000

The Priority Mailing Systems, Inc.
19750 S. Vermont Ave. Ste 120
Torrance, CA 90502-114

Wells Fargo Financial Leasing
P.O. Bos 10336
Des Moines, Iowa 50306-0336

Wells Fargo Financial Leasing, Inc.
4695 MacArthur Ct. Ste 350
Newport, CA 92660-8816

Los Angeles County Tax Assessor
500 West Temple Street, Room 525
Kenneth Hahn Hall of Administration
Los Angeles, CA 90012

C1:\150118\01\37TY01!.DOC\41776.0003

4