**FILED AND ENTERED**

**JUN - 3 2003**

Denise H. Curtis, Clerk
U. S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

```
----------------------------------------------:
In re                                          :
                                               :    Chapter 11
GREATER SOUTHEAST COMMUNITY                     :
HOSPITAL CORPORATION I, et al.,                 :
                                               :    Case No. 02-2550
                                               :
             Debtors.                           :    (Jointly Administered)
                                               :
---------------------------------------------x
```

AGREED UPON ORDER GRANTING
MEDICAL FACULTY ASSOCIATES, INC.
RELIEF FROM THE AUTOMATIC STAY

At Washington, D.C. on June 2, 2003

This matter came before the Court for hearing on May 30, 2003, on the Motion for

Relief from the Automatic Stay And, In the Alternative, for Adequate Protection and for an

Order Compelling the Debtor to Assume or Reject Its Contract (the "Motion") filed by

Medical Faculty Associates, Inc. ("MFA"), and the parties having reached a resolution of

the issues raised in the Motion as announced in open court, and finding that due and

adequate notice of the Motion and the hearing on the Motion was given, that no further

notice is necessary or warranted with respect to the Motion or its resolution as embodied

herein and that good cause exists to grant the relief embodied herein, it is hereby

ORDERED that:

1.     MFA is hereby granted relief from the automatic stay to terminate its

working relationship with Greater Southeast Community Hospital ("GSECH") as

described in that certain Memorandum of Understanding ("MOU") described more fully in

the Motion;

DC1:\150611\02\387N02!.DOC\41776.0003

2.      The relationship between MFA and GSECH as described in the MOU is hereby deemed terminated effective as the close of business on May 30, 2003;

3.      Subject to the immediately following paragraph 4, MFA is hereby deemed to have waived all claims against GSECH related to amounts due and owing under the MOU;

4.      This waiver of claims by MFA does not relate to unliquidated and contingent claims against GSECH, should they arise, that do not relate to amounts due and owing for services rendered under the MOU;

5.      Any proofs of claim filed by MFA relating to claims other than those of the kind reserved by the immediately preceding paragraph 4 are hereby deemed withdrawn and disallowed.

Dated: Washington, D.C.

June 2, 2003

_____

The Honorable S. Martin Teel, Jr.
United States Bankruptcy Judge

Agreed to as to form and substance:

_____
Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

and

Andrew M. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, MA 02110
Telephone: (617) 772-8300

and

Peter D. Isakoff (D.C. Bar No. 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000

ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION

Michael D. Maloney (D.C. Bar No. 419428)
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037-1156
(202) 861-0900

ATTORNEY FOR MEDICAL FACULTY
ASSOCIATES

COPIES MAILED TO THE ABOVE NAMED
THIS 3rd DAY OF JUNE, 2003
DEPUTY CLERK

DC1:\1506110213R7N021.DOC\41776.0003

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **AGREED UPON ORDER GRANTING MEDICAL FACULTY ASSOCIATES, INC. RELIEF FROM THE AUTOMATIC STAY** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on June 2, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.  
Bank One Plaza  
Sidley, Austin, Brown & Wood LLP  
10 South Dearborn Street  
Chicago, Illinois 60603  
(Counsel for Medline Industries, Inc.)

kkansa@sidley.com

Guy S. Neal, Esq.  
Natalie Kuehn, Esq.  
Sidley, Austin, Brown & Wood LLP  
1501 K Street, N.W. Suite 600  
Washington, D.C. 20005  
(Counsel for Medline Industries, Inc.)

gneal@sidley.com

nkuehn@sidley.com

Michael L. Bernstein, Esq.  
Charles A. Malloy, Esq.  
Arnold & Porter  
555 Twelfth Street, N.W.  
Washington, D.C. 20004  
(Counsel for Health Care Reit, Inc.)

michael_bernstein@aporter.com

charles_malloy@aporter.com

David Fisher, Esq.  
Corporation Counsel, D.C.  
441 4th Street, N.W. 6th Floor North  
Washington, D.C. 20001  
(Counsel for the District of Columbia)

David.Fisher@dc.gov

Sam J. Alberts, Esq.  
Jonathan Gold, Esq.  
Akin, Gump, Strauss, Hauer, & Feld  
1333 New Hampshire Avenue, N.W.  
Suite 400  
Washington, D.C. 20001  
(Counsel for the Joint Committee of  
Unsecured Creditors)

salberts@akingump.com

jgold@akingump.com

Michael Goodstein, Esq.  
Arter & Hadden  
1801 K Street N.W. Suite 3001  
Washington, D.C. 20006  
(Counsel for Provident)

michael.goodstein@arterhadden

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                    dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                            rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                              ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102



Craig B. Young, Esq.  
C. Todd Marks, Esq.  
Connolly Bove Lodge & Hutz, LLP  
1990 M Street, N.W.  
Suite 800  
Washington, D.C. 20036

cby@cblhlaw.com  
ctm@cblhlaw.com

Margarita Ginzburg, Esq.  
Lester M. Kirshenbaum, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022

mginzburg@kayescholer.com  
lkirshenbaum@kayescholer.com

Charles R. Bennett, Jr., Esq.  
Hanify & King,  
Professional Corporation  
One Beacon Street  
Boston, MA 02108-3107

crb@hanify.com

Conrad K. Chiu, Esq.  
Pitney, Hardin, Kipp & Szuch LLP  
685 Third Avenue  
New York, NY 10017-4024

cchiu@pitneyhardin.com

Lori L. Purkey, Esq.  
Miller, Canfield, Paddock and Stone P.L.C.  
444 West Michigan Avenue  
Kalamazoo, MI 49007

purkey@millercanfield.com

Terry E. Hall, Esq.  
Baker & Daniels  
300 North Meridian Street Suite 2700  
Indianapolis, IN 46204

tehall@bakerd.com

Steven Scow, Esq.  
Sheppard, Mullin, Richter & Hampton LLP  
650 Town Center Drive, Fourth Floor  
Costa Mesa, CA 92626-1925

sscow@sheppardmullin.com

Daniel D. Doyle, Esq.  
Spencer Fane Britt & Browne LLP  
120 South Central Avenue 5th Floor  
St. Louis, Missouri 63105

ddoyle@spencerfane.com

John Cunningham, Esq.  
White & Case LLP  
200 South Biscayne Blvd  
Suite 4900  
Miami, FL 33131

jcunningham@whitecase.com

Rochelle A. Herzog  
Zimmerman, Rosenfeld, Gersh & Leeds LLP  
9107 Wilshire Boulevard Suite 300  
Beverly Hills, CA 90210-5528

rah@beverlyhillslaw.com

## PAPER SERVICE LIST
### (by first class mail and email)

Michael D. Maloney
Epstein, Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037-1156

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 JUN -2  P 5: 34

RECEIVED