CHRISTIAN L. RAISNER, State Bar No. 133839
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Avenue, Suite 1400
Oakland, California 94612
Telephone (510) 839-6600

Attorneys for Creditor
SEIU, Social Services Union Local 535

**FILED**

**JUN 0 3 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLUMBIA

In re                                    )   Case No. 02-2250 SMT
                                         )   Jointly Administered
GREATER SOUTHEAST COMMUNITY             )        (Chapter 11)
HOSPITAL CORPORATION, et al.            )
                                         )   **REQUEST FOR ELECTRONIC**
            Debtors.                     )   **SERVICE**
_____)

On or about May 2?, 2003, the undersigned filed an appearance and request for notice in this case pursuant to the Federal Rules of Bankruptcy Procedure on behalf of Service Employees International Union, Social Services Union Local 535. The undersigned acknowledges having received a copy of the Order Establishing Notice Procedures, dated January 21, 2003 (the "Order"),[1] and agrees that the only way the undersigned will receive notice of Pleadings filed in this case is by electronic (internet) mail ("email"), unless the Court, for cause shown, after notice and hearing, adds the undersigned to the Paper Service List.

The undersigned hereby requests inclusion on the Electronic Service List. The undersigned's email address for inclusion on the Electronic Service List is:

craisner@vanbourg.com

courtnotices@vanbourg.com

---

[1] Unless otherwise defined in this request, capitalized terms have the meanings ascribed to them in the Order.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

REQUEST FOR ELECTRONIC SERVICE
Case No. 02-2250 SMT

The undersigned's regular mailing address is:

> Christian L. Raisner
> Van Bourg, Weinberg, Roger & Rosenfeld
> 180 Grand Avenue, Suite 1400
> Oakland, CA 94612

The undersigned agrees promptly to advise parties and/or entities on the Combined Master Service List of any change of email or regular mailing address.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CHRISTIAN L. RAISNER
Attorneys for Creditors
SEIU, Social Services Union Local 535

102485/305917

WEINBERG,
ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

- 2 -

REQUEST FOR ELECTRONIC SERVICE
Case No. 02-2250 SMT

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 180 Grand Avenue, Suite 1400, Oakland, California 94612. On May 29, 2003, I served upon the following parties in this action:

### SEE ATTACHED SERVICE LIST

copies of the document(s) described as:

### REQUEST FOR ELECTRONIC SERVICE

[X]     **BY EMAIL** I caused to be transmitted electronically each document listed herein via the email address(s) listed above or on the attached service list.

[X]     **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the practice of Van Bourg, Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]     **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]     **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Van Bourg, Weinberg, Roger & Rosenfeld, Oakland, California. I am readily familiar with the practice of Van Bourg, Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]     **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Oakland, California, on May 29, 2003.

_____
Eva Miron

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612-3752
(510) 839-6600

PAPER SERVICE LIST
(by first class mail and email)

Any and all of the Debtors
c/o Doctors Community Healthcare Corporation
6730 North Scottsdale Road, Suite 290
Scottsdale, Arizona 85253
pleadings@doctorscommunity.com

Deryck A. Palmer, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
deryck.plamer@weil.com
*(Counsel for the Debtors)*

Andrew M. Troop, Esq.
Weil Gotshal & Manges LLP
101 Federal Street
Boston, MA 02110
andrew.troop@weil.com
*(Counsel for Debtors)*

Peter D. Isakoff, Esq.
Holly E. Loiseau, Esq.
Weil, Gotshall & Manges LLP
1501 K Street N.W., Suite 100
Washington, D.C. 20005
peter.isakoff@weil.com
holly.loiseau@weil.com
*(Counsel for the Debtors)*

B. Amon James, Esq.
Office of the United States Trustee
115 South Union Street
Plaza Level, Suite 210
Alexandria, Virginia 22314
B.Amon.James@usdoj.gov

Kevyn D. Orr, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
korr@jonesday.com
*(Counsel for National Century Financial Enterprises, Inc.)*

Ken Kansa, Esq.
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
kkansa@sidley.com
*(Counsel for Medline Industries, Inc.)*

Guy S. Neal, Esq.
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP
1501 K Street, N.W., Suite 600
Washington, D.C. 20005
gneal@sidley.com
nkuehn@sidley.com
*(Counsel for Medline Industries, Inc.)*

Michael L. Bernstein
Charles A. Mallow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004
michael_bernstein@aporter.com
charles_mallow@aporter.com
*(Counsel for Health Care Reit, Inc.)*

David Fisher
Corporation Counsel, D.C.
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
David.Fisher@dc.gov
*(Counsel for the District of Columbia)*

Sam J. Alberts
Jonathan Gold
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue N.W.
Suite 400
Washington, D.C. 20001
salberts@akingump.com
jgold@akingump.com
*(Counsel for the Joint Committee of Unsecured Creditors)*

Michael Goodstein
Arter & Hadden
1801 K Street N.W., Suite 3001
Washington, D.C. 20006
michael.goodstein@arterhadden
*(Counsel for Provident)*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

Case No. 02-2250 SMT *Jointly Administered (Chapter 11)*

ELECTRONIC SERVICE LIST
(by email only)

Donald A. Workman, Esq.                    dworkman@foleylaw.com
Roderick B. Williams, Esq.                 rwilliams@foleylaw.com
Foley & Lardner
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109

                                           ndemchick@navigantconsultingcom

Neil Demchick
Navigant Consulting
2 North Charles Street
Baltimore, Maryland 21201

Mitchell B. Weitzman, Esq.                 Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201

Christy Hoffman, Esq.                      choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036

Kermit A. Rosenberg, Esq.                  krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Haig Maghakian, Esq.                       hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

William Douglas White                      wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102

Craig B. Young, Esq.                       cby@cblhlaw.com
C. Todd Marks, Esq.                        ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W., Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                   mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

Case No. 02-2250 SMT *Jointly Administered (Chapter 11)*

Charles R. Bennett, Jr., Esq.                    crb@hanify.com
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                             cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                             purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                              tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                                sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                            ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                            jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Rochelle A. Herzog                               rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612
(510) 839-6600

Case No. 02-2250 SMT *Jointly Administered (Chapter 11)*