FILED IN
JOHN MARSHALL DROP BOX

FILED

JUN - 3 2003

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Deryck A. Palmer, Esq.
Andrew M. Troop, Esq.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

------------------------------------------------------------X
                                    :

**In re:**                               :

                                    :

**GREATER SOUTHEAST COMMUNITY**   :    **Case No.**
**HOSPITAL CORPORATION I, et al.,**   :    **02- 2250 (SMT)**

                                    :    **Jointly Administered**

          **Debtors.**               :    **(Chapter 11)**

                                    :

------------------------------------------------------------X

## NOTICE OF AGENDA FOR HEARING ON JUNE 4, 2003 AT 10:00 A.M.

1. **Motion For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois, Against the Debtor Michael Reese Medical Center Corporation by Kelly Griffin, as Special Administrator for the Estate of Judith Griffin (Docket # 612)**

<u>Response Date:</u>
- Extended until 5/21/03, (Docket #668) [5/14/03]

<u>Response:</u>
- Debtors' Objection Filed. [5/21/03] (Docket #727)

<u>Status:</u>
- Going forward.

DC1:\150759\01\38BR01!.DOC\41776.0003

2. **Motion For Relief From Stay Regarding Lawsuit in the State Courts of Illinois Against Debtor, Michael Reese Medical Center Corporation by Ophelia Smith and Will Smith Jr. (Docket # 614)**

Response Date:
- Extended Until 5/21/03, (Docket #668) [5/14/03]

Response:
- Objection by Debtor Michael Reese Medical Center Corporation. [5/21/03] (Docket #726)

Status:
- Going forward.

3. **Motion For Relief From Stay Regarding a Lawsuit in the State Courts of Illinois by Valerie Johnson, Individually and as Administrator of Glenn Johnson (Docket # 616)**

Response Date:
- Extended until 5/21/03, (Docket #668) [5/14/03]

Response:
- Objection by Debtor Michael Reese Medical Center Corporation. [5/21/03] (Docket #725)

Status:
- Going forward.

4. **Motions by Ophelia Smith and Will Smith Jr., Valerie Johnson, and Kelly Griffin for Examination of Debtor, Michael Reese Medical Center Corporation to Produce Documents Under Rule 2004. (Docket #615) [Motion to Compel 2004 Examination]**

Response:
- Debtors' Response Filed. [5/21/03]
- Opposition by Interested Party TIG Specialty Insurance Company. [5/21/03] (Docket #731)

Status:
- Going forward.

5. **Debtors' Second Motion for an Order Extending (i) Exclusive Periods in Which the Debtors May File a Plan of Reorganization and Solicit Acceptances Thereof and (ii) the Time to File a Disclosure Statement for the Chapter 11 Plan. (Docket # 704)**

<u>Response Date:</u>
- Response due 6/2/2003.

<u>Response:</u>
- None.

<u>Status:</u>
- Going forward.

6. **Motion For Order Requiring The Debtor to Provide Adequate Assurance of Payment of Electricity Services by ComEd (Docket # 46)**

<u>Status:</u>
- Continued from prior hearing.
- The Issues Pertaining to this Motion are Still Under Discussion by the Parties and the Hearing may be Adjourned.

7. **Motion For Authorization to Provide Adequate Assurance to Utility Companies by Greater Southeast Community Hospital Corporation (Docket # 56)**

<u>Status:</u>
- Continued from prior hearing.
- The Issues Pertaining to this Motion are Still Under Discussion by the Parties and the Hearing may be Adjourned.

Peter D. Isakoff (D.C. Bar No 358419)
Holly E. Loiseau (D.C. Bar No. 452442)
WEIL, GOTSHAL & MANGES LLP
1501 K. Street, NW, Suite 100
Washington, DC 20005
Telephone (202) 682-7000
Facsimile (202) 857-0939

Deryck A. Palmer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone (212) 310-8000
Attorneys for Debtors and Debtors in
Possession

Andrew W. Troop
WEIL, GOTSHAL & MANGES LLP
100 Federal Street Floor 34
Boston, MA 02110
Telephone (617) 772-8300
Facsimile (617) 772-8333

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF AGENDA FOR HEARING ON JUNE 4, 2003 AT 10:00 A.M.** via facsimile and/or electronic mail on the parties/counsel listed on the attached service list on June 3, 2003.

Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare<br>Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial<br>Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)

Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)

Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)

David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)

Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)

Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

# ELECTRONIC SERVICE LIST
## (by email only)

Donald A. Workman, Esq.                           dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                   rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                                     ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                        Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.          .                  choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                         krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                              hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                             wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102


DC1:\144509\01\33$501!.DOC\41776.0003                    3

Craig B. Young, Esq.                    cby@cblhlaw.com
C. Todd Marks, Esq.                     ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036


Margarita Ginzburg, Esq.                mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.             lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York,  NY 10022


Charles R. Bennett, Jr., Esq.           crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107


Conrad K. Chiu, Esq.                     cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024


Lori L. Purkey, Esq.                     purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007


Terry E. Hall, Esq.                      tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204


Steven Scow, Esq.                        sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925


Daniel D. Doyle, Esq.                    ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                        jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                           rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528

DENISE H. CURTIS
CLERK
U.S. BANKRUPTCY
COURT FOR D.C.

2003 JUN -3  P 4: 03

RECEIVED