MARTI ADDAMS-MORE
256 S. ROBERTSON BLVD.#610
BEVERLY HILLS, CA. 90211
(310)945-7852

**FILED**

NOV 13 2007

MARTI ADDAMS-MORE, IN PRO PER

Clerk, U.S. District and
Bankruptcy Courts

IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTI ADDAMS-MORE,<br>        CREDITOR-PLAINTIFF<br>    V.<br>PACIFICA HOSPITAL OF THE VALLEY<br>AND AKA PACIFICA HOSPITAL OF THE<br>VALLEY CORP.,AND HASSAN S. FARRAG,<br>M.D. AND ROMERO L. ISIDRO,M.D. AND<br>DARYOUSH K. KASHANI,M.D.AND PACIFICA<br>HOSP. SOCIAL WORKER AKA CASE WORKER,<br>AND MCINTY PL. AKA MCNULTY PLACE<br>GUEST HOUSE.    DEBTORS-DEFENDANTS | 02-2250 (AMENDED)<br>MOTION FOR CREDITOR OBJECTION TO<br>COURT'S JURISDICTION OVER PACIFICA<br>DEFENDANTS DUE TO EVIDENCE OF<br>PENDING BANKRUPTCY IN OHIO 3-16-<br>01 WHEN HER CLAIMS ACCRUED; AND NO<br>PROOF PRIOR DEBTS ARE DISCHARGED<br>AND NOTICE OF DEADLINE TO FILE<br>AND SERVE OBJECTION TO MOTION,<br>WITHIN 11 DAYS POST SERVICE OF<br>THIS MOTION.<br>    RULE 9013-1,  9013-3 |

TO THE HON. JUDGE S. MARTIN TEEL, JR.

COMES NOW, MARTI ADDAMS-MORE CREDITOR-PLAINTIFF HEREIN, WHO MAKES AND FILES THIS AMENDED 9013-3 MOTION TO OBJECT TO THE COURT'S JURISDICTION OVER PACIFICA DEFENDANTS WHO FILED DEBTOR PETITION IN THIS COURT 11-20-02, WITH PETITION IN OHIO STILL PENDING CIRCA 3-16-01 WHEN CREDITOR'S CLAIMS ACCRUED.

1. ADDAMS-MORE, CREDITOR, INCORPORATES HEREIN BY REFERENCE HER FIRST CLAIM AND EXHIBITS THEREOF, DENIED BY COURT 5-12-04 ORDER; AND HER ORIGINAL 9013 NOTICE AND MOTION FOR CREDITOR CLAIM AND OBJECTION FILED 9-4-07, WITH SUPPORTING EXHIBITS; ALSO, HER REPLY TO THE DCHC LIQUIDATING TRUST OBJECTION TO HER CLAIM FILED 11-1-07, EACH AND ALL DOCUMENTS AS IF SET OUT IN FULL.

2. THIS COURT APPROVED HER CREDITOR CLAIM 10-12-07 BUT DENIED HER MOTION ON JURISDICTION OBJECTION WITHOUT PREJUDICE.

3. ADDAMS-MORE CONTENDS PACIFICA DEFENDANTS, PRESENTING AS CONTRACT VENDORS, COULD SECURE STATUS AND RECEIVE RELIEF FROM THE TRUST, DEPLETING FUNDS AND CAUSING UNJUST ENRICHMENT AT EXPENSE OF ADDAMS-MORE, WHO IS CONSTRAINED TO AWAIT RELIEF FROM THE RE-

1

ORGANIZED DEBTORS FROM REMAINING FUNDS. THE 5TH EXHIBIT ATTACHED DENOTES FACT THAT ATTORNY'S CARROLL, KELLY, TROTTER, FRANZEN & McKENNA FILED ONLY PACIFICA AS BANKRUPT BUT PURPORTED TO ADDAMS-MORE THAT THEY ALSO REPRESENTED THE DOCTORS, ETC. (UNTIL OCT. 2007).

4. ADDAMS-MORE'S CLAIMS AGAINST PACIFICA ET AL ACCRUED BETWEEN 2-16-01 AND 3-5-01; EXHIBIT 1 (11-7-02 LETTER; NOTICE OF INTENT TO FILE LAWSUIT, ALSO DEMONSTRATES A PACIFICA CONSPIRACY TO DENY INFORMATION SHE IS ENTITLED TO UNDER ESTABLISHED RULES, (E.G. WHO ARE THE OWNERS). INSTEAD OF AN ANSWER PACIFICA FILED BANKRUPTCY STAY 11-20-02 OVER A YEAR AND A HALF POST HER INJURIES.

5. SHE CITES BROWN V. RUMSFELD 211 F.R.D. 601(N.D.Cal. 2002) DECISON THAT DOCUMENTS ATTACHED TO A COMPLAINT (OR MOTION) MAY BE CONSIDERED TO SHOW MATERIAL FACTS TENDING TO PROVE ULTIMATE ISSUE

6. ADDAMS-MORE CONTENDS TREATMENT AT PACIFICA WAS A MISTAKE OF FACT SINCE SHE WAS TRANSPORTED TO PACIFICA FROM COUNTY USC, WITH-OUT A COURT ORDER. THE MEDICAL RECORD FROM PACIFICA DEMONSTRATE ADDAMS-MORE WAS DEPRIVED OF FOOD, WATER FOR FIVE DAYS, THAT THE TEAM HAD WORKED TOGETHER OVER TIME: HER LAB TEST (RUN TWICE) RE-VEALED DEHYDRATION, KIDNEY FAILURE, AND PARATHYROID ABNORMALITY WERE IGNORED. THUS ADDAMS-MORE CONTENDS HER DEPRIVATION OF FOOD ETC. "TRIGGERED" PACIFICA'S INSURERS CGL LIABILITY 3-16-01 THUS, SHE IS ENTITLED TO RELIEF UNDER CGL TO AVOID UNJUST ENRICHMENT.

7. SHE CITES: MATTER OF MUNZENRIEDER CORP.(DEBTOR) 58 B.R.228 (BKRTCY M.D.FLA. 1986)  PG. 232 UNJUST ENRICHMENT
   "THUS, ONE WHO HAS CONFERRED THE BENEFIT UPON ANOTHER SOLELY BECAUSE OF A MISTAKE OF FACT INDUCED BY A NON-DISCLOSURE OF MATERIAL FACT, MAY BE ENTITLED TO A RESTITUTION ON THE DOCTRINE OF UNJUST ENRICHMENT."

8. ADDAMS-MORE CONTENDS SINCE THERE WAS NO COURT ORDER TO REMOVE HER FROM COUNTY USC, PACIFICA, WITHOUT JURISDICTION, UTILIZED HER MEDICARE; SHE CONTENDS PACIFICA OWNED FIDUCIARY DUTY TO ADDAMS-MORE AND BREACHED THAT DUTY UNDER SSA REGULATIONS.

2

ERGO, SHE IS ENTITLED TO PACIFICA CGL LIABILITY DENIED HER IN

2001 TO HER DETRIMENT.

9. ADDAMS-MORE CITES: MONTROSE CHEM. CORP. V. ADMIRAL INS. CO.
42 Cal.Rptr.2d 324 (Cal.1995)  PGS. 326-327; 331-332-333

   "THE RIGHT TO COVERAGE IN THE THIRD PARTY LIABILITY CONTEXT
   DRAWS ON TRADITIONAL TORT CONCEPTS OF FAULT, PROXIMATE
   CAUSE AND DUTY."

   "IN LIABILITY INSURANCE BY INSURING FOR PERSONAL LIABILITY AND
   BY AGREEING TO COVER THE INSURED FOR HIS OWN NEGLIGENCE THE
   INSURER AGREES TO COVER THE INSURED FOR A BROADER SPECTRUM OF
   RISK,"

   "...when insured'S UNDERLYING LIABILITY IS ESTABLISHED.."
   "CONTINOUS INJURY TRIGGERS OF BODILY INJURY, PROPERTY DAMAGE
   THROUGHOUT SUCCESSIVE POLICY PERIODS IS POTENTIALLY COVERED
   BY ALL POLICIES IN EFFECT DURING THESE PERIODS..."

ALL MATERIAL FACTS SUPPORT CGL LIABILITY RELIEF FOR ADDAMS-MORE.

10. SHE CITES: VERMONT AGENCY OF NAT. RESOURCES V. U.S. EX REL
STEVENS 120 S. CT. 1858 (2000) PGS. 1862, 1865
ADDAMS-MORE CONTENDS BECAUSE OF PACIFICA BREACH OF FIDUCIARY

DUTY UNDER MEDICARE, AN INJURY IN FACT TO UNITED STATES;

   "INJURY TO ITS SOVEREIGNTY ARISING FROM VIOLATIONS OF ITS LAWS,
   WHICH SUFFICES TO SUPPORT A CRIMINAL LAWSUIT BY THE GOVERNMENT

   "AND A PROPRIETARY INJURY RESULTING FROM THE ALLEGED FRAUD"

11. ADDAMS-MORE CONTENDS FINANCIAL MISMANAGEMENT MAY HAVE MOTIVA-

TED PACIFICA, INDIVIDUALLY, TOGETHER, AND WITH OTHERS TO VIOLATE

FEDERAL LAWS FOR WHICH THEY OWE SATISFACTION.  HOWEVER, SHE CAN-

NOT BE COMPENSATED FOR OTHER THAN PROPERTY LOSS.  CIVIL RICO

HAS NO EMOTIONAL COMPENSATION; BUT SHE ALSO CONTENDS THAT A

BANKRUPTCY STAY CANNOT PROTECT PACIFICA FROM CIVIL RICO LAWSUIT.

12. ADDAMS-MORE CITES: TENNESSEE STUDENT ASSISTANCE CORP. V. HOOD
124 S. CT. 1905 (2004)  PGS. 1910-1911

"BANKRUPTCY COURTS HAVE EXCLUSIVE JURISDICTION OVER A DEBTORS
PROPERTY, WHERE EVER LOCATED, AND OVER THE ESTATE..." "THE BANK-
RUPTCY PETITION CONSTITUTES AN ORDER FOR RELIEF" "THE DISCHARGED
ORDER RELEASES A DEBTOR FROM PERSONAL LIABILITY WITH RESPECT TO
ANY DISCHARGED DEBT BY VOIDING ANY PAST OR FUTURE JUDGMENTS ON
THE DEBT AND BY OPERATING AS AN INJUNCTION TO PROHIBIT CREDITORS
FROM ATTEMPTING TO COLLECT OR TO RECOVER THE DEBT.."
¶¶524(a)(1),(2). 3W. NORTON, BANKRUPTCY LAW AND PRACTICE 2d
¶48.1,P. 48-3(1998)

ADDAMS-MORE CONTENDS ALTHOUGH HOOD  DECISION FOCUS IS ON THE

11TH AMENDMENT IN BANKRUPTCY LAW, THE CONCEPT OF "JURISDICTION OF THE BANKRUPTCY COURT IS JURISDICTION OVER THE DEBTORS AND THEIR ESTATES" SEEMS TO IMPLICATE THE DEBTORS INCOME.   ERGO, THE DOCTOR DEFENDANTS WERE (TAINTED) INCOME NOT A SALARY OBLIGATION ON PACIFICA'S BOOKS.

13. ADDAMS-MORE CITES: MATTER OF MARCHIANDO (DEBTOR)13 F.3d 1111 7TH CIR. 1994) PGS. 1112-1113, 1114-1115:

"TRUST" OR OTHER "FIDUCIARY RELATION SUCH AS MAY PROVIDE BASIS FOR EXCEPTING DEBT FROM DISCHARGE AS ONE ARISING OUT OF DEBTOR'S FRAUD OR DEFALCATION WHILE ACTING IN FIDUCIARY CAPACITY, REQUIRES AN EXPRESS TRUST...OR RELATION OF INEQUALITY THAT JUSTIFIES IMPOSITION ON FIDUCIARY OF SPECIAL DUTY, BEFORE ANY WRONG IS COMMITTED."

"MARCHIANDO, (DEBTOR) IS PLAYING A RISKY GAME...BY SUCCESSFULLY CHALLENGING THE STATE'S EFFORT TO PREVENT HER FROM DISCHARGING HER DEBT TO IT, SHE INVITES IT TO BRING A CRIMINAL PROCEEDING AGAISNT HER, SINCE ANY FINE LEVIED IN SUCH A PROCEEDING WOULD BE NONDISCHARGING." 11 USC §523(a)(7).

PG. 116

"THERE ARE SITUATIONS IN WHICH ONE PARTY IS INCAPABLE OF MONITOR-ING THE OTHERS PERFORMANCE, AND THEREFORE THE LAW DOES NOT TREAT THE RELATION AS A RELATION AT ARM'S LENGTH BETWEEN EQUALS."

14. ADDAMS-MORE DID NOT CHOOSE TO DO BUSINESS WITH PACIFICA; SHE WAS BROUGHT, WITHOUT COURT ORDER, UNCONSCIOUS TO ITS ALLEGED (OHIO) BANKRUPTCY AND TO ITS CONTRACT DOCTORS.

15. ADDAMS-MORE CONTENDS THE DOCTORS KNEW AND ACCEPTED THE BENE-FIT OF THEIR BARGAIN WITH PACIFICA AND DO NOT DESERVE TO BE BENEFIT FROM THE TRUST AHEAD OF THOSE WHO ONLY SUFFERED FROM THEIR PACIFICA ENCOUNTER.

16. SHE CITES CAL. CODE §1589:   WHITE V. KAISER-FRAZER CORP,(100 C.A.2d, 1950)

"A VOLUNTARY ACCEPTANCE OF THE BENEFIT OF A TRANSACTION IS EQUIVALENT TO A CONSENT TO ALL THE OBLIGATIONS ARISING FROM IT, SO FAR AS THE FACTS ARE KNOWN, OR OUGHT TO BE KNOWN, TO THE PERSON ACCEPTING"

"...THE TRIAL JUDGE WAS WARRANTED IN CONCLUDING THAT THE SALES CORP. IS A NECESSARY PARTY DEFENDANT AS TO EACH COUNT IN ORDER TO ENABLE PLAINTIFF TO OBTAIN ALL THE RELIEF WHICH HE SEEKS.."

ADDAMS-MORE CONTENDS IT IS EVIDENT FROM PACIFICA'S BANKRUPTCY STAY AND FIDUCIARY BREACH, SHE CANNOT OBTAIN ALL THE RELIEF  SHE IS ENTITLED TO, ERGO, SHE IS OWED CGL LIABILITY RELIEF.

4

17. ADDAMS-MORE HAS TRIED TO SERVE THE MCNULTY GUEST HOUSE IN

CONOGA PARK, CA. BUT IT WAS RETURNED THAT FAMILY HAD MOVED.

THE DELA FUERTO OWNER DID NOT LIVE THERE IT WAS THEIR INCOME

AND CIRCA MARCH 2001 they had three other "GUESTS" AT $900.00/

month TWO HAD BEEN THERE OVER 10 years.   ERGO, PACIFICA OWES

DISCOVERY ON THIS ACCOUNT THEY HAVE USED FOR YEARS, VIA MEDICARE

ergo, a fiduciary duty is OWED TO ADDAMS-MORE.

18. PREMISES CONSIDERED, ADDAMS-MORE IS OWED FIDUCIARY DUTY FROM

PACIFICA AND ITS CONTRACT DOCTORS, AND GUEST HOUSE.   SHE CONTENDS

THEY  SHOULD HAVE SETTLED WITH HER IN 2001 VIA CGL LIABILITY INS-

URANCE DUE TO ALLEGED OHIO BANKRUPTCY in 2001 AND THE "NEW" 11-20

02 FILING.  ADDAMS-MORE PRAYS TO REMAIN ON THE CREDITOR LIST AS

WELL AS BE GRANTED RELIEF OF PACIFICA CGL INSURANCE SHE WAS DUE

IN 2001., AS WELL AS DISCOVERY INTO DOCTOR, ET AL CONTRACTS .

RESPECTFULLY SUBMITTED,

11-8-07

MARTI ADDAMS-MORE

NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN ELEVEN (11) DAYS POST SERVICE OF
THIS MOTION YOU MUST FILE AND SERVE A WRITTEN OBJECTION TO THE
MOTION, TOGETHER WITH PROPOSED ORDER REQUIRED BY L.R.9072-1.
THE OBJECTION AND PROPOSED ORDER MUST BE FILED WITH THE CLERK,U.S
BANKRUPTCY COURT 333 CONSTITUTION AVE. N.W., WASHINGTON,D.C.20001
AND SERVED BY DELIVERY OR MAILING OF A COPY UPON THE UNDERSIGNED.
THE OBJECTION MUST CONTAIN A COMPLETE SPECIFICATION OF THE FACT-
UAL AND LEGAL GROUNDS UPON WHICH IT IS BASED.   YOU MAY APPEND
AFFIDAVITS AND DOCUMENTS IN SUPPORT OF YOUR OBJECTION.
IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED
BY THE COURT WITHOUT A HEARING.   THE COURT MAY GRANT THE MOTION
WITHOUT A HEARING. THE COURT MAY GRANT THE MOTION WITHOUT A HEAR-
ING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL.

DATED: 11-8-07    MARTI ADDAMS-MORE, 256 S. ROBERTSON #610,
BEVERLY HILLS, CA. 90211    (310)945-7852

5

CERTIFICATE OF SERVICE

I CERTIFY THAT ON 11-8-07 A TRUE COPY OF THE FOREGOING PLEADING

WAS SENT TO THE PARTIES LISTED BELOW BY CERTIFIED/PRIORITY MAIL.

DENNIS ESRLY, ESQ.
OFFICE OF U..S TRUSTEE
115 S? UNION ST?
ALEXANDRA, VA. 22314

WHITE & CASE
SAM J. ALBERTS, ESQ.
JOSHUA HANTMAN, ESQ.
701 THIRTEENTH ST. N.W.
WASHINGTON D.C. 20005

PACIFICA HOSP. OF THE VALLEY CORP.
9449 SAN FERNANDO VALLEY RD.
SUN VALLEY, CA. 91352

TED BERKOWITZ,ESQ.
PATRICK COLLINS,ESQ.
EAB PLAZA
INIONDALE, N.Y. 11556

ANDREW TROOP,ESQ.
WEIL GOTSHAL & MANGES
100 FEDERAL ST.
34th fl.
BOSTON, MASS. 02110

HASSAN S. FARRAG,M.D. AND
ROMEO ISIDRO,M.D.
18546 ROSCOE BLVD.#210
NORTH RIDGE, CA. 91324

DARYOUSH Y. KASHANI, M.D.
18653 VENTURA BLVD. #289
TARZANA, CA.91350

MCNULTY GUEST HOUSE
MRS. DELY DELA FUERTI
8042 McNULTY AVE.
CANOGA PARK, CA.
RETURNED BY P.O.; they had
3 OTHER PEOPLE CIRCA 3-5-01

_No more address_

11-8-07

EXHIBITS ATTACHED

A-1. COURT'S ORDER   10-12-07

1. PACIFICA LETTER 11-7-02

2. MAILING NOTICE TO PACIFICA HOS. 10-10-07

3. MEDICARE BILLING OF 3-16-01 (L BOX TO COLUMBUS OHIO DENOTES
                                    BANKRUPTCY STATUS)

4. MAILING NOTICE TO MCNULTY GUEST HOUSE RETURNED

5. 11-20-02 FILING OF ATT"Y FOR PACIFICA ET AL CARROLL, KELLEY
                                    TROTTER, FRANZEN, &
                                    McKENNA

7

The order below is signed, and the clerk shall
additionally mail copies to Sam J. Alberts, Esq.;
Peter D. Isakoff, Esq.; Andrew M. Troop, Esq.; and
Ted A. Berkowitz, Esq.  Dated: October 12, 2007.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                         )
                              )
GREATER SOUTHEAST COMMUNITY   )     Case No. 02-2250
HOSPITAL CORP., I, *et al.*,  )     (Chapter 11)
                              )     (Jointly Administered)
                Debtors.      )

ORDER RE MOTION FOR CREDITOR CLAIM AND REQUEST FOR DISCOVERY

On September 4, 2007, Marti Addams-More submitted papers to

the court, which the clerk has docketed both as a proof of claim

and as a motion (Docket Entry ("DE") No. 3222).  To the extent

the submission was intended as a motion, the papers are

unintelligible and fail to articulate any legally cognizable

basis for relief.  Moreover, the submission lacks a notice of

opportunity to object as required by Local Bankruptcy Rule 9013-

1, and thus fails to comply with the rules of motion practice

applicable in this court.  Accordingly, it is

ORDERED that to the extent the submission was intended as a

motion, that motion (DE No. 3222) is DENIED without prejudice.

[Signed and dated above.]

A-1

11-7-02

PACIFICA HOSPITAL
9449 San Fernando Rd.                    *Notice*
Sun Valley, Ca. 91352


                              RE: MEDICAL RECORDS AND PAYMENTS
                                  MARTI ADDAMS-MORE 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W
                                  (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)


ATTN: MEDICAL RECORDS/ADMINISTRATOR


It appears you have been paid by MEDICARE FOR THE FORCED TREAT-
MENT CIRCA 2-18-01).  Yet no bill has been submitted by DARYOUSH
Y. KASHANI,M.D. TO MEDICARE; THIS SEEMS ODD.

WERE THE RECORDS OF DR. KASHANI SENT TO MEDICARE ALONG WITH THE
RECORDS OF DR. FARRAG & DR. ISIDRO WHEN THEY MADE THE REQUEST
IN ORDER TO REVIEW TREATMENT?

I AM REQUESTING RECORDS PURSUANT TO PAYMENTS PAID TO DARYOUSH
Y. KASHANI, M.D. SINCE HE WAS AN INTRIGAL PART OF THE TEAM
ACCORDING TO THE RECORDS SENT TO ME (per my faxed request).
I CANNOT UNDERSTAND WHY HE DID NOT SUBMIT A BILL TO MEDICARE
AS THE REST OF THE TEAM DID. WHY WOULD ANOTHER ENTITY PAY DR.
KASHANI?  WOULD MEDICARE REJECT HIS BILL?  THIS TREATMENT TOOK
PLACE INSIDE YOUR HOSPITAL THUS YOUR RULES AND ACQUIESCENCE.


HOW DO I REQUEST THE RECORDS FROM THE HEARING CONDUCTED BY THE
STATE OFFICIAL WHICH OCCURRED VERY LATE IN THE TREATMENT.

COULD YOU ELABORATE ON THE CONTRACT UNDER WHICH STATE OFFICIALS
HOLD HEARINGS AT YOUR HOSPITAL IN SUN VALLEY. IS SUN VALLEY
LOCATED WITHIN  LOS ANGELES COUNTY?

PLEASE ADVISE.  I DO NOT HAVE AN ADDRESS FOR  DR. KASHANI
OTHER THAN YOUR HOSPITAL?  WHO OWNS PACIFICA HOSPITAL?

                                   *Marti Addams-More*
                                   MARTI ADDAMS-MORE
   *Failure to disclose*           710 S. Broadway #108
                                   Los Angeles, Ca. 90014
   *perpetuate loss of*
cc *Rights; (which compels Lawsuit)*

                              1



Flat Rate
Mailing Envelope
*For Domestic and International Use*

Visit us at usps.com

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

From  256 S. ROBERTSON BLVD. #610
BEVERLY HILLS, CA. 90211

**TO** PACIFICA HOSPITAL OF THE VALLEY AND
PACIFICA HOSPITAL OF THE VALLEY CORP.
9449 SAN FERNANDO RD.
SUN VALLEY, CA. 91352
ADMINISTRATOR/OWNERS/+

Label 228, February 2006

*Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.*

*Please recycle.*

7007 1490 0002 4792 1647

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SUN VALLEY CA 91352                                    $4.60
Zone-1 Priority Mail
Flat Rate Env
1 lb.  2.30 oz.
Certified                                              $2.65
Label #:          70071490000024792101647

Issue PVI:                                             $7.25

10  Total:                                             $36.25

Paid by:
Cash                                                   $40.00
Change Due:                                            -$3.75

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000502737447
Clerk: 03

All sales final on stamps and postage.
Refunds for guaranteed services only.

*Any amount of mailable material may be enclosed as long as the envelope are entirely confined within the envelope with the adhesive provided as the means*

# NOTICE OF MEDICARE CLAIM DETERMINATION

DATE  03/16/01

| INTERMEDIARY NUMBER, NAME AND ADDRESS |
|---|
| MUTUAL OF OMAHA INS. CO.      52280<br>MEDICARE AREA<br>P.O. BOX 1602<br>OMAHA, NEBRASKA 68101 |

YOUR HEALTH INSURANCE CLAIM NO.

451093d40H

ICN - 110742333

SERVICES PROVIDED BY: *(Name and Address)*

| |
|---|
| MARTI A MORE<br>P O BOX 191466<br>DALLAS, TX  75219-8486 |

PACIFICA OF THE VALLEY CCR
DEPT L-985C
COLUMBUS, OH  4326C-985C

PROVIDER NUMBER  050376

| TYPE OF SERVICES PROVIDED | DATE OF ADMISSION OR FIRST VISIT | NOTICE COVERS PERIOD | |
|---|---|---|---|
| [X] HOSPITAL   [ ] SKILLED NURSING FACILITY | 02/16/2001 | FROM | THROUGH |
| [ ] HOME HEALTH AGENCY   [ ] OTHER<br>03/01/2001 | INSURANCE<br>[X] HOSPITAL  [ ] MEDICAL | 02/18/2001 | |

· This concerns the services you received from the facility shown above. Medicare cannot pay for the above services for the following reason:

PAYMENT CANNOT BE MADE FOR THE SERVICES YOU RECEIVED FROM THIS PROVIDER BECAUSE WE HAVE NO RECORD OF YOUR MEDICARE ENTITLEMENT. IF THE MEDICARE NUMBER ON THIS NOTICE IS WRONG, PLEASE SEND YOUR CORRECT NUMBER TO THEM. IF YOU THINK THE NUMBER IS RIGHT, PLEASE CHECK WITH YOUR LOCAL SOCIAL SECURITY OFFICE.

| | | |
|---|---|---|
| 0124 ROOM AND BOARD/SEMI-PRIVATE | 11 | $6085.00 |
| 0250 PHARMACY | 64 | $717.65 |
| 0270 MEDICAL/SURGICAL SUPPLIES | 3 | $9.00 |
| 0300 LABORATORY | 2 | $101.40 |
| 0301 LABORATORY | 4 | $104.55 |
| 0302 LABORATORY | 1 | $125.13 |
| 0305 LABORATORY | 1 | $40.20 |
| 0307 LABORATORY | 1 | $40.00 |
| 0001 CLAIM TOTALS | 107 | $9169.01 |

IMPORTANT

3



CARROLL, KELLY, TROTTER, FRANZEN & McKENNA
JOHN C. KELLY (State Bar No. 125609)
MICHAEL A. KILLACKEY (State Bar No. 213570
111 West Ocean Boulevard, 14th Floor
Long Beach, California 90802
Telephone No. (562) 432-5855 / Facsimile No. (562) 432-8785

Attorneys for Defendant
PACIFICA HOSPITAL OF THE
VALLEY

US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| MARTI ADDAMS-MORE,<br><br>· Plaintiff,<br><br>vs.<br><br>PACIFICA HOSPITAL OF THE VALLEY & UNKNOWN NAMED OWNERS AND UNKNOWN NAMED CASE WORKER, HASSAN FARRAG M.D., DARYOUSH Y.KASHANI, M.D., ETC., ET AL.,<br><br>Defendants. | CASE NO. 2:04CV528<br><br><br>NOTICE OF BANKRUPTCY STAY |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 20, 2002, a bankruptcy filing was made pursuant to Chapter 11 of the United States Bankruptcy Code naming Pacifica of the Valley Corporation (Pacifica Hospital of the Valley) as a bankrupt debtor. A copy of the Notice of Bankruptcy Case Filing is attached to this Notice of Bankruptcy Stay as Exhibit "A".

//

//

//

//

5